# APPLICANTS STATEMENT TO THE BOARD OF APPEALS

# US PATENT APPLICATION #10/073,586

- **What It Is -- Photo**

- **What It Is <u>Not</u> -- Photo**

- **Avoids The Prior Art -- Letter of Dr. Warren**

The Examiner offers **NO** Prior Patens and only one References of Massage Therapy.

The only reference cited "Teaches AWay" from US Patent Application 10/073,586

06 0104
FILED
JAN 1 8 2006

Page 1

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# APPLICANTS STATEMENT TO THE BOARD OF APPEALS

## Sections -- Contents

\* What it is

\* Affidavit and Notarized Letter – Dr. Edward Warren

    **A.**   35-U.S.C. – 112        Claims

    **B.**   35-U.S.C. – 103        Non-Obvious

    **C.**   Examines Answer    -    Errors Noted

    **D.**   Applicants Arguments    Not Rebutted

    **E.**   Examiner Relies on    "Common Knowledge"?

    **F.**   18 of 22 Court References Cited are New,  Also Listing of New Arguments (Not) Previously found in The File Jacket

    **G.**   Drawings "page 2" offer To Withdraw

## Affidavit and <u>Notarized</u> LETTER of
## Dr. Ed Warren B.S., M.A., D.C.

## TO:  Honorable Commissioner of Patents
## Dated: August 14, 2003

### *  New – Modified Type of Massage

### *  New – Use of Modified Massage

The Affidavit provided by Dr. Warren does List 3 Earned Degrees, 3 areas of active Medical Practice and 14 years of Experience in those Areas.

Dr. Warren has previously Given Expert Witness Testimony in Court Cases.

Dr. Warren's Notarized Letter States He has reviewed the instant invention and that it is:    1.  Unique
                                      2.  Distinctive
Over All Presently Taught or Practiced Therapies for Stress reduction.

(i.e.:  administered To Active Gamblers), inventor adds



# CHIROPRACTOR



### Dr. C. Ed Warren, B.S., M.A., D.C.
489 Walnut Street
Waynesville, NC 28786
828 / 452-5667

AUGUST 14 2003

To: Honorable Commissioner of Patents and Trademarks

I have reviewed Mr. Presley's innovation for stress
reduction performed in a casino environment, I believe he has
developed a unique approach. His proposal to introduce
these techniques certainly is distinctive to other
approaches. No therapy to my knowledge is executed while
the subject is engaged in the " stressor" situation.
That is all therapies for stress reduction are conducted
after the fact.

Thank You,

Dr. C Ed Warren B.S.,M.A.,D.C.

B.S. Psychology
M.A. Clinical Counseling
D.C. Doctor of Chiropractic

North Carolina

_____Haywood_____ County

I, _____Carla Lovelace_____ , a Notary Public for said County and State, do hereby
certify that ___Dr. C Ed Warren_____ personally appeared before me this day
and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal this the _____15th_____ day of __August__ , 2003.

_Carla Lovelace_
Notary Public

My commission expires: _November 27, 2008_

STATE OF FLORIDA
COUNTY OF Alachua

The foregoing instrument was acknowledged before me this
2L day of August, 2003 by Ned Presley.

Personally Known _____ or produce
Identification type FL DC
_____
Signature of Notary

PETER MILLER
MY COMMISSION # DD 216341
EXPIRES: May 28, 2007
Bonded Thru Pichard Insurance Agency

Briel A-3

P 2 COPY6



**AFFIDAVIT**

STATE OF FLORIDA
COUNTY OF _Alachua_

The foregoing instrument was acknowledged before me this _28_ day of _August_, 20_03_ by _Neal Fresler_

Personally Known _____ or produced
Identification type _FL DL_

_____
Signature of Notary

PETER MILLER
MY COMMISSION # DD 216341
EXPIRES: May 28, 2007
Bonded Thru Pichard Insurance Agency

To: The Honorable Commissioner of Patents
Washington D.C.

