# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Ned H. Presley                       )
217 Paragon Pkwy, #112      )
Clyde, NC 2872/            )
Phone: 407-331-9014        )

             )

        Plaintiff,       )

             )

        v.         )   Civil Case No. 06cv0104   (RJL)

             )

             )

US Attorney for the District of Columbia   )
555 4th Street, N.W.        )
Washington, D.C. 20001     )

## AFFIDAVIT OF SERVICE

I, _____, hereby declare that on the 26th of

_January_ 2006, I mailed a copy of the summons and complaint, certified mail return

receipt requested, to (name of defendant). Attached hereto is the green card acknowledging

service.



Ned H. Presley
217 Paragon Pkwy, #112
Clyde, NC 2872/
Phone: 407-331-9014





# ISHIP SHIPPING TOOLS

## Your Tracking Information

| | |
|---|---|
| Status: | **DELIVERED** |
| Last Scan: | **January 31, 2006 10:24 am Arrival at Unit WASHINGTON , DC 20066** |
| Delivery Date: | **Tuesday, January 31, 2006** |
| Delivery Time: | **11:41:00 AM** |
| Delivery Location: | **WASHINGTON, DC** |
| Carrier: | **US Postal Service** |
| US Postal Service Tracking Number: | **70051820000278811015** |

Scan History:

January 31, 2006 10:24 am Arrival at Unit WASHINGTON , DC 20066
January 26, 2006 4:34 pm Acceptance WAYNESVILLE , NC 28786
**NOTE:** The times listed in the scan details are local time.

Done

*Status as of Friday, February 3, 2006 12:16:23 PM Pacific Standard Time*    Learn More

## Track Another Package

**Enter tracking number:** [          ]  Submit    Tracking provided for

 
  

Having trouble? Click here for help. ● iShip, Inc. Privacy Policy
Copyright (c) 1998-2006 iShip, Inc. All rights reserved. All other trademarks are properties of their owners.

http://iship.com/trackit/track.asp    2/3/2006