UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ned H. Presley )
217 Paragon Pkwy, #112 )
Clyde, NC 28721 )
Phone: 407-331-9014 )
)
Plaintiff, )
)
v. ) Civil Case No. 06cv0104   (RJL)
)
United States Patent and Trademark Office )
Office of Solicitor )
P.O. Box 1450 )
Alexandria, VA  22313-1450 )

## AFFIDAVIT OF SERVICE

I, _Ned H Presley_, hereby declare that on the _1st_ of _February_ 20_06_, I mailed a copy of the _Case Management Order_ certified mail return receipt requested, to _US. Paten Office_. Attached hereto is the green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US. Patent Office
Office of The Solicitor
PO Box 1450
Alexandria Va
22313-1450

2. 7004 2510 0005 0538 9045

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED
FEB 03 2006
USPTO MAIL CENTER

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Ned H. Presley
217 Paragon Pkwy, #112
Clyde, NC 28721
Phone: 407-331-9014

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ned H. Presley )
217 Paragon Pkwy, #112 )
Clyde, NC 28721 )
Phone: 407-331-9014 )
 )
 )
Plaintiff, )
 )
v. )
 ) Civil Case No. 06cv0104   (RJL)
 )
United States Patent and Trademark Office )
Office of Solicitor )
P.O. Box 1450 )
Alexandria, VA  22313-1450 )
 )

## AFFIDAVIT OF SERVICE

I, _Ned H. Presley_, hereby declare that on the _26_ of _January_ 20_06_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to _US Patent Office_. Attached hereto is the green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: UNITED States Patent & Trademark Office Office of The Solisitor PO Box 1450 Alexandria Va 22313-1450 | D. Is delivery address different from item 1?  ☐ Yes  If YES, enter delivery address below: ☐ No<br>RECEIVED FEB 01 2006 USPTO MAIL CENTER<br>3. Service Type  ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7005 1820 0002 7881 1022 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

_(signature)_
Ned H. Presley
217 Paragon Pkwy, #112
Clyde, NC 28721
Phone: 407-331-9014