UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ned H. Presley )
217 Paragon Pkwy, #112 )
Clyde, NC 28721 )
Phone: 407-331-9014 )
)
    Plaintiff, )
)
v. )  Civil Case No. 06cv0104   (RJL)
)
U.S. Attorney General )
950 Pennsylvania Avenue, N.W. )
Washington, D.C. 20001 )

### AFFIDAVIT OF SERVICE

I, _Ned H Presley_, hereby declare that on the _26_ of _January_ 20_06_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to _US Attorney General_. Attached hereto is the green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   The U.S. Attorney General
   950 Pennsylvania Ave N.W.
   Washington DC
   20001

2. Article Number (Transfer from service label): 7005 1820 0002 7881 1008

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee
B. Received by (Printed Name) FEB 08 2006   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☑ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

← Feb 06 - 2006

_[signature]_
Ned H. Presley
217 Paragon Pkwy, #112
Clyde, NC 28721
Phone: 407-331-9014