# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Ned H. Presley                                              )
217 Paragon Pkwy, #112                                     )
Clyde, NC 2872**1**                                        )
Phone: 407-331-9014                                        )
                                                           )
                                                           )
        **Plaintiff,**     )
                                                           )
                                                           )
       v.                  )   **Civil Case No. 06cv0104    (RJL)**
                                                           )
  (                                                )
                                                           )
                                                           )
US Attorney for the District of Columbia                   )
555 4th Street, N.W.                                  )
Washington, D.C.  20001                                    )

## AFFIDAVIT OF SERVICE

I, *Ned H Presley* , hereby declare that on the *1st* of
*February* 20*06* , I mailed a copy of the *Case Management order* certified mail return
receipt requested, to *U.S. Attorney* Attached hereto is the green card acknowledging
service. *The District of Columbia*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*U.S. Attorney General*
*For The District of Columbia*
*555 4th Street N.W.*
*Washing Ton D.C.*

2. Article Number
   7004 2510 0005 0538 9052

PS Form 3811, February 2004     Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

  ☐ Agent
  ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   FEB 1 0 2006

3. Service Type
  ☐ Certified Mail   ☐ Express Mail
  ☐ Registered   ☐ Return Receipt for Merchandise
  ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

---

Ned H. Presley
217 Paragon Pkwy, #112
Clyde, NC 2872**1**
Phone: 407-331-9014

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Ned H. Presley                                          )
217 Paragon Pkwy, #112                                  )
Clyde, NC 28721                                         )
Phone: 407-331-9014                                     )
                                                        )
                                                        )
        Plaintiff,                                      )
                                                        )
                                                        )
        v.                                              )   Civil Case No. 06cv0104    (RJL)
                                                        )
                                                        )
                                                        )
U.S. Attorney General                                   )
950 Pennsylvania Avenue, N.W.                            )
Washington, D.C.  20001                                 )

### AFFIDAVIT OF SERVICE

I, *Ned H Presley*, hereby declare that on the *1st* of *February* 20*06*, I mailed a copy of the *Case Management Order*, certified mail return receipt requested, to ( *The US Attorney General* ). Attached hereto is the green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*US Attorney General*
*950 Pennsylvania Ave NW,*
*Washington D.C.*
*20001*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                           ☐ Agent
                                            ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

FEB 1 4 2006

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Ned H. Presley
217 Paragon Pkwy, #112
Clyde, NC 28721
Phone: 407-331-9014