UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

MAY 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ned H Presley            )
217 Paragon Pkwy, #112   )
Clyde, NC 27121          )
Phone: 407-331-9014      )
                         )
        Plaintiff,       )
                         )
    v.                   ) Civil Case No. 06cv0104 (RJL
                         )
United States Patent and Trademark Office )
Office of Solicitor      )
P.O. Box 1450            )
Alexandria, VA 22313-1450 )
                         )
U.S. Attorney General    )
950 Pennsylvania Avenue, N.W. )
Washington, D.C. 20001   )
                         )
US Attorney for the District of Columbia )
555 4th Street, N.W.     )
Washington, D.C 2001     )
                         )
        Defendants.      )

## INITIAL DISCLOSURES F.R. Rule 26(a)(1)(E)

Category  (A) Document copies and poster size enlargements of document, charts, listings and other items contained or listed in the original patent application file.

(B) Numbered documents of rules and policies as stated in the U.S.P.T.O. MPEP manual.

(C) Poster size photos:
* Artist depiction photo of patent proposal in action

* Other types of passive massage

* 100 year of casino in action

(D) Witnesses who may be called for part 2 (damages) portion of trial:
Anna S Stoltzpus
Ph 407-331-9014
Box 112
217 Paragon Parkway
Clyde, N.C. 28721-8509

(E) Live demonstration by local certified licensed, massage therapist of "Chair Massage."

(F) Excerpts from books and dictionaries.

(G) Affidavit of amendment Dr. C. Ed Warren of 3-6-2006.

(H) Other documents of evidence expected to be offered:

| Document Exhibit Number | Subject Matter Evidence |
|---|---|
| 1,2,3,4, | Casino examples of mobile massage to your hotel room Room, poolside, and poolside chair massage by the Casino spas of "Paris Casino Hotel Spa", "Casars Spa Casino Hotel", "MGM Grand Spa Casino Hotel." |
| 5, 6 | Obviousness-Motivation to combine |
| 7 | The final legal conclusion |
| 8 | Be sufficiently different |
| 9, 10 | Supreme court rule of law for determining equivalency |
| 11 | Prior art |

(I) Other documents or evidence which may be offered

| | |
|---|---|
| 12,13,14,15,16,17,18,19,20,21, 22,23,24,25,26,27,28,29,30 | Golf ball patents |
| 31 | Sample golf ball |
| 32 | Golf ball advertisement |
| 33 | Photo golf ball patent display – Museum – US Patent Office |
| 34 | One dozen golf balls |

Respectfully Submitted

Ned H. Presley
217 Paragon Parkway #112
Clyde, N.C. 28721
Phone 407-331-9014

**Certificate of Service**

I hear by certify that on _May 16 2006_ a copy of my Initial Disclosures was mailed to all defendants a the following addresses

United States Patent and Trademark Office
Office of Solicitor
P.O. Box 1450
Alexandria, VA 22313-1450

U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20001

US Attorney for the District of Columbia
Rhonda Fields
555 4th Street, N.W.
Washington, D.C. 20001

_____
Ned H. Presley
217 Paragon Parkway #112
Clyde, N.C. 28721