UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Ned H Presley**<br>217 Paragon Pkwy, #12<br>Clyde, NC 27121<br>Phone: 407-331-9014<br><br>**Plaintiff,**<br><br>v.<br><br>**United States Patent and Trademark Office**<br>**Office of Solicitor**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450<br><br>**U.S. Attorney General**<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20001<br><br>**US Attorney for the District of Columbia**<br>555 4th Street, N.W.<br>Washington, D.C 2001<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **RECEIVED**<br>MAY 1 8 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Case No. 06cv0104 (RJL |

## REPORT TO THE COURT OF CONFERENCE OF THE PARTIES

LCvR 16.3

Conference did occur by speaker phone on May 5, 2006.

Discovery plan shall not dispense with initial disclosures required by Rul 26(a)(1), F.R. Civ.P

The plaintiff did state and recommend

<u>1</u> The case can not be resolved by summary judgment or motion to dismiss.

<u>2</u> Discovery request by the plaintiff will not include interrogatories, of depositions and completed by both parties in 30 day (by June 4).

<u>3</u> Plaintiff offered face to face settlement. Negotiations (not 3rd party) (declined by defendant).

<u>4</u> Plaintiff's goal in bringing this litigation is to obtain a jury determination of the merits facts and evidence of the case.

**5** Trial should be bifurcated into 2 phases, #1 The facts and merits of the case, #2 The penalty and damages as may justified by wrongful acts by the defendant.

**6** Pretrial conference request in 21 day. May 25, 2006.

7 Court to set a firm trial date at 1st conference.

**8** Other matters; this patent application has been pending with the US Paten Office from February 12, 2002 (4 years), according and the plaintiff does request all procedures and events by expedited.

**9** There were no firm agreements reached at this conference.

Respectfully Submitted

Ned H. Presley

**Certificate of Service**

I hear by certify that on  May-16- 2006  a copy of my Initial Disclosures was mailed to all defendants a the following addresses

United States Patent and Trademark Office
Office of Solicitor
P.O. Box 1450
Alexandria, VA 22313-1450

U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20001

US Attorney for the District of Columbia
Rhonda Fields
555 4th Street, N.W.
Washington, D.C. 20001

Ned H. Presley
217 Paragon Parkway #112
Clyde, N.C. 28721