UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ned H Presley<br>217 Paragon Pkwy, #112<br>Clyde, NC 27121<br>Phone: 407-331-9014<br><br>    Plaintiff,<br><br>    v.<br><br>United States Patent and Trademark Office<br>Office of Solicitor<br>P.O. Box 1450<br>Alexandria, VA 22313-1450<br><br>U.S. Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20001<br><br>US Attorney for the District of Columbia<br>555 4th Street, N.W.<br>Washington, D.C 2001<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 06cv0104 (RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

May 16, 2002

ORDERED the parties shall not dispense with initial disclosure 26(a)(1), F.R., Civ P.

The Parties shall complete discovery request and answers within 30 days, by June 13, 2006 or as selected by the court on _____.

The Pre-trial conference shall be 21 days after the parties conference by May 25, 2006 or as selected by the court on _____.

The firm trial date to be set at the pre-trial conference.

The jury trial shall be conducted in phases.

**Part 1.** Trial of the case on the merits.

**Part 2.** Trial for penalty upon a showing of wrong doing by the US Patent Office.

SO ORDERED,

RICHARD J. LEON

UNITED STATES DISTRICT JUDGE