UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ned H Presley<br>217 Paragon Pkwy, #112<br>Clyde, NC 27121<br>Phone: 407-331-9014<br><br>Plaintiff,<br><br>v.<br><br>United States Patent and Trademark Office<br>Office of Solicitor<br>P.O. Box 1450<br>Alexandria, VA 22313-1450<br><br>U.S. Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20001<br><br>US Attorney for the District of Columbia<br>555 4th Street, N.W.<br>Washington, D.C 2001<br><br>Defendants. | RECEIVED<br>MAY 1 8 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Case No. 06cv0104 (RJL |

## STATEMENT OF THE FACTS

<u>35 USC 101</u>

The plaintiff, a United States Citizen, did file in February 2002 a patent application for a new invention. The invention is substantial different from any prior art.

<u>35 USC 103</u>

The US patent office has thus far declined to issue the patent, alleging, the invention would be obvious.

<u>US Code Title 28</u>>Part Vi chapter 171>SC 2674, SC 2672, SC 2679

<u>US Code Title 42</u>>chapter 21>Subchapter I> SC 1981, SC 1983

The US Patent office may have processed the patent application in an unorthodox, wrongfully, and bias manner thus depriving the plaintive of property rights and constitutional rights.

Respectfully Submitted

Ned H. Presley

**Certificate of Service**

I hear by certify that on ___May 16 - 2006___ a copy of my Initial Disclosures was mailed to all defendants a the following addresses

United States Patent and Trademark Office
Office of Solicitor
P.O. Box 1450
Alexandria, VA 22313-1450

U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20001

US Attorney for the District of Columbia
Rhonda Fields
555 4th Street, N.W.
Washington, D.C. 20001

_____
Ned H. Presley
217 Paragon Parkway #112
Clyde, N.C. 28721