UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NED H. PRESLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 06cv0104 (RJL) |
| v. ) | |
| ) | |
| UNITED STATES PATENT ) | |
| AND TRADEMARK OFFICE, et al. ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of defendant's motion for time before the commencement of discovery and other proceedings in which to file a motion for summary judgment or in the alternative for dismissal and remand, the plaintiff's response, and the entire record, it is hereby

ORDERED that within 60 days of the date of this Order defendant shall file the above described motion.

Date: _____
UNITED STATES DISTRICT JUDGE