Westlaw.  NewsRoom

12/26/01 UPINEWS 00:00:00                                                        Page 1

12/26/01 UPI News 00:00:00

UPI NEWS
Copyright © 2004 Comtex News Network. All rights reserved.

December 26, 2001

The Vegas Guy: Harrah's Atlantic City

ATLANTIC CITY, N.J., Dec 26, 2001 (United Press International via COMTEX) -- I've got some swampland in New Jersey you gotta check out.

Whoops! The politically correct term these days is "coastal marshland." And back in the late 1970s the Harrah's people must have seemed out of their minds when they bought a big chunk of it.

With brand-new casinos on the Boardwalk earning profits never dreamed of in Vegas, Harrah's announced a new hotel in the Atlantic City "marina district" -- an $8 cab ride from the Boardwalk, near some old wooden yacht piers that don't even front on the ocean, in an area that can charitably be called bleak.

This is not Everglades-style swamp, with picturesque reeds and palms. This is not even Louisiana-style swamp. No mangroves or cypresses anywhere in sight -- just an endless vista of standing water and sludge. But this is where Harrah's chose to build, opening Nov. 23, 1980, in an area of Atlantic City that had never seen a single structure in its long illustrious history.

And 21 years later, it's about to pay off big time. The reason has less to do with Harrah's than with an idea hatched in the mind of Las Vegas master builder Steve Wynn five years ago. Wynn wanted to build the first Bellagio-style luxury casino in Atlantic City, to outgun his archenemy Donald Trump. Trump owns three hotels here and has been grinning like a Cheshire cat ever since the eighties, when Wynn sold his Golden Nugget on the Boardwalk and abandoned the city. But in 1996 Wynn set his sights on the Trump Marina -- the second hotel to go up in the swamp -- and bought land right next door.

The Borgata, Wynn's New Jersey version of Bellagio, was intended to be his comeback and his revenge. Bigger than anything Atlantic City has ever seen, with 11 gourmet restaurants, carriage-trade shopping, and all the bells and whistles associated with Vegas in the nineties, it was announced with great fanfare, but went into temporary limbo when Wynn abruptly sold his holding company to Kirk Kerkorian in May 2000. Wynn was out of the casino business -- at least long enough for him to buy the Desert Inn, demolish it, and start building La Reve, the next big Vegas mega-casino.

But Kerkorian eventually decided to go ahead and adopt Wynn's Atlantic City

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

project for himself. A 50-50 joint venture between Boyd Gaming and MGM Mirage, the Borgata has already risen from the same swamp occupied by Harrah's and the Trump Marina. At this point it's a massive tangle of steel girders and cranes that dominate the view when you approach Atlantic City from the Garden State Parkway, and when it opens in the summer of 2003, it's expected to change Atlantic City forever.

Harrah's, the pioneer of the swamp, is getting ready for that onslaught with $200 million worth of improvements, including a new tower that will make it the largest hotel in New Jersey (1,626 rooms, exactly two more than the Tropicana), at least until Borgata opens. They've recently spent $10 million on their two gourmet restaurants alone. And they've made it clear that, in the not-too-distant future, the neglected New Jersey swamp will witness a boom not unlike the one that occurred in the once-neglected Nevada desert.

"I wasn't here when Harrah's first built here," says Susan Kotzen, director of public affairs for Harrah's, "but I know it was just vacant wetlands, and the main reason was so they could get a sizable property that they could add on to."

As the first property built away from the Boardwalk, they decided to build their own boardwalk. The "Baywalk," they call it, and it's a wraparound deck that fronts on the Absecon Waterway. There are a couple of dozen slips for yachts that sometimes find their way here in the summertime, but mostly the Baywalk is just a place to relax between **gambling** sessions.

"It's serene," she says. "You can sit outside and have your morning coffee. And people even fish off our pier. You can catch amazing stripers out there."

Meanwhile, Harrah's has continued to market against the grain of Atlantic City. It's the only Atlantic City casino that has no bus business. Zero. Nada. In a city where up to 70 percent of the visitors arrive by bus -- lured by an average of $15 in free chips per person if you agree to take the ride -- Harrah's is set up exclusively for people who get there in their own cars. And once inside the casino, they rarely leave. (It is, after all, surrounded by swampland.) If they do want to sample the Boardwalk during their stay, Harrah's runs a courtesy bus over to its sister property, the Showboat, but for the most part these are dedicated slot-machine players who want to spend a few hours pulling handles and then head home.

