# The Associated Press

The materials in the AP file were compiled by The Associated Press. These materials may not be republished without the express written consent of The Associated Press.

May 27, 1989, Saturday, PM cycle

**SECTION:** Domestic News

**LENGTH:** 359 words

**HEADLINE:** On the Light Side

**DATELINE:** ATLANTIC CITY, N.J.

**BODY:**
For slot machine players who feel they "get no respect," billionaire Donald Trump's casino presents the ultimate in pampering.

Not one to ignore customers with big bucks, Trump has created an elegant slot machine section away from the run-of-the-mill tourists on the main casino floor.

Mind you, this posh place is not for those customers who gamble with quarters and nickels. The "Monte Carlo Casino," which opens this weekend at Trump Castle Hotel and Casino, features three $$100 slot machines - one with a $$400,000 jackpot - seven $$25 slots and 51 $$5 slots.

If slot players invest enough, they will be treated just like the high roller in the baccarat pit. The new section, which cost $$1.5 million to furnish and equip, has been enclosed with marble walls, brass rails and etched glass. Flowering plants line the sides. Deluxe chairs with armrests face each slot machine, and phone jacks are available alongside.

The "Monte Carlo Ambassadors" - butlers in tuxedos - will provide every amenity: light snacks, slippers for tired feet, a neck massage and even a hot towel to wipe hands that have been dirtied by those big-buck tokens.

"Traditionally, slot players are handed a Wet-Nap at the cashier's window," said Trump Castle spokeswoman Jeanine Repa. "We wanted to take things a step up for our preferred customers."

PIEDMONT, Calif. (AP) - Patricia Raphael said the most exciting moment of her life came when she out-whooped a girl imitating a whooping crane and another impersonating the common loon to win a bird-calling contest.

The 17-year-old girl and seven of her fellow aviary impressionists won an appearance Friday on "The Tonight Show Starring Johnny Carson," the 15th year in a row the bird callers have appeared.

"I've never been so excited about anything in my life," said Raphael, who beat second runner-up Alicia Gruber, 18, to win the 26th Annual Leonard J. Waxdeck Bird Calling Contest.

Gruber, who said she joined the competition to help her with public speaking, plans to stop calling

when she enters college this fall.

She won the contest with her impression of Middendorff's grasshopper warbler.

**LANGUAGE:** ENGLISH  DONALD TRUMP (94%); ALICIA GRUBER (70%); PATRICIA RAPHAEL (69%);

---

# FOCUS™
### Search: General News;Light Side and Associated Press

To narrow this search, please enter a word or phrase:

[                    ]  [FOCUS]

*Example:* **House of Representatives**

About LEXIS-NEXIS | Terms and Conditions | What's New
Copyright © 2000 LEXIS-NEXIS Group. All rights reserved.