3/7/1
DIALOG(R)File 486: Press-Telegram
(c) 2006 Long Beach Press-Telegram. All rts. reserv.

09278089   (THIS IS THE FULLTEXT)
**WOMEN ARE COMING UP ACES**
**MORE AND MORE ARE BEING DEALT IN AT THE POKER TABLE**
Debbie Arrington Staff writer
Press-Telegram, AM ED, P J5
Sunday, October 5, 1997

TEXT:
Women can have an advantage when they sit down at the table. Just ask Marsha Waggoner.

The Downey woman plays poker for a living. An executive host at the Hollywood Park Casino, Waggoner earned more than $33,000 at this year's World Series of Poker in Las Vegas, finishing 12th out of a field of 313 players. She's finished in the money in the granddaddy of high stakes poker games more often than any other woman.

"Poker used to be totally a man's world," says Waggoner. "There are some men out there who still think they dominate the table."

Waggoner smiles. "I prefer to play with them."
A native Australian, Waggoner got her start in Sydney. "I used to play once a week and a friend asked me to deal at a casino he owned," she recalls. "I was forced to hold my own."

Since then, Waggoner has played from Asia to Europe, holding good cards as well as holding her own. For the last decade, she's made Southern California her base.

Although no official statistics are kept, women are playing more poker, says Waggoner. She sees that trend at local tables and Las Vegas. And they come to the game seriously. "We want to be treated as equals," she says. "We don't want to be singled out as women only."

But when men do make that mistake, watch out! "Women have an edge at the table," Waggoner says, "because of that macho attitude. You can take advantage of that."

Phyllis Caro has noticed more women at the poker tables as well. Also from Downey, Caro is director of casino operations at the Hollywood Park Casino.

"In our lower limit games, we usually have 20 to 30 percent women at each of our tables," she says. "Our high limit games average one woman per table."

The female players in the South Bay are particularly good. She ticks off a list of card experts: Cathy Hulbert and Terry King, both among the top seven-card stud players in the world, and divisional World Series champ Maria Stern, who splits time between Redondo Beach, Costa Rica and Las Vegas.

Women are gaining a greater voice at the table, too, says Caro. For example, Linda Johnson is publisher of Card Player magazine, the industry's leading publication, and Susan Isaacs is one of the magazine's top columnists.

Most women got their start playing cards at home around the kitchen table, says Caro. When it comes to venturing out to a card club, the proposition can look intimidating. But local casinos have made special efforts to appeal to female players.

"All of our Southland casinos are beautiful," says Caro. Good security and a friendly environment create a pleasant atmosphere.

Nancy Friedman of the Commerce Casino agrees. "Women are discovering that our casinos are not small, dingy, smoky places with a lot of old men sitting around," she says. "Playing cards here is enjoyable and fun. We strive to make women feel just as comfortable as men. Our philosophy is we are very female friendly."

Friedman recently hosted her casino's second annual Ladies' Poker Dream Weekend, with more than 300 women players.

"A lot of women play with men all the time and blow them out of the water," says Friedman. "This was a chance to play with your peers."

To attract women players, the casino sweetened the prize pot with salon makeovers, sunny vacations and shopping sprees on Rodeo Drive.

Traditionally, **poker players** of either sex get special treatment at card clubs and casinos, says Waggoner. "For example, a masseuse will come around and give you a **shoulder massage** at the table. We **poker players** like to be pampered."

Caro and Waggoner also have hosted several women's tournaments and special promotions such as just-for-ladies poker cruises.

"We've offered gourmet chocolates, champagne mimosas and makeovers," says Caro. "We've had low entry fees, speakers to offer tips on strategy and all sorts of things to make the players feel special. We're creating a market for women."

There's only one problem. "The controversy with women's tournaments is that men feel discriminated against," adds Waggoner. Some men have even tried to crash women-only tournaments.

Waggoner occasionally is willing to let these men play. As long as they bring plenty of cash.

Copyright (c) 1997, Long Beach Press-Telegram
?