## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Ned H Presley                           )
217 Paragon Pkwy, #112          )
Clyde, NC 27121                  )
Phone: 407-331-9014           )
                                     )

           **Plaintiff,**              )
                                       )

           v.                       ) Civil Case No. 06cv0104 (RJL
                                       )

United States Patent and Trademark Office   )
Office of Solicitor                       )
P.O. Box 1450                            )
Alexandria, VA 22313-1450, et al.      )
                                       )

## MOTION TO  SUPPRES-QUASH-BAR

July 5, 2006

As previously petitioned by plaintiffs COMPLAINT filed 1-19-06, Paragraphs #34, #35, and #36 the plaintiff does request this court bar the use of any verbal statements attributed to the plaintiff during the USPTO board of appeals Hearing of Nov 15, 2005. *I do assert that No Statement was intended as an admision of Prior Art.* This hearing was under obligation to be "on the Administrative Record" only. *The intended Scope of my Statements was different than The Boards Interpretation.* Whether by design or accident, the results appeared to be one of entrapment by use of lending and veiled questions posed under pretext basis.

The plaintiff does hereby retract and disavow verbal statements so extracted under duress and intimidating circumstances, the plaintive request these statement be barred as admissible in these proceedings and in any further proceedings of the United States Paten Office.

                               Respectfully Submitted

                               Ned H. Presley
                               217 Paragon Parkway #112
                               Clyde, N.C. 28721
                               Phone 407-331-9014

**Certificate of Service**

I hear by certify that on  *JULY-6-2006*  a copy of my  *MOTION TO SUPPRES-QUASH-BAR*  was mailed  (NP)
to all defendants a the following addresses

US Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20001

Ned H. Presley
217 Paragon Parkway #112
Clyde, N.C. 28721