## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ned H Presley<br>217 Paragon Pkwy, #J12<br>Clyde, NC 27121<br>Phone: 407-331-9014 | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Case No. 06cv0104  (RJL<br>) |
| United States Patent and Trademark Office<br>Office of Solicitor<br>P.O. Box 1450<br>Alexandria, VA 22313-1450, et al. | )<br>)<br>)<br>) |

### ORDER TO BAR ADMISSION OF VERBAL STATEMENTS

Upon petition of the plaintiff, it is ordered that verbal statements attributed to the plaintiff which are not contained in the written administrative records of USPTO Paten File Wrapper prior to November 15, 2005 be barred from admission and consideration in these proceedings:

SO ORDERED,  DATE_____

RICHARD J. LEON

UNITED STATES DISTRICT JUDGE