RECEIVED
JUL 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ned H Presley<br>217 Paragon Pkwy, #112<br>Clyde, NC 27121<br>Phone: 407-331-9014<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES PATENT<br>AND TRADEMARK OFFICE, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 06cv0104 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

### ANSWER TO DEFENDANT'S REQUEST FOR TIME TO FILE A MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, DISMISSAL AND REMAND AND REQUEST FOR DATE SETING PRE-TRIAL CONFERENCE

To secure the just speedy and inexpensive determination of this action, the plaintiff does submit an order to set an early date for the pre-trial conference.

It is some times said "Justice delayed is justice denied."

The USPTO did well process this paten application for over 4 years and it was their election to terminate their consideration of same.

The present defense team of 5 or more? Lawyers has already had 5 months to submit any motions of their choice.

The defendants request and motion does not disclose when, where, and how the 4 pieces of information were discovered (there is a possibility that they were previously considered and rejected by personnel of the U.S.P.T.O).

Any consideration of "Remand" of this case to the USPTO would appear to be similar to double jeopardy.

This court is superior to the Administrative Agency of the USPTO and should take no note of their predictions or threats of actions to circumvent the decisions and judgments of this court.

The underlying facts and proofs of non obviousness as listed the plaintiffs complaint and the paten file jacket would prevent a "Summary Judgment."

The plaintiff has demanded jury trial as a constitutional right as declared by the seventh amendment of the constitution and or as given by a statute of the United States. (paragraph #27 plaintiff's complaint.)

The proper papers and filings have been submitted and the proper fee has been paid for a jury trial.

35 USC 102 does only use 50 words to determine obviousness. This determination is well within the capacity of a jury to impartially decide in this case.

Discovery has been preformed and exchanged by the parties: INITIAL DISCLOSURES F.R. Rule 26(a)(1)(E) filed by plaintiff 5-15-2006. Defendant's INITIAL DISCLOSURES mailed 6-13-2006. Judge Leons MINUTE ORDER filed 6-9-2006 required completion of Discovery by 6-13-2006.

Accordingly the plaintiff does request the defendant's paper of request for time be denied.

The plaintiff now submits an order for the pretrial conference.

Respectfully Submitted

Ned H. Presley
217 Paragon Pkwy, #112
Clyde, NC 27121
Phone: 407-331-9014

**Certificate of Service**

I hear by certify that on July 7-2006 a copy of the foregoing plaintiffs answer to request for Time to File a Motion for Summary Judgment Or, in the Alternative, Dismissal and Remand and request for order setting pre trial conference was mailed to:

Ned H. Presley

Rohonda Fields
C/O
US Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001