## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ned H. Presley<br>217 Paragon Pkwy, #112<br>Clyde, NC 27121<br>Phone: 407-331-9014 | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Case No. 06cv0104 (RJL)<br>) |
| UNITED STATES PATENT<br>AND TRADEMARK OFFICE, et al. | )<br>)<br>) |
| Defendants. | )<br>) |

### ORDER

The Parties are hereby notified of the setting of the Pre Trial Conference on _____ at _____ in court room _____.

**SO ORDERED,**


_____

**UNITED STATES DISTRICT JUDGE**