Form PTO 55 (12-80)

**U.S. DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

June 14, 2006
(Date)

THIS IS TO CERTIFY THAT THE ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

**APPLICANT(S): NED H. PRESLEY**

**APPLICATION NUMBER: 10/073,586**

**FILING DATE: February 12, 2002**

**TITLE OF INVENTION: GAMBLING CASINO NEW/IMPROVED PROCESS FOR GAMBLER ATTRACTION AND HIGHER YIELDS**



By authority of the
DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

Maria L. Fletcher
*Certifying Officer*