UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ned H Presley<br>217 Paragon Pkwy, #112<br>Clyde, NC 27121<br>Phone: 407-331-9014<br><br>      Plaintiff,<br><br>      v.<br><br>United States Patent and Trademark Office<br>Office of Solicitor<br>P.O. Box 1450<br>Alexandria, VA 22313-1450, et al.<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 06cv0104 (RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER TO COMPEL DEFENDANTS TO FURNISH TRANSCRIPTS AND RECORDINGS

Upon petition of the plaintiff and normal disclosure requirements. The defendants are ordered to forward via US Mail to the Plaintiff within 10 days, the board hearing records of:

(a) The written transcript
(b) The audio recording
(c) Any video recording available

At his address of record

SO ORDERED, DATE_____

                                          RICHARD J. LEON

                                          UNITED STATES DISTRICT JUDGE