UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NED H. PRESLEY,        ) | |
|                        ) | |
|     Plaintiff,         ) | |
|                        ) | Civil Case No. 06cv0104 (RJL) |
|     v.                 ) | |
|                        ) | |
| UNITED STATES PATENT   ) | |
| AND TRADEMARK OFFICE, et al.  ) | |
|                        ) | |
|     Defendants.        ) | |

**OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Defendant respectfully submits this opposition to plaintiff's motion to compel production of a transcript, audio and/or video recording of the Board of Appeals hearing of November 15, 2005, concerning his patent application.

Initially, plaintiff has filed with defendant no requests for documents and has failed to consult with counsel pursuant to L.Cv. R. 7 (m).

Substantively, had plaintiff filed a request or consulted, he would have been advised that no verbatim transcription or recording of the hearing was made.

Therefore, plaintiff's motion should be denied.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 23rd[h] day of August, 2006, a copy of the foregoing Opposition to Motion to Compel was mailed, postage prepaid to plaintiff pro se

NED H. PRESLEY
217 Paragon Parkway
Apartment 112
Clyde, NC 28721

and by fax to 828-452-3982

 

_____
Rhonda C. Fields
Assistant United States Attorney