UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NED H. PRESLEY,                             )<br>                                                      )<br>         Plaintiff,                              )<br>                                                      )<br>    v.                                             )<br>                                                      )<br>UNITED STATES PATENT                )<br>AND TRADEMARK OFFICE, et al.   )<br>                                                      )<br>         Defendants.                         ) | Civil Case No. 06cv0104 (RJL) |

ORDER

Upon consideration of plaintiff's motion to compel and defendants' opposition thereto, it is hereby

ORDERED that the motion to compel is DENIED.

Date: _____        _____
                                                              UNITED STATES DISTRICT JUDGE