UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NED H. PRESLEY,                          )
                                         )
       Plaintiff,                        )
                                         )
   v.                                    )      Civil Action No. 06cv104 (RJL)
                                         )
                                         )
                                         )
                                         )
                                         )
UNITED STATES                            )
PATENT AND TRADEMARK OFFICE,             )
et al.                                   )
       Defendant.                        )
_____  )

ORDER

Upon consideration of defendant's motion for summary judgment, plaintiff's response thereto, and the entire record in this matter, it is hereby

ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

Date: _____
       UNITED STATES DISTRICT JUDGE