RE: Patent Application #10/073,586

I _C. Ed Warren_ do now swear and affirm: I possess "expert witness"

knowledge and ability in casino gambling areas of: environment, mystique, perks,

comps, promotions, advertising, public relations, player development, player attraction,

player retention, casino security operation, state gaming board, casino internal accounting

procedures, casino practice and procedures in the operation and procedures in the

operation and conduct of: table games, slot machines, keno, sports book and

_Chiropractic / Psychology / Bio Mechanics_

I acquired this knowledge and experience as a result of formal schooling, on the job

training, apprentice training, jobs, positions, and or _B.S. Psychology_ _MA Clinical Counseling_ _D.C. Chiropractic_

_14 years Psychology_
_14 years + Chiropractic_ for _____ years. I have received an explanation and

demonstration of the Invention of U.S. Patent Application #10/075,586. I testify that the

use and deployment and implementation of this invention for active gamblers in the

secured area of the gambling casino will result in tangible, positive benefits to the casino

and gambler of: _____

_____

Date: _07/29/03_

Notary Public _____

_EXP 27 July 2005_

Signature: _D. C. Ed Warren DC_

Name: _489 Walnut St._

Address: _Waynesville N.C. 28786_

_828-452-5667_

The application of massage on an active productive person is "new" (see affidavit of Dr. Ed Warren attached as A-3 and thus an "improvement" over prior teachings and practice of "massage". (copy A-4, A-5) (copy 32 MPEP 2112.02)

As this <u>New</u> or <u>Improved</u> massage, keeps the person active and productive, and produces new benefits, useful.

The 6 concrete steps listed in this application (see flow chart # $\underline{2}$) are the "new" process" which open a previously prohibited location (casino) to this "new" type massage for active gamblers, producing and birthing a new "comp" system which produces useful novel, unexpected benefits to the gambler and the casino.

(Copy #2 = FlowCharT )

7

# APPLICANTS STATEMENT TO THE BOARD OF APPEALS

## PART A

## 35 – U.S.C. – 112 CLAIMS

**There are 2 Separate requirements for the second paragraph of: 35-U.S.C.-112**

**A.** The Claims do set forth the Subject matter that I claim as my
Invention            1. I constructed these claims.
                     2. They are what the applicant regards as his
                        invention.

**B.** The claims do point out and define the metes and bounds of the
subject matter that will be protected by the patent grant.

(The scope of the claims are simply and clearly worded so as to
be **clear** to a hypothetical person of ordinary level of skill in
the **pertinent** art.)

NOTE – The Claims Do Use The Transitional Phrase, "**Which Comprises**"

Page A-1

# APPLICANTS STATEMENT TO THE
# BOARD OF APPEALS
# PART B

## 35 – U.S.C – 103 – NON-OBVIOUS

### NONANALOGOUS FIELDS

NOTE, The examiner List one only Reference.
>The Fields of Casino Gambling and Mobile Massage are
>are Very Distant art Forms.

There existed:
>No Motivation to combine
>No Profit or Gain Potential
>No Dialogue or Communications between Art Forms

### TEACHES AWAY

The Reference Cited would clearly interrupt a Gamblers Activity and disrupt
Casino Operations.

### INOPERATIVE

The Reference Cited would be ejected From The Gambling Casino areas.

### UNEXPECTED-SENERGISM-SUPERIORITY

This Invention, The Modifying and Combining of the 2 Art Forms, Casino
Gambling and Massage Therapy results in <u>New and Greater Non
Anticipated / Multiple Benefits.</u>

i.e.: Less drunks on The Floor, a <u>New</u> Casino Comp.  A <u>New Advertising</u>
Boast for Casinos and 13 additional benefits.

Page B-1

# HINDSIGHT

The Examiner improperly relies on Hindsight to, suggest 2 Modifications of the reference, (1) (Massage on Active Gamblers), (2) (Massage administered without Special Chair or Table).  The Examiner improperly relies on Hindsight to suggest The Motives to Combine Reference with Casino Active Gamblers.