Harrah's has already benefited from Borgata's presence, in the form of the brand-new Atlantic City Expressway Connector. Before it opened last summer, you had to drive into the congested heart of Atlantic City and then wind around through a tangle of streets to the marina district. The new $330 million roadway, financed entirely by the state, was part of Borgata's political agreement to build there, and it means you no longer have to drive into downtown Atlantic City at all. In fact, it makes the three marina casinos more convenient than anywhere else -- within five minutes of the Garden State Parkway, the main route to northern New Jersey and New York, and two minutes from the Atlantic City Expressway, the main route to Philadelphia.

If the building boom continues, the swamp could make the Boardwalk obsolete, especially in the cold months when no one cares about the beach anyway.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Harrah's is the company that pioneered the "frequent **gambler**" card -- called "Total Rewards" -- which can be used at any of its 25 casinos nationwide, and that's basically how they've managed to consistently fill a hotel that has no bus business and no access to the ocean.

They use their multi-million-name database to offer private parties, slots tournaments and the like, not to mention rooms and free show tickets for premium players. They have at least one headliner each month in the Broadway By the Bay Theatre, a great showroom that seats 850 in banquettes and club chairs, and in the summer they host Broadway road shows ("Cats" last year, "Footloose" the year before that).

By Vegas standards the casino is nothing special. There are only 65 tables, and the poker room is the smallest in Atlantic City. This place is all about slots -- 3,400 of them, to be exact, arrayed in perfectly straight aisles that have ample walking room and plush comfy chairs. The theme is vaguely nautical, with a lot of aquamarines and pastels, tropical aquariums in the Fantasea Reef Buffet (the city's most popular buffet), and high ceilings for that spacious and airy feeling you usually get in Indian casinos. In every way, it's the opposite of the Boardwalk hotels. The revamped Harrah's is especially proud of its two high-profile restaurants -- Florentino's, which is a year old and features a trendy open-air kitchen as well as lots of intimate cordoned-off dining areas; and The Steakhouse, eight months old, a sort of art deco place that features the city's first and only raw bar. Harrah's, unlike most of the big casino chains, owns and operates all its own restaurants and shops, including "Club Cappuccino," which is a Starbucks ripoff, and "The Deli," which has an Old New York theme, featuring piped-in street noise from The Big Apple. (Many of the customers must be thinking, "Didn't I come here to escape that?") As with all Harrah's properties, the goal here is to be casual, unthreatening and mall-like. The Atrium Lounge has the usual piano-bar-type entertainment. There's an indoor pool and a sundeck. The rooms run anywhere from $75 to $175, depending on the night, but they're almost always discounted or given away, like most rooms in Atlantic City.

There's a private club for premium players, and perhaps the nicest part of the casino is called Diamond Cove, which is 177 slot machines set aside for true fanatics. (The chairs **massage** you as you drop up to $100 per spin. Harrah's was the first casino to introduce both $5 and $100 slot machines to the market.)

And this is where the REAL action is. If you care to gaze out at the skyline of the Boardwalk in the distance, you might be tempted to take the courtesy shuttle over to check it out. Then again, if you fit the database profile that Harrah's is so careful to develop, you're more likely to be impressed by Harrah's two-year record of having Atlantic City's loosest slots in the 25-cent, 50-cent and $1 categories. That's why there are 2,400 spaces in the parking garage and only 1,174 rooms. You don't come here for a vacation. You come here to win enough money for a vacation somewhere else. Maybe one of those nice Florida swamps.

HARRAH'S ATLANTIC CITY

777 Harrah's Blvd.

Theme: Aquarium Lite

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

12/26/01 UPINEWS 00:00:00                                              Page 4

Opened: 1980

Total investment: $500 million

Known for: Being an island of calm, away from the nitty-gritty bustle of the Boardwalk.

Marketing niche: Drive-ins from Philadelphia, north Jersey and New York.

**Gambler's** Intensity: Medium

Cocktail speed: Rapid

Dealers: Friendly

Bosses: Personable

Tables: 65 Slots: 3,400

Rooms: 1,174

Surrounding area: Trump Marina is the only other casino in sight, and it's possible, but not advisable, to walk there. Everything else is water and swampland.

Web site: harrahs.com/our--casinos/atl/

Overall rating: 79

Joe Bob's bankroll: Down $30 after monkeying around with the infernal "Wheel of Fortune" quarter slots: total to date: +$145.

(E-mail Joe Bob Briggs, "The Vegas Guy," at JoeBob@upi.com or visit Joe Bob's Web site at joebob-briggs.com. Snail-mail: P.O.Box 2002, Dallas, Texas 75221.)

By JOE BOB BRIGGS, "The Vegas Guy"

Copyright 2001 by United Press International.

-0-

SUBJECT CODE:      01021000 04016000

Word Count: 1962
12/26/01 UPINEWS 00:00:00

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.