# NON-OBVIOUS

Obvious = Webster's Dictionary States
1. Easily discovered
2. Evident
3. Manifest
4. Easily Seen

The fact of 100 years with no effort To Combine Rebuts with countervailing proof that this invention was Not Easily Discovered or Obvious by those of ordinary Skill in The Casino or Massage Arts.

# Applicants Statement to The Board of Appeals
## Examiners Answer
## Errors Noted

## Part C

| Examiners Statement | • | Inventors Statement |
|---|---|---|
| Page 4 – New Matter<br>Line 28 | | There is no New Matter,<br>Examiner does List No New<br>Matter |
| Page 5 – Not Appealable To<br>The Board<br>Line 1 | • | Time Limits for Petition have<br>expired, drawing not necessary<br>by law, 35-U.S.C. – 113 if<br>Patent steps To implement<br>Easily understood |
| Page 5 – Active Not Recited<br>Line 16 | • | Claim #1 = "As they are gambling"<br>i.e. placing wages, etc. |
| Page 5 – Excluded Locations<br>Not Recited<br>Line 16 | • | Claim # 1 = "in All Casinos<br>Gambling areas", Vendors<br>Prohibited Admittance |
| Page 5 – "Just about anywhere"<br>Line 19 | • | Vendors Claim is Non Operative in<br>Gabling Casino |
| Page 5 – "It is Well Known"<br>Line 9 | • | (1) Not Well Known<br>(2) No example Provided<br>(3) Rebutted by Expert Testimony<br>Dr. Ed. Warren<br>(4) Reference Cited offers massage<br>in Special Chair or Table "ONLY" |
| Page 5 – "One Must Observe that<br>An artesian must be presumed"<br>Line 20 | • | (1) No Comparative example offered<br>(2) Massage Therapist not empowered<br>To exceed his Training or Licensed<br>limits |

Page C-1

| | | |
|---|---|---|
| Page 5 – "Page 14 and 15 are Unintelligible" Line 23 | • | (1) Examiner <u>Does Not</u> REBUTE Arguments. (2) The Board will be Able To Understand and Judge Page 14 and 15 |
| Page 6 – "The work of a Skilled Mechanic" Line 3 | • | (1) Therapist are Not Empowered To "Overcome" as the Examiner speculates (2) Therapist Operate within Their Training and Licensing |
| Page 6 - "Pages 17 – 21 Line 7    *14 Pages, No Answer* *No Answer 27 Arguments* *No Answer 16 MPEP Ref.* *No Answer 5 Other Ref* | • | (1) Examiner does Not Rebute Arguments and Facts Some of Which Are now Listed 3 Times within The File Jacket (2) Five Pages, The Examiner does not Rebute become <u>facts in evidence</u> |
| Page 6 "Fails To Set" Forth Facts Line 11 | • | Affidavit is All Facts Sworn To, is there-fore evidence per Blacks Law Dictionary |
| Page 6 "Stressor" Line 14 | • | Common Medical Term. See "The New Oxford America Dictionary" page 1685 is BNO-P1-511227-X Marrian Webster Medical Desk Dictionary 2002 page 788 |
| Page 8 "No where in The Claims" Line 10 | • | Claim 1 See Words 22, 23, 24, 25, "As They are Gambling" |
| Page 8 "Not Recited" Line 15 | • | Claim 1 words 22, 23, 24, 25 "As They are Gambling" |
| Page 8 "Well Known" Line 18 | • | "Not Known No Example Provided" |
| Page 8 "Just about Anywhere" Line 22 | • | Does not Include Gambling Casino |
| Page 8 " Recognized Another Advantage" Line 25 | • | A New Improved use of an existing Procedure is an Invention under 35 U.S.C. – 101 |
| Page 8 "Argument Not Clear" Line 29 | • | Arguments <u>with</u> Cited and <u>Attached</u> references will be clear to the Board |

| | | |
|---|---|---|
| Page 9 "in a Casino world have Been obvious" Line 2 | • | In a Casino, is impossible without enablement provided by Applicant's invention |
| Page 9 - 35 USC 101 Line 4, 5, 6, 7, 8 | • | Examiners Answer Page 3, "The Ground of rejections 35-USC 101 have Been withdrawn |
| Page 9 - Vendors Can Get "Licenses" for Casino Environments Line 9 | • | Casino Gambling areas are closely Secured and Controlled and NO Vendors are permitted |
| Page 9 "Forms a conclusion" Line 12 | • | The Examiners Only Reference ilv.com Provides and offers "Chair" (special Massage Chair) and Table Massage only Page 1 & 2 = chair Page 3 = "Also specialize in Table Massage |

**SPECIAL NOTE** -- There is a "Printer Error" The Copies of ilv.com as, provided by the Examiner, Page 1, The Web site Name of the Vendor is missing. Applicants provided copies, on page 1 list, "ON-SITE STRESS RELIEF.INC."

## CHAIR MASSAGE DIRECTLY TO YOU

Page 1 and 2 Photos very dark, partly concealing, The Special Chair.

| | | |
|---|---|---|
| Page 9 "Another Advantage" Line 20 | • | A New USE for a modified existing Procedure, is an Invention defined by 35 USC-101 |
| Page 9 – No Evidence of Long Felt Need For New Promotions Line 24 | • | The Casino industry Continue To release New Promotions Regularly. One recent promotion by "Grand Casino" Tunica, Miss. Offered Patron's Free chance to Play a "Trained" Chicken in Tic – Tak – Toe! See also Applicants Appeal Brief Pg 26. "Pain Relief", "Immediate Benefit to The Public" MPEP 2107.01 |

Page 9 "ridiculous statement"
Line 26

Examiner does not Provide his
Casino experience or Any Other Factual
Basis for his Conclusion.

The File Contains adequate Basis for
The Applicants 1st hand Knowledge of
Casino operations or "Norms" of The
industry.

Page 10 "As They are Gambling"
Line 3

Gambling is The Act of Gaming, <u>NOT</u>
Watching or observing,
    Webster Dictionary,
The Act or Practice of Gaming

While Sitting
LiNe 3

The instant Patent Claims nor Patent
Application mention "sitting", Some
Casino Gambling occurs standing
i.e.: Crap-Table, The Big Wheel , Some
Slots, Some areas in The Sports Book.
The Examiners "Broad Interpretation" is
rebuted by the Patent Application.

Page 10 "Non-Analogues Prior Art"
LiNe 6

The requirements of 35 USC 103
Identify a person of Ordinary Skill in
The art to which Said Subject Matter
Pertains:
<u>NOT THE INVENTOR NOR THE
EXAMINER USING HINDSIGHT.
At The Time The INVENTION Was
Made Persons of Ordinary Skill in The</u>
Casino or Massage Arts Lacked any
Vision or MOTOVATION To Combine
Arts

# APPLICANTS STATEMENT TO THE
# BOARD OF APPEALS

## Part D

## APPLICANTS APPEAL BRIEF—ARGUMENTS
## NOT REBUTTED

"Casino Surveillance prohibition of Outside Vendors (ie: massage) entrance to Casino"

Page 4A .
Line 8

"Examiner Omits To Establish a Common Factual Basis when Citing Court references"

Page 42     *Copy 54*
Line 6,7,8     *page 6 of 33*

"The application    massage on an active person is "new" (see affidavit of Dr. Ed Warren)

Page 7
Line 1

"The Gambler will experience "pain relief" (immediate benefit to the public)

Page 9
Line 4,5

ilv. COM Teaches Away          ~~Page 17a~~   ~~MPEP 2141.02~~

Line 1          copy A7

ilv. COM DOES NOT TEACH        Page 17c  MPEP 2145
ALL CLAIM LIMITATIONS           Line 5    MPEP 706.02
                                          Copy 42
                                          copy 44

Page D-1

Reduce Alcohol expense for the Casino

Reduce Alcohol related Liability exposure to Lawsuits".

The opportunity to Present and advertise a NEW COMP To Gamblers.

> Page 10
> #'s 5,6,8

"Claims with Transitional Phase were Located,The File Wraper.

> 20 June 2003,
> Page 16
> Line 1 & 2

"passive Non-Productive and docile"

> Page 17a
> Line 1,2

"ilv.Com shows No ability To enter a Gambling Casino"

> Page 17a
> Line 7

ilv.Com shows "No Motivation" To Combine with a Gambling Casino"

> Page 17b
> Line 1

Copy 39
MPEP 2141

ilv.Com is not an equivalent of the Structure/acts" of The invention

> Page 17c
> Line 1

Copy 41
MPEP 2184

ilv.COM = Render Prior ArT  Page 17D  MPEP 2143
UNSaTiSFactory For Intended  Line 2  MPEP 2145
Purpose, Cie: Maximum Effective  Copy 40
Massage on docile Subject )  Copy 44

Page 19  NPEP 707.07

10 Reasons, STaTemenTs Traversing Line 1  copy 47
ilv. Com as Analogues  ArT.  copy 64

> Page D-2

10 Reasons

"Stepping back in Time"  The Motivation To Combine must have <u>been</u> obvious to <u>one of</u> <u>ordinary Skill in</u> The art, <u>Not The Inventor.</u>

*Copy 38*
*MPEP 2141.03*
Page 17d
Line 7,8,9
*Copy 36*
*MPEP 2106*

"If an applicant has demonstrated <u>The Criticality of a Specific Limitation.</u>"

Page 17f   *Copy 55*
Line 1   *pg 6 of 33*

"This invention possesses improved <u>properties Not Expected</u> by the prior art."

Page 17f   *Copy 55*
Line 1   *pg. 6 of 33*

The ilv.Com Case of Obviousness is defective as a "<u>Matter of Law</u>" prohibited by "Trespass Law"

Page 17g   *Copy 57*
Line 6,7,8   *pg 7 of 33*

The presence of a property not *possessed* ⋀ by The prior Art is <u>evidence</u> of Non-obviousness   *copy 60*
(i.e.:  massage on <u>active</u> subjects)

Page 17H   *MPEP*
Line 1,2   *716.02(a)*

<u>Greater than Expected results</u> are evidence on non-obviousness, (i.e.: massage to active   *copy 61*
Gamblers yields 16 useful benefits).

Page 17 H   *MPEP*
Line 4,5,6   *716.02(a)*

"<u>Superiority of a Property</u> shared with the prior art is <u>evidence</u> of non-obviousness, (i.e.:   *Copy 62*
massage to an <u>active</u> gambler, (maintains productivity) Prior art causes productivity to stop)

Page 17 I   *MPEP*
Line 1,2,3   *716.02(a)*

"A Fact can not be "Not persuasive" A Fact Is"

ie: examples of facts as listed in the applicants Brief dismissed as non persuasive or not rebuted at <u>all</u>
#1, #2, #5, #7, #8, #10, #12, #13, #14, #15, #16, #17

Page ~~25~~ *23*
Line 10,11,12,13,14

Page 24   *Copy 57 - Copy P-2*
Line 8   *page 7 of 33*

*Distant*
"Very ~~distinct~~ art Forms"

*Non Analogus*

Page 24
Line 14

*Page D-3*

# APPLICANTS STATEMENT TO THE
# BOARD OF APPEALS

## Part E

## EXAMINER RELIANCE on COMMON KNOWLEDGE or "WELL KNOWN"

The <u>Examiners Answers</u> (Paper No 16) uses and relies on the Statements:

| | | |
|---|---|---|
| It Goes Without Saying | - | One Time |
| It Is Old and Well Known | - | One Time |
| It Is Well Known | - | <u>Two Times</u> |
| It Must Be Presumed | - | <u>Three Times</u> |
| A Matter of Common Sense | - | One Time |
| Would have been Obvious | - | One Time |
| One Skilled in The Art Would recognize | - | One Time |

These Non Supported Statements have been previously <u>challenged</u> by The Applicant on many Occasions (as contained in the File Jacket)  No response with examples or <u>Facts</u> have been forth coming.

The statements are Then <u>NOT Required Substantial Evidence.</u>

Page E-1

# APPLICANTS STATEMENTS TO THE
# BOARD of APPEALS

## Part F

## New Arguments in the EXAMINERS ANSWER
## (Not Previously found in the File Jacket)

*18 of the 22 Listed Court References are New

*Below Listed Arguments are New

| | |
|---|---|
| "Receive a massage" "Just about anywhere" | Page 4<br>Line 1 |
| "Not an appealable issue" | Page 5<br>Line 1 |
| "Must Be Presumed To Know | Page 5<br>Line 21 |
| "The Work of a Skilled Mechanic" | Page 6<br>Line 3 |
| "It Goes Without Saying That" | Page 7<br>Line 16 |
| "Compulsive Gambler" | Page 7<br>Line 29 |
| "Nowhere in his Claims" | Page 8<br>Line 10 |

"Active or inactive" are not recited"                    Page 8
                                                         Line 15

"...ve b...c...ns""                                       Page
                                                         Line

"Vendors can get "License""                              Page 9
                                                         Line 9

"One Skilled in the art have "experienced or witnessed massage without the
requirement of a Special Chair"" *(NO Example)*          Page 9
*(SPECUlaTioN)*                                          Line 15

"An Artesian must be presumed To Know Something"         Page 9
                                                         Line 16 & 17

"Is a ridiculous Statement"                              Page 9
                                                         Line 26

"One Skilled in The art would Recognize"                 Page 10
                                                         Line 1

"Is broadly interpreted"                                 Page 10
                                                         Line 3

# APPLICANTS' OFFER TO WITH DRAW

## Part G

In the interest of advancing These Proceedings and in the Spirit of Compromise

The Applicant offers To Withdraw page #2 of the Drawings Labeled as "useful results"

Ned H. Presley
Inventor

Page G-1

# GAMBLING CASINO NEW/IMPROVED PROCESS FOR GAMBLER ATTRACTION AND HIGHER YIELDS

## FLOWCHART

### A.

Casino securement of any required regulatory permits and licensees by state gaming commissions or other regulatory agencies.

### B.

Casino provide, select attendants or practitioners and provide training. Casino secure attendants any necessary licenses for attendants or vendors to perform upper body manipulation or massage to gamblers while gambling.

### C.

Casino deploys and supervises massage-manipulation attendants to casino gambling areas to provide said services at intervals to gamblers while gambling.

### D.

Casino design compensation program for massage manipulation attendants, emphasizing gambler tips.

### E.

Casino select, design and designate, identifying costumes or uniforms for massage or manipulation attendants.

### F.

Casino design and implement advertising, describing and promoting new stress relief and relaxing types of massage, manipulation while gambling in the casino.

Page 1

## PRACTICAL RESULTS

**1.**

Gamblers staying active at the gambling stations/areas for longer uninterrupted sessions.

**2.**

More gamblers attracted to a particular casino.

**3.**

1 and 2 producing higher yields for the casino.

**4.**

Providing a new class of Casino employees largely cost free, being funded totally or largely by gamblers tips.

**5.**

Reduce alcohol expense for the casino.

**6.**

Reduce alcohol related liability exposure to lawsuits.

## INFERED BENEFITS

**A1.**

Increase tax revenues to City, County, State and Federal Governments. Thereby promoting the public welfare.

**A2.**

A new class of employment opportunities created in the local area.

**A3.**

**THE OPPORTUNITY, OCCASION, AND PRESTIGE TO PRESENT THE FIRST "BASIC NATURE" NEW BENEFIT PROGRAM FOR GAMBLERS IN MANY YEARS BY ANY CASINO!!**