3/7/1
DIALOG(R)File 486: Press-Telegram
(c) 2006 Long Beach Press-Telegram. All rts. reserv.

09278089  (THIS IS THE FULLTEXT)
**WOMEN ARE COMING UP ACES**
**MORE AND MORE ARE BEING DEALT IN AT THE POKER TABLE**
Debbie Arrington Staff writer
Press-Telegram, AM ED, P J5
Sunday, October 5, 1997

TEXT:
Women can have an advantage when they sit down at the table. Just ask
Marsha Waggoner.

   The Downey woman plays poker for a living. An executive host at the
Hollywood Park Casino, Waggoner earned more than $33,000 at this year's
World Series of Poker in Las Vegas, finishing 12th out of a field of 313
players. She's finished in the money in the granddaddy of high stakes poker
games more often than any other woman.

   "Poker used to be totally a man's world," says Waggoner. "There are
some men out there who still think they dominate the table."

   Waggoner smiles. "I prefer to play with them."
   A native Australian, Waggoner got her start in Sydney. "I used to play
once a week and a friend asked me to deal at a casino he owned," she
recalls. "I was forced to hold my own."

   Since then, Waggoner has played from Asia to Europe, holding good cards
as well as holding her own. For the last decade, she's made Southern
California her base.

   Although no official statistics are kept, women are playing more poker,
says Waggoner. She sees that trend at local tables and Las Vegas. And they
come to the game seriously. "We want to be treated as equals," she says.
"We don't want to be singled out as women only."

   But when men do make that mistake, watch out! "Women have an edge at the
table," Waggoner says, "because of that macho attitude. You can take
advantage of that."

   Phyllis Caro has noticed more women at the poker tables as well. Also
from Downey, Caro is director of casino operations at the Hollywood Park
Casino.

   "In our lower limit games, we usually have 20 to 30 percent women at
each of our tables," she says. "Our high limit games average one woman per
table."

   The female players in the South Bay are particularly good. She ticks off
a list of card experts: Cathy Hulbert and Terry King, both among the top
seven-card stud players in the world, and divisional World Series champ
Maria Stern, who splits time between Redondo Beach, Costa Rica and Las
Vegas.

   Women are gaining a greater voice at the table, too, says Caro. For
example, Linda Johnson is publisher of Card Player magazine, the industry's
leading publication, and Susan Isaacs is one of the magazine's top
columnists.

**NR 1**

Most women got their start playing cards at home around the kitchen table, says Caro. When it comes to venturing out to a card club, the proposition can look intimidating. But local casinos have made special efforts to appeal to female players.

"All of our Southland casinos are beautiful," says Caro. Good security and a friendly environment create a pleasant atmosphere.

Nancy Friedman of the Commerce Casino agrees. "Women are discovering that our casinos are not small, dingy, smoky places with a lot of old men sitting around," she says. "Playing cards here is enjoyable and fun. We strive to make women feel just as comfortable as men. Our philosophy is we are very female friendly."

Friedman recently hosted her casino's second annual Ladies' Poker Dream Weekend, with more than 300 women players.

"A lot of women play with men all the time and blow them out of the water," says Friedman. "This was a chance to play with your peers."

To attract women players, the casino sweetened the prize pot with salon makeovers, sunny vacations and shopping sprees on Rodeo Drive.

Traditionally, **poker players** of either sex get special treatment at card clubs and casinos, says Waggoner. "For example, a masseuse will come around and give you a **shoulder massage** at the table. We **poker players** like to be pampered."

Caro and Waggoner also have hosted several women's tournaments and special promotions such as just-for-ladies poker cruises.

"We've offered gourmet chocolates, champagne mimosas and makeovers," says Caro. "We've had low entry fees, speakers to offer tips on strategy and all sorts of things to make the players feel special. We're creating a market for women."

There's only one problem. "The controversy with women's tournaments is that men feel discriminated against," adds Waggoner. Some men have even tried to crash women-only tournaments.

Waggoner occasionally is willing to let these men play. As long as they bring plenty of cash.

Copyright (c) 1997, Long Beach Press-Telegram
?

**NR 2**

The Associated Press

The materials in the AP file were compiled by The Associated Press. These materials may not be republished without the express written consent of The Associated Press.

May 27, 1989, Saturday, PM cycle

**SECTION:** Domestic News

**LENGTH:** 359 words

**HEADLINE:** On the Light Side

**DATELINE:** ATLANTIC CITY, N.J.

**BODY:**
For slot machine players who feel they "get no respect," billionaire Donald Trump's casino presents the ultimate in pampering.

Not one to ignore customers with big bucks, Trump has created an elegant slot machine section away from the run-of-the-mill tourists on the main casino floor.

Mind you, this posh place is not for those customers who gamble with quarters and nickels. The "Monte Carlo Casino," which opens this weekend at Trump Castle Hotel and Casino, features three $$100 slot machines - one with a $$400,000 jackpot - seven $$25 slots and 51 $$5 slots.

If slot players invest enough, they will be treated just like the high roller in the baccarat pit. The new section, which cost $$1.5 million to furnish and equip, has been enclosed with marble walls, brass rails and etched glass. Flowering plants line the sides. Deluxe chairs with armrests face each slot machine, and phone jacks are available alongside.

The "Monte Carlo Ambassadors" - butlers in tuxedos - will provide every amenity: light snacks, slippers for tired feet, a neck massage and even a hot towel to wipe hands that have been dirtied by those big-buck tokens.

"Traditionally, slot players are handed a Wet-Nap at the cashier's window," said Trump Castle spokeswoman Jeanine Repa. "We wanted to take things a step up for our preferred customers."

PIEDMONT, Calif. (AP) - Patricia Raphael said the most exciting moment of her life came when she out-whooped a girl imitating a whooping crane and another impersonating the common loon to win a bird-calling contest.

The 17-year-old girl and seven of her fellow aviary impressionists won an appearance Friday on "The Tonight Show Starring Johnny Carson," the 15th year in a row the bird callers have appeared.

"I've never been so excited about anything in my life," said Raphael, who beat second runner-up Alicia Gruber, 18, to win the 26th Annual Leonard J. Waxdeck Bird Calling Contest.

Gruber, who said she joined the competition to help her with public speaking, plans to stop calling

when she enters college this fall.

She won the contest with her impression of Middendorff's grasshopper warbler.

**LANGUAGE:** ENGLISH  DONALD TRUMP (94%); ALICIA GRUBER (70%); PATRICIA RAPHAEL (69%);

---

**FOCUS**TM
**Search: General News;Light Side and Associated Press**

To narrow this search, please enter a word or phrase:

|                                  |        |
| -------------------------------- | ------ |
|                                  | FOCUS  |

*Example:* **House of Representatives**

---

About LEXIS-NEXIS  |  Terms and Conditions  |  What's New
Copyright © 2000 LEXIS-NEXIS Group. All rights reserved.

2                                                                                           09/04/2003

Westlaw.

**News**Room

12/26/01 UPINEWS 00:00:00

Page 1

12/26/01 UPI News 00:00:00

UPI NEWS
Copyright © 2004 Comtex News Network. All rights reserved.

**December 26, 2001**

The Vegas Guy: Harrah's Atlantic City

ATLANTIC CITY, N.J., Dec 26, 2001 (United Press International via COMTEX) -- I've got some swampland in New Jersey you gotta check out.

Whoops! The politically correct term these days is "coastal marshland." And back in the late 1970s the Harrah's people must have seemed out of their minds when they bought a big chunk of it.

With brand-new casinos on the Boardwalk earning profits never dreamed of in Vegas, Harrah's announced a new hotel in the Atlantic City "marina district" -- an $8 cab ride from the Boardwalk, near some old wooden yacht piers that don't even front on the ocean, in an area that can charitably be called bleak.

This is not Everglades-style swamp, with picturesque reeds and palms. This is not even Louisiana-style swamp. No mangroves or cypresses anywhere in sight -- just an endless vista of standing water and sludge. But this is where Harrah's chose to build, opening Nov. 23, 1980, in an area of Atlantic City that had never seen a single structure in its long illustrious history.

And 21 years later, it's about to pay off big time. The reason has less to do with Harrah's than with an idea hatched in the mind of Las Vegas master builder Steve Wynn five years ago. Wynn wanted to build the first Bellagio-style luxury casino in Atlantic City, to outgun his archenemy Donald Trump. Trump owns three hotels here and has been grinning like a Cheshire cat ever since the eighties, when Wynn sold his Golden Nugget on the Boardwalk and abandoned the city. But in 1996 Wynn set his sights on the Trump Marina -- the second hotel to go up in the swamp -- and bought land right next door.

The Borgata, Wynn's New Jersey version of Bellagio, was intended to be his comeback and his revenge. Bigger than anything Atlantic City has ever seen, with 11 gourmet restaurants, carriage-trade shopping, and all the bells and whistles associated with Vegas in the nineties, it was announced with great fanfare, but went into temporary limbo when Wynn abruptly sold his holding company to Kirk Kerkorian in May 2000. Wynn was out of the casino business -- at least long enough for him to buy the Desert Inn, demolish it, and start building La Reve, the next big Vegas mega-casino.

But Kerkorian eventually decided to go ahead and adopt Wynn's Atlantic City

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

project for himself. A 50-50 joint venture between Boyd Gaming and MGM Mirage, the Borgata has already risen from the same swamp occupied by Harrah's and the Trump Marina. At this point it's a massive tangle of steel girders and cranes that dominate the view when you approach Atlantic City from the Garden State Parkway, and when it opens in the summer of 2003, it's expected to change Atlantic City forever.

Harrah's, the pioneer of the swamp, is getting ready for that onslaught with $200 million worth of improvements, including a new tower that will make it the largest hotel in New Jersey (1,626 rooms, exactly two more than the Tropicana), at least until Borgata opens. They've recently spent $10 million on their two gourmet restaurants alone. And they've made it clear that, in the not-too-distant future, the neglected New Jersey swamp will witness a boom not unlike the one that occurred in the once-neglected Nevada desert.

"I wasn't here when Harrah's first built here," says Susan Kotzen, director of public affairs for Harrah's, "but I know it was just vacant wetlands, and the main reason was so they could get a sizable property that they could add on to."

As the first property built away from the Boardwalk, they decided to build their own boardwalk. The "Baywalk," they call it, and it's a wraparound deck that fronts on the Absecon Waterway. There are a couple of dozen slips for yachts that sometimes find their way here in the summertime, but mostly the Baywalk is just a place to relax between **gambling** sessions.

"It's serene," she says. "You can sit outside and have your morning coffee. And people even fish off our pier. You can catch amazing stripers out there."

Meanwhile, Harrah's has continued to market against the grain of Atlantic City. It's the only Atlantic City casino that has no bus business. Zero. Nada. In a city where up to 70 percent of the visitors arrive by bus -- lured by an average of $15 in free chips per person if you agree to take the ride -- Harrah's is set up exclusively for people who get there in their own cars. And once inside the casino, they rarely leave. (It is, after all, surrounded by swampland.) If they do want to sample the Boardwalk during their stay, Harrah's runs a courtesy bus over to its sister property, the Showboat, but for the most part these are dedicated slot-machine players who want to spend a few hours pulling handles and then head home.

Harrah's has already benefited from Borgata's presence, in the form of the brand-new Atlantic City Expressway Connector. Before it opened last summer, you had to drive into the congested heart of Atlantic City and then wind around through a tangle of streets to the marina district. The new $330 million roadway, financed entirely by the state, was part of Borgata's political agreement to build there, and it means you no longer have to drive into downtown Atlantic City at all. In fact, it makes the three marina casinos more convenient than anywhere else -- within five minutes of the Garden State Parkway, the main route to northern New Jersey and New York, and two minutes from the Atlantic City Expressway, the main route to Philadelphia.

If the building boom continues, the swamp could make the Boardwalk obsolete, especially in the cold months when no one cares about the beach anyway.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Harrah's is the company that pioneered the "frequent gambler" card -- called "Total Rewards" -- which can be used at any of its 25 casinos nationwide, and that's basically how they've managed to consistently fill a hotel that has no bus business and no access to the ocean.

They use their multi-million-name database to offer private parties, slots tournaments and the like, not to mention rooms and free show tickets for premium players. They have at least one headliner each month in the Broadway By the Bay Theatre, a great showroom that seats 850 in banquettes and club chairs, and in the summer they host Broadway road shows ("Cats" last year, "Footloose" the year before that).

By Vegas standards the casino is nothing special. There are only 65 tables, and the poker room is the smallest in Atlantic City. This place is all about slots -- 3,400 of them, to be exact, arrayed in perfectly straight aisles that have ample walking room and plush comfy chairs. The theme is vaguely nautical, with a lot of aquamarines and pastels, tropical aquariums in the Fantasea Reef Buffet (the city's most popular buffet), and high ceilings for that spacious and airy feeling you usually get in Indian casinos. In every way, it's the opposite of the Boardwalk hotels. The revamped Harrah's is especially proud of its two high-profile restaurants -- Florentino's, which is a year old and features a trendy open-air kitchen as well as lots of intimate cordoned-off dining areas; and The Steakhouse, eight months old, a sort of art deco place that features the city's first and only raw bar. Harrah's, unlike most of the big casino chains, owns and operates all its own restaurants and shops, including "Club Cappuccino," which is a Starbucks ripoff, and "The Deli," which has an Old New York theme, featuring piped-in street noise from The Big Apple. (Many of the customers must be thinking, "Didn't I come here to escape that?") As with all Harrah's properties, the goal here is to be casual, unthreatening and mall-like. The Atrium Lounge has the usual piano-bar-type entertainment. There's an indoor pool and a sundeck. The rooms run anywhere from $75 to $175, depending on the night, but they're almost always discounted or given away, like most rooms in Atlantic City.

There's a private club for premium players, and perhaps the nicest part of the casino is called Diamond Cove, which is 177 slot machines set aside for true fanatics. (The chairs massage you as you drop up to $100 per spin. Harrah's was the first casino to introduce both $5 and $100 slot machines to the market.)

And this is where the REAL action is. If you care to gaze out at the skyline of the Boardwalk in the distance, you might be tempted to take the courtesy shuttle over to check it out. Then again, if you fit the database profile that Harrah's is so careful to develop, you're more likely to be impressed by Harrah's two-year record of having Atlantic City's loosest slots in the 25-cent, 50-cent and $1 categories. That's why there are 2,400 spaces in the parking garage and only 1,174 rooms. You don't come here for a vacation. You come here to win enough money for a vacation somewhere else. Maybe one of those nice Florida swamps.

HARRAH'S ATLANTIC CITY

777 Harrah's Blvd.

Theme: Aquarium Lite

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Opened: 1980

Total investment: $500 million

Known for: Being an island of calm, away from the nitty-gritty bustle of the Boardwalk.

Marketing niche: Drive-ins from Philadelphia, north Jersey and New York.

**Gambler's** Intensity: Medium

Cocktail speed: Rapid

Dealers: Friendly

Bosses: Personable

Tables: 65 Slots: 3,400

Rooms: 1,174

Surrounding area: Trump Marina is the only other casino in sight, and it's possible, but not advisable, to walk there. Everything else is water and swampland.

Web site: harrahs.com/our--casinos/atl/

Overall rating: 79

Joe Bob's bankroll: Down $30 after monkeying around with the infernal "Wheel of Fortune" quarter slots: total to date: +$145.

(E-mail Joe Bob Briggs, "The Vegas Guy," at JoeBob@upi.com or visit Joe Bob's Web site at joebob-briggs.com. Snail-mail: P.O.Box 2002, Dallas, Texas 75221.)

By JOE BOB BRIGGS, "The Vegas Guy"

Copyright 2001 by United Press International.

-0-

SUBJECT CODE:      01021000 04016000

Word Count: 1962
12/26/01 UPINEWS 00:00:00

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



US 20030001335A1

(19) **United States**

(12) **Patent Application Publication**  (10) Pub. No.: US 2003/0001335 A1

Vancura et al.                           (43) Pub. Date:        Jan. 2, 2003

(54) CONTINUING SECONDARY EVENT BETWEEN GAMES

(76) Inventors: **Olaf Vancura**, Las Vegas, NV (US); **Michael A. Caloiaro**, Henderson, NV (US);

Correspondence Address:
ARON PASSMAN
MIKOHN GAMING CORPORATION
PO BOX 98686
LAS VEGAS, NV 89193-8686 (US)

(21) Appl. No.:    10/205,656

(22) Filed:       Jul. 25, 2002

        Related U.S. Application Data

(63) Continuation of application No. 09/644,965, filed on Aug. 23, 2000.

        Publication Classification

(51) Int. Cl.$^7$ ...................................................... A63F 1/00
(52) U.S. Cl. ........................................................ 273/138.1

(57)              **ABSTRACT**

A method uses a continuing secondary event during and between slot games by continuing the event if the player begins play of an additional game within a period of time but stops the event if the player does not begin play of an additional game within the period. The method has the step of using with audio, video or a combination of them for the event. The method has the step of choosing the musical selection that will play from a selection of the player. The method integrates the event with a player's card to automatically select the music the player most enjoys. Most especially by drawing information from a player's card to provide a player preferred continuing secondary event. A method provides the event until after the end of a casino game by continuing the event while the player begins play of the additional game within the period of time, or by stopping the event if player fails to begin play of the game. The method includes having musical entertainment. The method has informational entertainment. A device for using the event between games on a slot has a first means for initiating the event during game play and after completion of play. A second means continues the event if the player begins play of an additional game within the period of time, and a third means stops the event if the player does not begin play of the additional game within the period. The second means has audio with pre-recorded music or video with or without the audio. The audio has a control to choose the musical entertainment. A card reader integrates the event with information about the player to automatically select the music for the audio apparatus that the player most enjoys. A device provides the event until after the end of the game and means continue the event if the player begins play of an additional game within period or another means stops the event if the player fail to begin play of the additional game. The event has music or informational entertainment.

Patent Application Publication    Jan. 2, 2003   Sheet 1 of 4      US 2003/0001335 A1



FIG1

Patent Application Publication    Jan. 2, 2003   Sheet 2 of 4      US 2003/0001335 A1



Fig 2.

Patent Application Publication    Jan. 2, 2003   Sheet 3 of 4       US 2003/0001335 A1



FIG 3

Case 1:06-cv-00104-RJL    Document 18-3    Filed 10/06/2006    Page 13 of 38



FIG 4

US 2003/0001335 A1

Jan. 2, 2003

1

# CONTINUING SECONDARY EVENT BETWEEN GAMES

## BACKGROUND OF THE INVENTION

[0001]  1. Field of the Invention

[0002]  The present invention relates to casino games and, in particular, to improvements in the apparatus and methods of enhancing continued play on slot machines.

[0003]  2. Statement of the Problem.

[0004]  Slot machines are very popular to the gaming public. The following sequence of events typically occurs during play of conventional slot machines. The player wagers an amount (e.g., either by credit or coin) after which the reels are spun (either automatically, or manually by the player). Upon completion of the reel-spin, as appropriate, winning combinations are awarded. The slot machine then remains idle until the next wager and game. Often, during the reel-spin phase of the game, a musical melody is played which ends upon completion of that game. The music is a cute and enjoyable accompaniment to the reel-spin, hence it is almost universally applied.

[0005]  Several difficulties exist with the current approach. First, the stoppage of music implies a definitive end to the game. Psychologically, there is no incentive for the player to continue to play additionally. This is because the machine enters a passive or idle condition and all cues, both visual and auditory, confirm this state. Additionally, the repetition of replaying the same short snippet of music, game after game can get monotonous to the player, neighboring players and casino personnel. Alternatively, should it be desirable to play a musical selection of length longer than that of the reel spin, that desired selection will necessarily have "gaps" during the periods of time when the machine is passive or idle.

[0006]  Slot machines traditionally include lights, bright colors and chrome to attract and stimulate play. Often, the slot machine has a flashing or steady, "INSERT COIN" signal to attract play. Visual inducement is common, recognized and somewhat effective. Those that are familiar, with casinos know that many slot machines are strategically positioned to attract play. Often sight lines and travel paths through casinos are intentionally made circuitous to arrest the attention of players and induce play. Competition, between manufactures of casino gaming equipment, for floor space is fierce so there is a continuing need for slot improvements, particularly when these machines are passive or idle.

[0007]  Many manufactures include light and sound as well as rolling progressive meters to attract players to machines not currently being played. For example, U.S. Pat. No. 5,445,376 has a system that operates when additional coins are not in play. Attraction mode lights and sound effects can be run periodically. U.S. Pat. No. 5,429,361 has a timer for a reservation feature that allows a player to interrupt his play and return to the machine later, resuming play where he left off. Upon entry of the reservation code, a timer is started and the machine enters the reserved mode in which no other player may use the game. The player then removes his card and may leave the machine. When the player who reserved the game reinserts his card, play may again resume. If the player does not return in a predetermined length of time,

e.g., 10 minutes, the reservation feature times out and the game returns to the attract mode. The reservation mode may also be canceled by insertion of an employee card into the card reader. Employees may also invoke the reservation feature without a time limit. U.S. Pat. No. 5,882,261 has a feature for when the game is not in use, the pinball component, the rotary wheel, and/or the fourth reel can be set to an attract mode wherein a message is displayed to potential players or play is simulated.

[0008]  Previously, AC Coin has implemented a game in which the player is "racing against the clock" to achieve a desirable conclusion. Typically, the clock runs while the reels are spinning, and terminates very shortly thereafter. Thus, a player who repeatedly plays successive games with no delay in between will fare better than a player who repeatedly plays successive games with, say, a 2 second delay in between. In this sense, the "clock" is an integral part of the overall house advantage. This penalizes players who, despite playing continuously, are not inclined to play "rapid fire" games, with the accompanying risk of rapid losses. No patent on that feature has been found. Conversely, the present disclosure addresses situations wherein the game has ended but the entertainment lingers on. Consequently, the need to keep the player at the machine being played is addresses by the disclosure herein presented.

[0009]  3. Solution to the Problem.

[0010]  The solution as presented herein involves a slot machine capable of providing a continuing secondary event to entertain during and thereafter between games thereby encouraging additional or continued play. The continuing secondary event is preferably audible and therefore able to compete with casino sounds coming from the active slot machines and table games. Using music as the audible continuing secondary event is the most preferred embodiment. Provided the player or a subsequent player, upon completion of a previous game, initiates a new game within a predetermined period of time, the music will continue uninterrupted. Should the player fail to initiate a new game within the predetermined period of time, the music stops. This is distinguished from current gaming equipment that uses music, video, lights, meters and/or the like to attract players when the equipment is idle. The timing of the continuing secondary event attraction is important to the beneficial results of the present device and method. That is to say that, the length of the period of time for the operation of the continuing secondary event can be varied for particular circumstances or unusual situations. The start of the continuing secondary event is a function of the operation of the particular equipment to which it is applied. More particularly, initiation of the continuing secondary event can be no sooner than the play of the game and for some machines that is when the wager is committed. That is to say that when the player can no longer get the coin returned without winning play. Some progressive slot machines measure the progressive wager before the coin is no longer returnable. Recognition of coin in by the machine, depending on the particular piece of equipment, results in a pulse sent from the computer. In other machines a packet of pulses represent a bet of a plurality of credits. In any event the start of the continuing secondary event can not begin until a player has committed to a wager, can not retrieve the bet or put another way the play of the next game has started.

[0011]  The exact time for starting the continuing secondary event can still vary widely after the wager is placed. For example, the initiation may occur when the player first wins more than is bet or after a preset time or upon the appearance of a certain symbol. Machine appreciation of the player's tenacity or anything special can set the start of the continuing event.

[0012]  The continuing secondary event is also preferably called and considered secondary, hence it is not directly related to the overall house advantage. That is, the continuing secondary event is completely separate from the mathematically calculated return from the game. Consequently, the continuously available continuing secondary event could only indirectly act to increase continued play by minimizing idle or passive slot machine time.

[0013]  The teachings herein provide several advantages. First, the player is encouraged to play and to continue to play after the completion of each game. The player, by doing so, ensures that uninterrupted music, video or a combination thereof continues to be presented for enjoyment. By virtue of the predetermined time interval in which the next game must be played, the player is also subtly encouraged to play again in a timely manner, so as not to interrupt a particular musical selection, video presentation or combination thereof.

[0014]  A further advantage is that the player is encouraged to play again, but does not need to do so in a rushed, or hurried, capacity. In a preferred embodiment of this invention, the predetermined time interval may be of order two seconds, allowing the player to pause slightly in between games with no associated penalty. Of course, the length of the period of time can be adjustable at the option of the casino operator.

[0015]  It is well known also that many slot players "bounce" from machine to machine, playing a short while at a particular machine, and leaving thereafter. As one measure of slot machine performance is the volume of betting it receives, it is a further advantage of this invention that individuals are less inclined to "bounce" from a machine wherein a continuing secondary event lingers after each game to fill the predetermined period of time between games.

[0016]  A further advantage is that a long musical selection may be played, uninterrupted, for the player's enjoyment. Indeed, the musical selection may be any length and may envelop many games on the slot machine, provided the player continues to initiate games within the afforded predetermined time interval between games. The use of a longer musical selection is desirable as it avoids the invariability of a short snippet of music and adds variety to the overall experience of playing the slot machine.

[0017]  In a most preferred embodiment, the continuing secondary event is purely secondary, hence unrelated to the mathematical underpinnings of the slot machine. That is to say, the player's and the casino's expected returns from the game are not directly affected by the continuing secondary event. Except as explained herein before. Thus, whether or not the player initiates an additional game within the allotted predetermined time interval will not changes the player's win.

[0018]  In one embodiment of the present invention, the player is allowed to choose the musical selection that will

play. This further allows the player to enjoy the slot playing experience, through the use of uninterrupted music that the player enjoys.

[0019]  Frequent slot players often join a casino's slot club and receive a slot club card. These cards, when inserted, usually welcome the player by name. Too, players often refer to a particular slot machine as "my machine." The audible continuing secondary event disclosed herein could be integrated with the player's card to automatically select the music the player enjoys the most. More broadly by drawing information from the player's card to provide a player preferred continuing secondary event. In this way, the player senses a more personal relationship with both the slot machine and a preference for the casino.

[0020]  A device may include the continuing secondary event between games on a slot machine. A first means can initiate the continuing secondary event during play of a game upon completion of the game. The first means is preferably in a computer of the game, as for example, a slot machine or table game. The computer could also set the rules of the game, the payout for winning events and might include a random number generator. The first means can be an instruction in the computer that starts the audio, video or other specific form of continuing secondary event entertainment for the player. The instruction can be set to begin the continuing secondary event at the initiation of play or at some random time during play or after a winning event, as desired. The computer may include a memory to be accessed for the entertainment or the computer can be linked directly to a casino storage unit that contains prerecorded programming. Direct linkage may include hard wire or radio frequency transmission. The continuing secondary event preferably continues once it is initiated until after game play ceases for a predetermined period of time.

[0021]  A third means for stopping the continuing secondary event is in the computer and should the player not begin to play an additional game within the predetermined period of time the first means is barred. A timer, in the preferred embodiment, couples to the computer. The timer starts when there is a break in the continuing play of the game. The exact parameter sensed and a transducer for that purpose are a function of the particular game and the configuration of the platform for the specific game. Once interruption of play is sensed, the timer starts and runs for the predetermined period of time. The timer couples with the first means to continue the continuing secondary event if the player begins play of an additional game within a predetermined period of time. Any form of time measuring device can be used to end the continuation period from capacitate discharge to sensing a break in the particular entertainment.

[0022]  In particular, the computer can disconnect the first means or reduce the output of the continuing secondary event to a level that is imperceptible to the player. This is particularly so if the second means for continuing the continuing secondary event includes an audio apparatus for an audible continuing secondary event. It is perhaps preferable to start and stop the continuing secondary event so that it picks up where it left off and the reinforcement is accorded the continuing player. The audio apparatus includes prerecorded music, stories or information of interest to the player. The audio apparatus may include a control for choosing the musical selection that will be played to suit

the player. A player card reader can be included for integrating the continuing secondary event with information from the player's profile to automatically select the music for the audio apparatus that the player enjoys the most. More broadly by drawing information from a player's card to provide a player preferred continuing secondary event.

[0023]  The second means for continuing secondary event can be a video apparatus for a visual continuing secondary event. The second means can have apparatuses for audio and video for a combined continuing secondary event.

[0024]  A device provides a continuing secondary event until after the ending of a casino game. Then the device has means for continuing the continuing secondary event if the player begins play of an additional game within a predetermined period of time. The computer is used to perform the functions of the means for continuing. Another means is for stopping the continuing secondary event should the player fail to begin play of the additional game.

[0025]  The means for continuing the continuing secondary event may include an apparatus for providing musical entertainment. The means for continuing the continuing secondary event may include the timer coupled for providing informational entertainment for a predetermined period of time.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0026]  FIG. 1 is a perspective view of a typical slot machine including a continuing secondary event device for entertaining after a game or between games on a slot machine provided to hold a player's interest.

[0027]  FIG. 2 is a flow diagram of method steps for continuing the secondary event until after the ending of a casino game including continuing if the player begins play of an additional game within a predetermined period of time, and stopping the continuing secondary event otherwise.

[0028]  FIG. 3 is a schematic block circuit diagram illustrating the basic slot machine circuit and how the audible event of the preferred embodiment is coupled thereto and includes a timer.

[0029]  FIG. 4 is a block diagram of one embodiment of the hardware configuration for the secondary event between games of the present invention.

## DETAILED DESCRIPTION

[0030]  Shown in FIG. 1 is a perspective view of a typical slot machine 10 including a continuing secondary event 11 after a game or between games on the slot machine 10 provided to hold a player's interest. Reference to continuing secondary event 11 in the FIGS. 1 and 3 is the device and the method shown in FIG. 2. Slot machines 10 such as schematically shown in FIG. 3 include computers 12 to, among other features, control the operation of the game by including a random number generator 13, rules of play and pay table information 14, instructions, record keeping and auditing memory and signaling systems for operating 15. Computers 12 are capable of storing and playing audio and video material of a wide variety of types for purposes of informing and entertaining. Whole libraries of that material can be digitized and kept in a small easily changed file for automatic access and playback or may be in the form of a

picture within the picture on the video apparatus 29. The slot machine 10 of FIG. 1 has the stored library, playback and access equipment for selective use in accord with the methods of the operation of a continuing secondary event 11 between games on the slot machine 10.

[0031]  At the completion of a game or between games of the slot machine 10 of FIG. 1, the computer 12 therein begins a timer 16 which runs for a preset period during which the continuing secondary event takes place. The timer 16 is started when a particular occurrence in the sequence of slot machine game play has concluded. For example, operations such as the credits are registered, a preset time has passed since the slot machine 10 was active or the pay out has been completed. During that period of time the timer 16 enables the computer 12 to supply continuing secondary event 11 in the preferred form of informational and/or entertain material of an audio and or video format, see FIGS. 1 and 4. Such material is provided in limited amounts, for brief time intervals, to stimulate the player to continue. Failure, on the player's part, to play on results in the timer 16 expiration and the end of the continuing secondary event 11. Reference to flow diagram 2 and circuit diagram 3 will be helpful in following the operation.

[0032]  The player controls continuing secondary event enhancement of the excitement, of the slot machine 10 of FIG. 1. In the recent competitive field of thematic slot machine 10 games with the appeal of different games, challenges and stimuli manufacturers of machines and designers of games seek to obtain every advantage to assure play of their equipment. Most if not all slot machines 10 include a receptacle 17 for a magnetically encoded player's card 17a. In FIG. 3 a currency acceptor 18 is shown to receive money 18a and establish credits to start the game, via line 18b. Cards 17a are used to welcome the player and indicate the number of points accumulated in the account thereof and/or time remaining during a playing session at a screen 19. The casino is thus informed of the player's visit and activity level for purposes of delivering comps and perks. Casino record keeping associated with the player's card and the identification database 20 can optionally be used to provide specific informational and/or entertain material of an audio and or video personalized to the individual playing in a casino's database 20 in FIG. 3. In particular, the player could select a specific form of information or entertainment desired and that could be encoded on the player's card 17a of in the casino's database 20 for access by the slot machine computer 12. Alternatively, the slot machine 10 could, at the outset of play, query the player as to the desired choice of continuing secondary event 11. Perhaps the player likes Broadway, popular, jazz or rap music and that could be selected before or changed during play. The information could be the uninterrupted flow of trivia or upcoming casino opportunities, e.g., tournaments, shows or banquets. The entertainment might be tactile including a massage or heated chair, aroma therapy, selected and individual temperature or fan regulation. Skilled artisans will no doubt fathom many different ways to enhance the player's comfort and enjoyment. The particular continuing secondary event selected or provided need only be of sufficient interest to the player to encourage continued play. The timer 16 period expires and the continuing secondary event and is inevitable should player discontinue to compete on the slot machine. The computer 12 in the slot machine 10 of FIG. 3 will includes the timer 16 or is operationally coupled thereto. Conse-

US 2003/0001335 A1

4

Jan. 2, 2003

quently, the player's failure to play after the period of time preset and provided by the timer 16 will deactivate the systems for operating and in particular, the computer's 12 delivery of selected audio and video material of a wide variety of types for purposes of informing and entertaining.

[0033] A device 22 shown in FIG. 3 for employing the continuing secondary event 11 between games on the slot machine 10 has a first means such as computer 12 for initiating the continuing secondary event during play of a game. The first means 12 may be any form of computer, or information programmed into the software of the computer or instructions from memory in the controls of the device 22. The device 22 is broadly any casino game, be it a slot machine 10 with reels or video slot including card games like poker or blackjack as well as table games (not shown but well known). The computer 12, among other things, also sets the rules of the game 14, the payout for winning events and includes the random number generator 13. The first means 12 can be in the form of any instructions 15 in the computer 12 that starts the audio, video or other specific form of information or entertainment for the player. The instructions 15, as explained, can be set to begin at the initiation of play, at a random time or after a winning event, as desired.

[0034] The computer 12 includes memory 15 to be accessed for the information or entertainment or the computer 12 can be linked directly to a casino storage unit or database 20 that may contain audio, video or a combination thereof in the form of information or entertainment programs. Direct linkage 23 can include hard wires, digital telecommunications or radio frequency transmissions. The continuing secondary event 11 continues once it is initiated until after game play ceases for at least a predetermined period of time.

[0035] Timer 16 is in or coupled to the computer 12 and is started when ever there is a break in the ongoing timely play of the game. As known to skilled artisans, the exact parameter sensed and the transducer for that purpose would be a function of the particular game and the configuration of a platform for a specific game. Once interruption of play is sensed, the timer 16 is started and runs for the predetermined period of time. The timer 16 coupled with the first means 12 maintains the continuing secondary event 11 only if the player begins play of an additional game within the predetermined period of time. Any form of time measuring device can be used to end the continuation period including capacitor discharge circuits, clocks or to the sensing of a break in the particular entertainment or information provided.

[0036] A third means for stopping the continuing secondary event could in one embodiment include a comparator 24 in the computer 12. The comparator 24 thus used to compare the predetermined period of time from timer 16 to calculate the elapsed time. Should the player not begin play of an additional game within the predetermined period of time, the first means 12 is barred. In particular, the first means 12 is shut off to reduce the output of the continuing secondary event 11 through either line 25 or line 26 to a level that is imperceptible to the player. This is particularly so if the second means 15, 12 and 11 for maintaining the continuing secondary event includes audio apparatus 21. It is perhaps preferable to start and stop the continuing secondary event 11 so that it picks up where it left off for reinforcement of

the influence accorded to the continuing player. The comparator 24 would check repeatedly the predetermined period time against the amount of time that has passed since the last game played and when that is equal end the continuing secondary event 11.

[0037] The audio apparatus 12, 21 and 25 may include prerecorded music, stories or information of interest to the player. The audio apparatus 12, 21 and 25 perhaps includes a control 27 in FIGS. 1 and 3 for choosing the musical selection that will play by manual selection of the player. Alternatively, player card reader 17 can be included and used for integrating the continuing secondary event 11 with information from the player's card 17a to automatically select the music for the audio apparatus that the player enjoys the most through, for example connections 28 and 28. Similarly, the selection of any other form of entertainment may be made manually or automatically by drawing information from a player's card to provide a player preferred continuing secondary event.

[0038] For example, the second means 16 and 24 for the continuing secondary event 11 can have video apparatus including screen 29 in FIGS. 1 and 4 for a visual continuing secondary event. The second means 16 and 24 for continuing can include entertainment apparatuses for audio 21 and video 29 for a combined continuing secondary event. The video apparatus 29 may be the same as used to play the game or may be separate and if the former can use a picture within a picture.

[0039] An alternate device 30, circumscribed by a dashed line in FIG. 3, provides continuing secondary event 11 until after the ending of a casino game and then the alternate device 30 can be entirely within the computer 12 for continuing the continuing secondary event if the player begins play of an additional game within a predetermined period of time. The computer 12 is used to perform the functions of the timer 16 and comparator 24 for continuing. Another means 25 may also be in or coupled to the computer 12. Means 25 is for stopping the continuing secondary event 11 should the player fail to begin play of the additional game.

[0040] The means 16, 24 and 25 for continuing the continuing secondary event includes apparatus 21 for providing musical entertainment. The means 16, 24 and 25 for continuing the continuing secondary event has the timer 16 coupled to audio and video equipment 21 and 29 respectively, for providing informational entertainment for the period of time.

[0041] In FIG. 4 is a block diagram of one embodiment of the hardware configuration for the secondary event between games of the present invention. Gaming machines such as slot machine 10 are conventionally available and any of a number of such conventional gaming machines could be used. The conventional casinos gaming equipment for accepting wagers, accounting for and displaying credits during the play of the game, activating play of the game, ending the game and delivering pay outs to players, are all well known in the industry. Upon the occurrence of an end-game state in the play of the slot machine 10 a signal is generated and sent on line 300 to the slot machine interface board 200. The slot machine interface board 200 includes a microprocessor-based controller capable of handling timing as well as input/output via a data flow manager with specific

protocol. Such a slot machine interface board 200 is sold, under the name SMIB by Mikohn Gaming of Las Vegas, Nev., assignee of this invention. The slot machine interface board 200 in turn is connected via signal line 500 to an event device 400. The event device 400 has control over the actual secondary event (e.g., music) and for example, may be a modified music player, e.g. CD player, tape deck or digital memory capable of being turned off and on based on signals over line 500.

[0042]  In more detail, the slot machine 10 uses a game processor 110. The game processor 110 is conventional in the gaming industry and may be any suitable computer that functionally performs the teachings of the present invention as described herein. The processor 110, in a well-known manner, communicates with the slot machine interface board 200 over lines 300. The details of the communication paths showing buffers, modems, data protocols, etc. is immaterial to the teachings of the present invention.

[0043]  Upon beginning play, the slot machine 10 communicates a game start signal over one of the lines 300 to the slot machine interface board 200. The slot machine interface board 200 communicates a secondary event start signal over one of the lines 500 to the event device 400. The event device 400 initiates the secondary event (e.g., music starts playing). Upon completing game play, the slot machine 10 communicates a game end signal over one of the lines 300 to the slot machine interface board 200. The slot machine interface board 200 invokes a timer upon receiving the game end signal Such the timer 16 is conventionally associated with controllers, and the implementation of such a timer is readily apparent to one skilled in the art. If the timer 16 should reach a predetermined limit (say, 3 seconds) without the slot machine interface board 200 receiving a further game start signal over one of the lines 300, then the slot machine interface board 200 issues a secondary event stop signal over one of the lines 500 to the event device 400. The event device 400 thus terminates the secondary event (e.g., music stops playing). On the other hand, should the slot machine interface board 200 receive a further game start signal within predetermined time limit, then no further action is taken, and the event device 400 is allowed to continue to operate uninterrupted.

[0044]  While the hardware description has been given in terms of specific components, including a game processor 110, slot machine interface board 200, and event device 400, it is expressly understood that two or more of the components could be combined into one device. For example, the game processor 110 could serve the dual purpose of game control and interface to the event device. Other representations and configurations are also possible. The preceding is meant to be illustrative and in no way limit the teachings as described herein.

[0045]  A method of employing the continuing secondary event 11 between games on the slot machine 10 has steps including initiating the continuing secondary event 11 during play of a game best shown in the flow chart of FIG. 2. Upon completion of the game, the step of continuing the continuing secondary event if the player begins play of an additional game within a predetermined period of time ensues. Then the step of stopping the continuing secondary event 11 if the player does not begin play of an additional game within a predetermined period of time occurs. The step

of continuing secondary event 11 is an audible continuing secondary event 11 at speakers 21 in FIGS. 1 and 3. While speakers 21 are shown, the use of headphones or an ear piece, perhaps even those belonging to the player, and brought to the casino by the player could be accommodated by a special jack included on the game at a place accessible to the player. The step of audible continuing secondary event includes the step of providing music.

[0046]  The method, as depicted in the flow diagram of FIG. 2, entertains with the continuing secondary event 11 after the step of concluding a casino game The method includes the step of continuing the continuing secondary event 11 so long as the player follows the step of beginning an additional game within a predetermined period of time. The step of ending the continuing secondary event 11 occurs if the player fails to play an additional game within a predetermined period of time.

[0047]  While the claimed method is disclosed in connection with slot machines, the claims that follow seek to protect any of the many casino games. The method may be used with other casino machines including horse races, keno, twenty-one, poker, etc. Although the terms, "continuing secondary event" as used throughout, would suggest that there is but two events, skilled artisans understand that the context of this presentation is not purely a numerical designation of the event or chronological indication of its occurrence. Any event that is timed to encourage continued play else the event ends would fit within the scope of the protection sought.

What is claimed is:

1) A method of employing a continuing secondary event for a player between games on a slot machine including the steps of:

   a) initiating the continuing secondary event during play of a game;

   b) upon completion of the game performing the steps of:

      continuing the continuing secondary event providing the player begins play of an additional game within a predetermined period of time;

      stopping the continuing secondary event if the player does not begin play of an additional game within a predetermined period of time.

2) The method of claim 1 in which the continuing secondary event step includes the step of having audio for an audible continuing secondary event.

3) The method of claim 2 in which the audible continuing secondary event includes the step of providing music.

4) The method of claim 1 in which the continuing secondary event includes the step of having video for a visual continuing secondary event.

5) The method of claim 1 in which the continuing secondary event includes the step of having audio and video for an audible and a visual continuing secondary event.

6) The method of claim 1 wherein the step of choosing the musical selection that will play from a selection by the player.

7) The method of claim 1 with the step of drawing information from a player's card to provide the player preferred continuing secondary event.

8) A method of providing a continuing secondary event until after the ending of a casino game, the method com-

prising the step of continuing the continuing secondary event provided the player begins play of an additional game within a predetermined period of time, or with the step of stopping the continuing secondary event should the player fail to begin play of the additional game.

9) The method of claim 8 wherein the step of continuing the continuing secondary event includes the step of providing musical entertainment.

10) The method of claim 8 wherein the step of continuing the continuing secondary event includes the step of providing informational entertainment.

11) A device for employing a continuing secondary event between games on a slot machine comprising:

a first means for initiating the continuing secondary event during play of a game and until after completion of the game;

a second means for continuing the continuing secondary event if the player begins play of an additional game within a predetermined period of time, and

a third means for stopping the continuing secondary event if the player does not begin play of an additional game within a predetermined period of time.

12) The device of claim 11 in which the second means for continuing the continuing secondary event includes an audio apparatus for an audible continuing secondary event.

13) The device of claim 12 in which the audio apparatus includes music.

14) The device of claim 11 in which the second means for continuing secondary event includes a video apparatus for a visual continuing secondary event.

15) The device of claim 11 in which the second means for continuing secondary event includes apparatuses for audio and video for an audible and a visual continuing secondary event.

16) The device of claim 12 wherein the audio apparatus includes a control for choosing the musical selection to entertain the player.

17) The device of claim 11 wherein a player card reader is included for drawing information from a player's card to provide a player preferred continuing secondary event.

18) A device for providing a continuing secondary event until after the ending of a casino game, the device comprising means for continuing the continuing secondary event if the player begins play of an additional game within a predetermined period of time, or

another means for stopping the continuing secondary event should the player fail to begin play of the additional game.

19) The device of claim 18 wherein the means for continuing the continuing secondary event includes an apparatus for providing musical entertainment.

20) The device of claim 18 wherein the means for continuing the continuing secondary event includes an equipment for providing informational entertainment.

21) A gaming machine for a player includes receives wagers and gives monetary rewards or credits, the gaming machine for operating a secondary event comprising:

a game processor in the gaming machine for starting, running and ending the play of the game in accord with received wagers and credits and rule of the game therein;

a game ending signaler in the gaming machine coupled to the game processor for indicating the discontinuance of play by the player by the lack of wagering or credits;

an interface board in the gaming machine coupled to the game ending signaler for receipt of the indications of discontinuous of play, the interface board for signaling the starting, running and ending of the secondary event;

a microprocessor based controller in the interface board for timing the period of discontinuance of play;

an input/output data flow manager in the microprocessor based controller for the execution of a protocol therein;

an event device coupled to the interface board for receiving starting, running and ending signals therefrom.

* * * * *



US006049748A

# United States Patent [19]

## Newman et al.

| [11] | Patent Number: | 6,049,748 |
|---|---|---|
| [45] | Date of Patent: | Apr. 11, 2000 |

[54] **MASSAGE CONTROLLER MODULE (MCM)**

[75] Inventors: **Todd Newman**, Reed City; **David Shank**, Big Rapids; **John Washeleski**, Cadillac, all of Mich.

[73] Assignee: **Nartron Corporation**, Reed City, Mich.

[21] Appl. No.: **08/936,479**

[22] Filed: **Sep. 18, 1997**

### Related U.S. Application Data

[63] Continuation-in-part of application No. 08/918,918, Aug. 27, 1997.

[51] Int. Cl.⁷ ................................. A47C 7/46; H02P 1/22
[52] U.S. Cl. ........................... 701/49; 297/284.4; 318/267
[58] Field of Search ........................... 297/284.1, 284.4, 297/284.8, 284.7; 701/49; 296/65.08, 65.16; 318/466, 467, 267

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,706,194 | 11/1987 | Webb et al. .............................. 701/49 |
| 5,135,282 | 8/1992 | Pappers . | |

| | | | |
|---|---|---|---|
| 5,243,267 | 9/1993 | Ogasawara ............................ 297/284.4 |
| 5,455,494 | 10/1995 | Ogasawara ............................. 318/267 |
| 5,523,664 | 6/1996 | Ogasawara ............................ 297/284.4 |
| 5,567,011 | 10/1996 | Sessini ................................. 297/284.7 |
| 5,816,653 | 10/1998 | Benson .................................. 297/284.4 |

*Primary Examiner*—Virna Lissi Mojica
*Attorney, Agent, or Firm*—Brooks & Kushman P.C.

[57] **ABSTRACT**

An electronic control system is an in-line module for addition to or partial replacement of automotive vehicle seat control systems for providing massage and improved features of functional control, especially human lumbar massage and diagnostics. The module provides the following improved functions and features: an enhanced driver for automatic lumbar massage, or user taught lumbar massage cycle, and a transparency simulator for low power standby operation, motor stall protection, open motor circuit detection, short motor circuit protection, motor low current protection, motor over current protection, seat position sensor malfunction detection, electrical motor noise attenuation, electrical noise filtering, and also other options. These improvements do not require alternative wiring harness changes and do not affect existing operations of a memory or non-memory seat control mechanism.

**15 Claims, 8 Drawing Sheets**



U.S. Patent          Apr. 11, 2000          Sheet 1 of 8          6,049,748



FIG I



FIG 2



FIG 3



FIG 4



FIG 5



FIG 6

**U.S. Patent**    Apr. 11, 2000    Sheet 7 of 8    6,049,748



FIG 8



FIG 7



FIG 13



FIG 10



FIG 11

FIG 12



FIG 9

6,049,748

1

## MASSAGE CONTROLLER MODULE (MCM)

### CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation-in-part of an application Ser. No. 08/918,918, entitled "In-Line Module For Attenuating Electrical Noise", filed in the U.S. Patent and Trademark Office on Aug. 27, 1997, and commonly owned.

### TECHNICAL FIELD

This invention relates to vehicle seat control systems with controller modules added to or replacing seat movement controls to provide advanced control, diagnostics, and functional features in the seat control system including massage.

### BACKGROUND ART

Lower back pain and discomfort for humans is a well known occurrence related to trauma, osteoporosis, poor muscular condition, poor blood circulation, biochemical imbalances, being overweight, insufficient movement, etc. Certain of the above-related situations plus physical tension, bumpy road conditions, and traffic-related tensions are known to cause and/or to aggravate pain and discomfort in the lumbar region of the lower back. Some people who spend time riding or driving in a vehicle are in mild to severe discomfort possibly in part due to factors related to driving or riding or possibly due totally to other factors independent of driving or riding. Vehicle is herein construed as including car, truck, rail train, airplane, and the like.

Increasing numbers of automotive vehicles have an electromechanical motor driven or, a pneumatic seat multiple support adjustment, controller system offering optional upscale features which include incorporation of a seat lumbar support position sensor and a memory module for closed loop feedback positioning of various supports in the seat relative to user set, controller module memory settings. For example, this allows a person, identified as and with a controller # one, to adjust various seat adjustment positions to an individual preference, and then set memory # one for these settings. When the recall position # one switch actuator is manipulated, for example, a button is pressed, the seat will return to the multiple adjusted preference settings set by driver # one. Likewise, person # two may set memory # two and recall position # two, if the system is designed for additional personal settings. The basic seat lumbar adjustment control offers no lumbar position sensor. The optional system upgrade version typically includes a modular controller having the seat position memory feature which necessarily includes availability of a seat position sensor system. However, these systems do not provide the advantages of massage.

Therapeutic cushions for non-ambulatory and burn patients have been commercially produced since at least 1988. However, these systems also adjust to support the patient but do not provide massage capability in a seating system that is readily adapted to motor vehicles.

### SUMMARY OF THE INVENTION

The present invention overcomes the above-mentioned disadvantages by providing a modular system of seat control features adapted for functionally improving a wide variety of hardware and controls for vehicle seating system applications. Complementary in-line modules incorporating monitoring and control algorithms cooperate with signal and power control to implement the desired new control functionality of relaxing and soothing automatic lumbar massage. This massage control can provide numerous advantages including encouraging blood circulation even to the capillary level by cyclically increasing the stress and therefore pressure which will force blood flow, and then lowering the stress and therefore the pressure possibly below which venous capillary flow can naturally occur. Additional advantages include stretching and relaxing muscles, varying strain on skeletal members, varying strain on cartilage between articulating skeletal members so as to encourage rejuvenation of its natural synovial fluid lubricant, and also producing the relaxed feeling a person gets from being stroked in a soothing manner.

Included among the improved driver functions and feature capabilities are automatic lumbar massage and user taught lumbar massage cycle. In addition, transparency simulator functions include prioritizing original functions, low power standby operation, motor stall protection, open motor circuit detection, short motor circuit detection, motor low current protection, motor over current protection, seat position sensor malfunction detection, electrical motor noise attenuation, electrical noise filtering, and other options. References to the transparency simulator refer to the feature that the seat control module is transparent in function to the existing seat control mechanism, regardless of whether it enhances the system function, monitors the system function, or guides the system function through virtual signals.

An in-line module interfaces and integrates with existing and future automotive seat control hardware and software, as pertinent, to provide complementary functions especially including the new automatic seat lumbar massage feature. This new function is provided by a controller module of relatively small size which requires only minimal or no wiring change to the existing seat control circuitry, yet appears to be virtually nonexistent to and allows full priority to all functionality of the existing seat controls.

It should be apparent that the utility of this automatic massage function is not exclusive only to specific human lumbar massage but can similarly be applied to other vehicle seat supports and cushions and also can be applied to non-vehicle types of therapeutic and comfort seats, cushions, supports, and mattresses using motive methods including electrical, mechanical, pneumatic, hydraulic, and combinations thereof. For example, a general embodiment of this concept is an automatic controlled therapeutic and/or comfort cushion for sitting and/or lying down for use by non-ambulatory and/or generally immobile animal subjects. By sequentially raising and lowering pressures in various body areas in contact with the cushion, blood circulation is promoted, bedsores are prevented, need to roll and/or move subject is reduced, and interruption of sleep due to need for changing position is reduced.

The existing seat controller module can be supplemented or replaced with an alternative massage control module (MCM) offering current control features plus increased functionality upgrades, especially to include the new and improved feature of automatic lumbar massage without affecting the original functions. It should be understood that for seat control systems having memory set and recall features, the existing electronic seat controller module either can be complemented by addition of the module to the system, or alternatively can be replaced by another version of the controller which incorporates all functionality into one single unit. In seat control systems having no memory set and recall features, a simple seat control system having no electronic seat controller module will be referred to as a seat control, and as such the module will preferably be a

6,049,748

| 3 | 4 |

complementary addition to the system. Enhanced functional operations include automatic lumbar massage, and user taught lumbar massage cycle, while a transparency simulator provides low power standby operation, motor stall protection, open motor circuit detection, short motor circuit detection, motor low current protection, motor over current protection, seat position sensor malfunction detection, electrical motor noise attenuation, electrical noise filtering, and also numerous other previously disclosed options per patent application Ser. No. 08/918,918, filed Aug. 27, 1997, and entitled "In-Line Module For Attenuating Electrical Noise", and incorporated by reference herein.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be more clearly understood by reference to the following detailed description of a preferred embodiment when read in conjunction with the accompanying drawing in which like reference characters refer to like parts throughout the views and in which:

FIG. 1 is a diagrammatic, partly schematic view of a vehicle seat control system with position memory and implementing a massage control module according to the present invention;

FIG. 2 is a diagrammatic, partly schematic view of a vehicle seat control system without position memory and implementing a massage control module according to the present invention;

FIG. 3 is a block diagram representation of the in-line characteristics of the massage control module relative to the existing memory type seat controller;

FIG. 4 is a block diagram representation of the in-line characteristics of the massage control module relative to the existing non-memory type seat control;

FIG. 5 is an electronic schematic diagram of the massage control module for use with the memory type seat controller;

FIG. 6 is an electronic schematic diagram of the massage control module for use with the non-memory type seat controller;

FIG. 7 is a partial wiring diagram showing the unactuated state of the type of control switchpad having active low switching;

FIG. 8 is a partial wiring diagram showing the unactuated state of the type of control switchpad having active high switching and showing the circuit by which the seat controller can affect the massage control module;

FIG. 9 is a side view of a preferred module housing for a massage control according to the present invention;

FIG. 10 is a top view of the preferred module housing shown in FIG. 9;

FIG. 11 is a front view of the preferred module housing shown in FIGS. 9–10;

FIG. 12 is a bottom view of the preferred module housing shown in FIGS. 9–11; and

FIG. 13 is a side view of the preferred module housing shown in FIGS. 9–12.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The massage control module enhances movement of the lumbar support cushion in the preferred embodiment by repeating linear back and forth motion of the lumbar support to effect a comforting massage function for the uncomfortable lower back or simply for the person who enjoys an occasional soothing lumbar massage. The massage control module of the preferred embodiment is designed for use in automobiles, adding the massage feature not available in existing seating systems, either memory type seat controllers or non-memory type seat controls, without affecting operation of the existing seat controls.

Referring first to FIGS. 1 and 2, a motor vehicle seat control system 10 is there shown employing a control mechanism 12 (FIG. 1) or a control 14 (FIG. 2) for driving a seat mechanism 16. In either event, the seat mechanism 16 includes motors 18 for driving portions of the seat with respect to other portions of the seat or with respect to support for the seat. In the preferred embodiment, a first version 20 (FIG. 1) of the vehicle seat system 10 includes memory set and recall module 21 for repositioning all movable features of the seat to a predetermined position selected by an occupant. A non-memory version 22 (FIG. 2) employs simpler controls for adjusting seat positions such as seat height, back inclination, forward and reverse positioning, and tilting of the seat base. Moreover, it will be understood that the present invention can also be implemented with a wide variety of seat systems regardless of the particular vendor or the models provided by the vendor to provide a massage function without interfering with seat control, seat mechanism, or electrical connections of the seat controls.

In the preferred embodiment, a first motor 24 controls a movement mechanism 26 for displacement of the lumbar support 32 upwardly and downwardly through the seat back. A second motor 28 controls a lumbar support extender 30 and it governs the degree to which the lumbar support extends outwardly from the seat back toward a spinal curvature of an occupant. Both mechanisms 26 and 30 affect the position of the lumbar support 32 of the seat mechanism 16.

Referring to FIGS. 9–13, the massage control module 34 is relatively small so as to be able to be mounted under the drivers' or front passengers' seat and can integrate and interface with existing hardware and wiring harnesses, as applicable, to provide lumbar massage and other functions. In some cases, it may be practical to modify or redesign the wiring harness to facilitate integration of the massage control module into the system.

Any automotive seat adjustment system for which a lumbar support position sensor is engineered and available as a standard or as an optional offering is a candidate for integration of a massage control module 34. According to the present invention, the massage control module 34 is a modular controller which improves functional capability in one of several forms of a seat control system 16. In addition, the module may simulate a transparent connection, for example, by installation as an in-line complement to or a replacement of an existing memory type seat controller 36 or as a complement to an existing non-memory type seat control 23. The non-memory type seat control 23 may be adapted by using the seat lumbar support cushion position sensors 40 previously engineered and coupled for operation with the optional memory type module controller 36.

In the case of a non-memory type seat control system 22 which offers no existing optional lumbar support position sensor 40, the lumbar support position can alternatively be analytically derived in various ways such as an absolute encoder on the motor where added expense can be accommodated. A resolver on the motor or a simple incremental encoder on the lumbar support drive motor may be used in less expensive embodiments. With resolvers and encoders, appropriate algorithms and motor stall current detection can be used to determine lumbar position, preferably within a

6,049,748

5

tolerance of one motor revolution where tens or hundreds of revolutions are required between end of travel (EOT) limits.

Alternative to determining lumbar support position by direct measurement of some physically sensed variable is the option of empirically measuring the relative amounts of time, under ambient conditions of temperature, voltage, and lumbar load, to drive the lumbar support from either end of travel (EOT) limit to the present home position and from each end of travel (EOT) physical limit to the opposite as determined by lumbar drive motor stall current detection or end of travel limit switches. Preferably, the massage control module 34 uses some sensor, signal, or algorithm for determination of lumbar support position and automated commands for returning lumbar support 32 to its home position at the finish of the lumbar massage function.

In the preferred embodiments, a sensor 40 is installed in an existing non-memory system 14 when the module 34 is added. The lumbar vertical position sensor provides an analog voltage which varies directly with the seat lumbar vertical position. The voltage increases in the up direction and decreases in the down direction. The minimum range remaining at each end of travel is not less than 10% of the sensor feed voltage. The lumbar vertical position sensor provides a resistance of 10 K±20%. If the potentiometer is found to be out of range, the massage module includes compensation that will still have the ability to perform massage and continue to send the simulated sensor signal to the memory seat module.

In a memory seat module, the massage module will receive the 5 volt sensor feed from the memory seat module. In a non-memory seat, the massage module will provide a supply voltage for the lumbar vertical sensor when a sensor is installed. The module activates the sensor feed output whenever the module is awake. Otherwise, the sensor feed output remains inactive.

Present embodiments provide two main versions of the massage control module 34. Referring to FIGS. 1, 3 and 5, the first massage control module 33 version is designed for seats with existing seat controller modules 21 having the position memory feature, and thus already have the position sensor 40 integral to the system 20. The massage control module 33 will function in low priority dependent operation to provide enhanced movement of the lumbar support 32, and integrated with the high priority operation original of the seat controller module. Referring to FIGS. 2, 4 and 6, the second massage control module 23 is physically similar in appearance to the first massage control module 33 but has simpler hardware and is programmed for use with existing seat controls 22 not having the position memory feature. It will not interface with any other motor controller and will function in low priority dependent operation to provide the lumbar massage feature for that seat mechanism 16.

As best shown in FIGS. 5 and 6, both the memory type module 33 (FIG. 5) and the non-memory type massage control module 23 (FIG. 6) use the same module housing 42 (FIGS. 9–13), printed circuit board (FIGS. 5 and 6), microcontroller 44, and algorithms in the software programs. Different components populate the printed circuit for the memory type versus the non-memory type massage control module. The memory type massage control module 33 uses its microcontroller inputs and outputs, having tri-state capability, to poll both massage control module and external interface circuitry. Polling discerns the type of external interface switching and electronics in a seat control or seat control module from different vendors and for different models and thus to determine which particular control

6

algorithms are appropriate for example as described below, and determines the biasing, to be applied to certain microcontroller outputs for correct operation. The module provides watchdog capability to trap and recover from any software or addressing problem which may prevent normal operation.

The following descriptions will explain the methods by which the massage control module determines the types of external switchpad interface circuitry and the necessary logic level output biases. Upon power up by connection with an the electrochemical storage battery and with the program assumptions that there are no switch actuations for UP or DN and that there are no system circuit faults, a first immediate microcontroller test is for the existence of resistor RJ1 across the microcontroller 44 tri-state I/Os RB7 and RB6. This is done by outputting a logic high signal at tri-state I/O RB6 and reading the logic value at tri-state I/O RB7. If RB7 is logic low, then the unit 20 is a memory type massage control module 21.

If RB7 is logic high, then the unit might be a non-memory type massage control module. A low logic signal is output at RB6 and the logic value is read at RB7. If RB7 is logic high, then the unit is a memory type massage control module and if RB7 is logic low, then the unit might be a non-memory type massage control module. If and only if the logic state of RB7 matches the logic state of RB6 in both high and low logic states, then the resistor RJ1 exists, the unit is therefore determined to be a non-memory type massage control module, resistors R45 and R24 do not exist by design, then tri-state I/O RB2 is held in a high impedance floating state until the microcontroller is reset, and then tri-state RB3 is held in a low logic state until the microcontroller is again reset.

If the unit self determines that it is a non-memory type massage control module, then the commercial interface seat control switchpad interface circuit is known to be active high per FIG. 6, such that when either the up switch or the down switch is actuated, the respective UP or DN input terminal is electrically connected to +12 V. When unactuated, each switch in switch pad 46 is back connected via all of the other normally closed switches of the seat control switchpad 46 to pulldown resistors. When between actuation and deactuation, each switch is in an electrical floating state. Electrical floating inputs of the CMOS microcontroller must be eliminated in order to eliminate potential erratic oscillations of logic state, and in the case of the active high switchpad interface circuitry, microcontroller 44 will always output a logic low signal voltage at RB3 so as to pull down (bias) via 2.4 KOhm resistors R23 and R46 their respective terminals UP and DN for respective input RB4 and input RB4 until the microcontroller 44 is again reset. Thus, unactuated UP and DN switches are both electrically pulled down (or biased) to logic low by the massage control module microcontroller 44 and are pulled up to logic high by the lower impedance external switchpad circuitry whenever their respective switch is actuated.

Alternatively, immediately after self determination that the massage control module coupled in a memory type system 20 upon power up, it must then subsequently determine whether the external switch interface circuitry is active high, relative to FIG. 8, or whether the external switch interface circuitry is active low, relative to FIG. 7, explained as follows. The massage control module microcontroller 44 will output a high logic level at RB3 to attempt to electrically pull up via 2.4 KOhm resistors R23 and R46 their respective terminal connections UP and DN for respective inputs RB5 and RB4. Then, if either RB5 from UP or RB4

6,049,748

7

from DN is logic low due to lower impedance electrical pull down resistors to common via the unactuated switchpad with its associated module circuitry then the interface switchpad circuitry is determined to be active high. Or if RB5 and RB4 are both logic high due to the unactuated switchpad circuitry being in the electrically floating state, then the switchpad interface circuitry is determined to be active low.

In the proposed embodiment, a logical AND is required at RB5 and RB4 to determine active low, and a logical OR is required at RB5 and RB4 to determine active high. Because values for resistors in the massage control module, the external interface switchpad and controller circuitry vary, it is possible for a missed detection of a logical low signal of the active high circuit, thus reading a logical high in error. Accordingly, this logic low must be checked two ways to determine assuredly that the external switchpad interface circuitry is the active high case.

Electrical floating inputs of the CMOS microcontroller must be eliminated in order to eliminate potential erratic oscillations of logic state. Therefore, microcontroller 44 will always output a logic high signal voltage at RB2 so as to pull up via 1.0 KOhm resistors R45 and R24 their respective terminals UP and DN for their respective inputs RB5 and RB4 until the microcontroller 44 is again reset. For the case of coupling to a memory type control 20 with an active low interface switchpad interface controller, both UP and DN are electrically pulled up (biased) to logic high by the massage control module microcontroller 44 whenever switchpad switches UP and DN are not actuated and are each pulled down to logic low by the lower impedance external switchpad circuitry to common whenever respective switchpad switches UP and DN are actuated. Alternatively, the microcontroller output biasing scheme for interface with active high external switchpad circuitry is the same whether the massage control module is coupled to a memory type or a non-memory type—high impedance at RB2 and logic low at RB3.

The module monitors output load current during both manual and massage operations. The module provides full output shutdown within a predetermined time, preferably within 2 milliseconds, after sensing any high current, preferably 15 amperages±3 amperages, or short to ground/B+ situation. The module resets itself and continues with normal operation only upon receipt of a switch input and correction of a fault condition.

The massage module ignores the commands from any switch considered shorted. A switch will be considered shorted when left in the on state for a predetermined amount, for example, 60 seconds+2/–0 milliseconds. The lumbar vertical motor outputs are deactivated in response to the shorted switch. When the lumbar vertical switch continues to be actuated after motion in the requested direction ceases, the massage module sends the corresponding potentiometer value to the memory seat module and identifies the switch as shorted.

The following descriptions will generally explain the more complex functions of the massage control module 34 coupled to the memory type controller 21 with several differences and exceptions noted. In the case of the massage control module 34 which interfaces with the non-memory type seat control 22, the physical packaging and the printed circuit board may be identical, although the components populating the printed circuit board differ as demonstrated in FIGS. 5 and 6. In summary, the non-memory type seat control 22 has circuitry differences including the following:

8

elimination of all sensor output and associated feedback circuitry; modification of +REF circuitry; addition of one resistor RJ1 and elimination of all other M1 and M2 (D,E in FIG. 5) input circuitry; elimination of all UP_OUT and DN_OUT (J and I in FIG. 5) circuitry; and elimination of part, (L and K in FIG. 5) for example resistors, of the UP and DN input circuitry.

The massage control module 34 appears virtually nonexistent to the independent and priority functionality of the existing seat control system 42. Thus, the massage control module 34 is transparent to the higher priority of all functions of the existing seat control system. To accomplish this, the massage control module 34 intercepts the true lumbar support position signal from sensor 40 and provides a simulated virtual lumbar support position signal to the seat controller. By providing a virtual lumbar support sensor signal steadily representing a lumbar position to the seat controller 21, the massage control module 34 can then move the lumbar support 32 without the seat controller 21 being aware of the true and changing lumbar support position. This prevents the seat controller 21 from generating an error condition caused by movement of the lumbar support 32.

The MCM 34 also intercepts both the UP and DOWN switch inputs from the lumbar switchpad 46 and the motor drive outputs from the seat controller 21, passing along simulated signals and force consistent with functional requirements of both the seat controller 21 and the massage control module 34. This gives dependent and lower priority control of the lumbar support 32 to the massage control module 34 so that it can perform the massage function, although virtual priority and virtual independent control always remains with the seat controller 21. This method of functional control modification is based upon the in-line modular massage control module 34 intercepting real signals and/or power and transparently substituting simulated signals and/or power between the seat controller 21 and external devices of sensor 40, motor 18, and switches 46. The case of the non-memory system 14 (FIG. 2) is simpler by virtue of not having to interface sensor signals to the seat control.

There are nine input terminals to the massage control module 34. These are, with terminal representations in parentheses: BATTERY (BATTERY), COMMON ({CHASSIS}GROUND), SENSOR +Vref (+REF), SENSOR –Vref (–REF), SENSOR INPUT (SENSOR IN), MOTOR 1 INPUT (M1), MOTOR 2 INPUT (M2), UP SWITCH INPUT (UP), and DOWN SWITCH INPUT (DN).

There are five output terminals from the massage control module 34. These are, with terminal representations in parentheses: SENSOR OUTPUT (SENSOR OUT), MOTOR 1 OUTPUT (M1_OUT), MOTOR 2 OUTPUT (M2_OUT), UP SWITCH OUTPUT (UP_OUT), and DOWN SWITCH OUTPUT (DN_OUT).

Power is supplied to the massage control module 34 at all times Nominal operating voltage is typically 12 VDC from the vehicle battery (BATTERY) with negative chassis ground as COMMON. A power save mode keeps the power drain on BATTERY to an acceptably low level at appropriate dormant times.

The position of the lumbar support 32 is intercepted directly and exclusively from the lumbar support position sensor 40 by the massage control module 34 as an analog signal via the SENSOR IN input terminal This analog signal is replicated or functionally modified as described below at the massage control module 34 to provide a signal at

6,049,748

9

SENSOR OUT output terminal that is a simulated virtual representation of the lumbar support position to the seat controller. This simulated virtual SENSOR OUT signal value is generated and maintained within specific required accuracy and precision by digital pulsing of a pushpull circuit using software algorithms and decision making processes within the microcontroller 44 of the massage control module 34. Using appropriate algorithms and closed loop feedback control, the microcontroller 44 is able to monitor and anticipate drift and changes in the simulated output signal from the MCM 34. Thus, the microcomputer output signal changes to produce the desired simulated signal output voltage to the controller 21.

As shown in FIG. 3, the lumbar position sensor 40 is powered from the controller 21 when installed as part of system 12 with a memory seat controller module 21. The massage control module 34 will read the sensor positive supply voltage, as sourced from the seat controller, on the +REF input terminal for referencing of the sensor signal supply voltage. The massage control module 34 will read the sensor COMMON voltage from the seat controller on the –REF input terminal for referencing of the sensor signal voltage. When configured for use with a non-memory seat control, as shown in FIG. 4, the massage control module 34 will internally source the positive supply power and COMMON to the position sensor 40 via sensor interface +REF and –REF terminals as described below.

The lumbar support motor drive outputs from the seat control system are intercepted directly and exclusively as logic inputs by the MCM 34 at the M1 and M2 input terminals as shown in FIG. 3. These two logic inputs inform the MCM when the seat control system 12 attempts to drive the lumbar support motor 24 of the up/down drive mechanism 26 in an attempt to change the position of the lumbar support 32. With the memory module type system, the MCM 34 must present a dummy load to the output motor drive circuit relay of the seat controller 21 so that sufficient wetting current is drawn to prevent erroneous voltages caused by poor electrical contact. Actual drive to the lumbar support motor 24 is controlled and produced only by the MCM 34 for drive power output via the M1_OUT and M2_OUT output terminals to drive the lumbar support motor clockwise (CW) for up and counterclockwise (CCW) for down, respectively. M1_OUT and M2_OUT are each electrically connected to a pole terminal of one of two single pole double throw relays of form C. As shown in FIGS. 5 and 6, each relay has electrical contact terminations via a current sensing resistor to BATTERY and also, via a low impedance current sensing resistor to COMMON. Exclusive actuation (logical OR) of one relay (and not the other) will result in a positive application of voltage to M1_OUT with respect to M2_OUT to drive the lumbar support motor 24 in one direction. Exclusive actuation of the second relay will result in a reversal of voltages across M1_OUT and M2_OUT such that the lumbar support drive motor 24 will drive in the reverse direction.

Power drive from the MCM 34 to the motor 24 is also controlled by two additional final output relays having normally open form A contacts and both driven via a common switch circuit. When an open or short fault is detected that cannot be disabled by the other two relays (K1-A, K1-B), these final output relays (K2-A, K2-B) can both be de-energized to open circuit the outputs (M1_OUT, M2_OUT). Although the MCM 34 has low priority dependent control to the high virtual priority, virtual independent control of the seat controller 21, it still has actual functional control over the lumbar support motor 24 actuation.

10

The UP and DOWN switch inputs from the lumbar control switchpad are also intercepted directly and exclusively by the MCM. These two inputs inform the MCM 34 when the user requests a position change of the lumbar support 32. Virtual signals to the memory module 21 represents switchpad inputs simulated and produced only by the MCM 34 via the UP_OUT and DN_OUT output terminals. For memory type seat system 12, any activation of an UP or DOWN switch input is immediately mirrored to the memory module 21 for safety reasons, but this does not preclude sending either signal to the memory module 21 otherwise, such as when neither switch is activated. This allows the MCM 34 some functional control over the lumbar support operation.

Position of the lumbar support 32 is monitored via a position sensor 40. When the motor is driven CW (CCW), the lumbar support travel is upward (downward) and the lumbar support position sensor output voltage is also going upward (downward). The motor 24 is immediately turned off when end of travel is detected, and at this point only movement in the opposite direction is allowed. Once movement in the opposite direction is detected, the end of travel software flag is released and movement in either direction is allowed. This automatic stopping and reversing of the drive motor direction at ends of lumbar support travel during lumbar massage can be annoying to some, so an alternate hardware choice is made with appropriate required changes in software algorithms.

The preferred embodiment uses an optional crankshaft assembly 48 in up down mechanism 26 and attached to the lumbar support drive motor armature which converts the motor's continuous rotational motion to the smooth reciprocating linear motion of the lumbar support 32 without the necessity of stopping and reversing the lumbar support motor drive. The motor drive shaft turns a worm gear which drives a mating crank gear which rotates a crank which reciprocates a pushrod in a well known manner. The pushrod is connected to the lumbar support 32 for its up and down motion while the motor rotates in a single direction. The sensor 40 for non-memory systems may be supplied in the crankshaft assembly 48.

The reversal of direction during motor drive in either the CW or the CCW direction, hence the reversal of the lumbar support position sensor travel from upward to downward or from downward to upward, flags the software within the microcontroller 44 that an end of travel limit has been reached.

The preferred embodiment of a lumbar support position sensor 40 takes the form of a potentiometer film resistor with appropriate sliding contact wiper connections for supply, COMMON, and signal output as located on one axial side of the crank gear such that the signal output for continuous drive in either the CW or CCW direction is continuous and of approximately triangular waveshape. By choice, the transfer function of the sensor output voltage versus lumbar support position can be other than linear but should preferably remain monotonic, and ahysterical versus lumbar support position. This reciprocating motion results in a system where either CW or CCW motor operation can drive the lumbar support either up or down based upon the relative position of the drive gear. By keeping track of the direction of change of the lumbar support position sensor signal and the applied drive polarity, the MCM 34 is able to determine which appropriate drive polarity to apply to the lumbar support motor 24 to drive lumbar support 32 in either desired direction.

## MCM Modes

There are four basic modes of operation for the MCM 34: massage mode, manual mode, memory preset mode—only

6,049,748

11

with the memory type controller module, and power save mode. The following will describe what, when, where, and why actions are performed and modes are invoked.

Massage Mode

The massage mode is entered when the UP switch is pressed for more than the UP switch debounce time, typically 20 milliseconds, but less than the massage maximum switch press time, typically 400 milliseconds. When the switch is released, the MCM will begin the massage function. During massage mode operation, the MCM 34 outputs a virtual static lumbar position signal representative of the "home" position to the seat controller 21 via the SENSOR OUT output terminal. This output signal prevents the seat controller 21 from sensing changes in the lumbar support position during the lumbar massage cycle. The lumbar support will move full travel in the up and down direction for the massage cycle time, typically ten minutes. Preferably, motion will be accomplished by actuating the lumbar motor in one direction only as discussed above.

At the completion of a preset massage cycle time, the lumbar support will return directly to the home position from which the massage mode was initiated and then stop, ending the massage cycle. The massage function can be cancelled at any time causing return of the lumbar support to the home position by activating the DOWN switch for more than the massage switch debounce press time but less than the massage maximum switch press time. To initiate the manual mode, in which case there will be immediate actuation of the lumbar support in the desired direction with concurrent resetting of the home position, see the description in more detail in the manual mode section.

An optional alternative variation to the massage mode is user taught massage where the user manually teaches the MCM 34 the specific lumbar movements to perform in a cyclical manner. This can be done with the following sequence example. First the user actuates two of the switch-pad 46 switches simultaneously for some minimum time, for example 2 seconds. Second, the user manually controls the UP or DOWN switches individually with the actual desired lumbar movement and time sequence up to some maximum time, for example 20 seconds. Finally, the user actuates two switches simultaneously for some minimum time, for example 2 seconds, to initiate the cycle, which then lasts for some fixed time, for example 10 minutes. A maximum time can be allowed between switch actuations, for example three seconds, such that if exceeded, the massage learn cycle will end in default by reverting back to the initial home position whenever no UP or DOWN switches are actuated. A variation to this concept is for the operator simply to manually enter, in a similar manner, the range of movement for the lumbar support within which the lumbar massage will cycle. Other variations to this cycle should be apparent to the reader.

Another optional alternative variation to the massage mode is to allow the choice of a "slow motion" massage which is essentially similar to various massage cycles and modes previously discussed excepting that since the actuating motor has only one speed, the simulation of slow motion must take place by repeated short motor actuations in either the forward and/or the reverse direction to affect microsteps of the lumbar support and/or as desired other seat support position(s). Should the original equipment manufacturer (OEM) so choose for slow motion massage to be the only speed of massage for incorporated into the automotive seat system, then the primary reasons are eliminated for

12

adding the optional crankshaft mechanism 48 to convert continuous motor actuation into smooth reciprocating linear up and down motion. This slow motion massage can continue for a longer period of time as desired and although not as apparent to the subject at any instant because of the subtlety of motion, can impart soothing massage which enables longer travel time, greater comfort and mental awareness. Sufficient inputs and outputs presently exist with the existing hardware to implement and control enabling and disabling of this function as desired, whether by sequences of any single switch input or by combinations including different switch inputs and sequential or simultaneous combinations of multiple switch actuator inputs.

Manual Mode

The manual mode is entered when a lumbar support position change is requested by the user by manually pressing an UP or DOWN switch for more than the massage maximum switch press time. If the MCM is in the massage mode when a manual request is detected, the MCM will respond by cancelling the massage function and immediately move the lumbar support in the direction requested by the user. These UP and DN signals are immediately mirrored to the motor controller 21 which immediately outputs an output drive to the massage control module on M1 or M2 which then outputs the appropriate drive to the lumbar support motor via M1_OUT or M2_OUT. As explained above, the drive on M1_OUT and M2_OUT do not necessarily mirror M1 and M2 because of the recirculating motion related to the crankshaft mechanism 48. When the switch is released, the massage control module actual motor drive is immediately terminated. During, and possibly subsequent to, release of either the UP or the DOWN lumbar switch, the massage control module 34 will update the seat controller to the new home position by activating a virtual switch pad output signal to the input of the seat controller while slewing the simulated position signal output directly to the new home position of the new lumbar position in response to the M1 or M2 signals from the seat controller 21. When the simulated virtual signal finally matches the true lumbar position sensor 40 signal, the massage control module 34 will turn off the simulated switch outputs and mirror and hold the virtual lumbar support position sensor signal value at the same value as the true signal.

If the massage control module 34 is in power save mode when the manual mode is entered, the manual request is immediately mirrored to the seat controller 21 which immediately outputs a motor drive signal that prompts the massage control module 34 to activate the appropriate drive signal (as explained above) to move the lumbar support motor 24 in the desired direction, while mirroring the true lumbar support sensor position signal to the seat controller 21. When the manual request is ceased, the status is immediately mirrored to the seat controller 21 which immediately discontinues its motor drive output signals which prompts the massage control module 34 to deactivate its output drives.

Memory Preset Mode

When the motor inputs (M1(D), M2(E) in FIG. 5) to the massage control module 34 are active for more than the motor input debounce time, and the switchpad inputs (L, K in FIG. 5) are not active, the function being requested by the seat controller is determined to be a memory preset, which applies only to the memory type seat controller module. When this occurs, the massage control module 34 will

6,049,748

13

respond in one of two ways. If the massage control module 34 is not in the massage mode when the memory request is made, the massage control module will move the lumbar support 32 in the direction requested by the seat controller 21. The simulated signal output to the controller 21 will track that of the position sensor 40. This action is similar to the manual mode, yet is recognized as the memory preset mode since no UP or DOWN switch input is detected. If the massage control module is in the massage mode when the memory request is made the massage control module will slew the simulated sensor signal at an appropriate rate in the direction requested by the seat controller until the motor inputs are terminated. The massage control module 34 will move the lumbar support in the direction necessary to make the true lumbar sensor signal match that of the simulated sensor signal. A memory preset request will cancel a massage function in process. At the completion of the memory preset mode, the massage control module will initiate the power save mode.

Power Save Mode

When the massage control module 34 is not in a massage mode, no inputs or outputs are active, and the true sensor signal matches that of the simulated virtual signal output, the massage control module 34 will enter the power save mode. The power save mode exists to reduce the power drain on BATTERY when all functions of the massage control module are idle, which is especially important because the massage control module is normally under power with the ignition key switch off. The massage control module 34 will remain in this low power state until either a switch actuation or a motor drive input (D, E in FIG. 5) is sensed.

Numerous additional functions and features can potentially be implemented, as previously taught in the patent disclosure entitled: "IN LINE MODULE: RADIO FREQUENCY INTERFERENCE NOISE SUPPRESSION MODULE" such as the coupling of an RF noise suppressor in the motor circuit.

FIGS. 3 and 4 show a simplified block diagram of the Lumbar massage control module 34 as an IN LINE MODULE. It is apparent that the massage control module either is in series, in parallel, or combinations thereof to intercept and simulate signals between the existing seat controller and external devices such as: BATTERY, COMMON, control switches, position sensor, and motor. A portion 50 of terminals may be part of the coupling terminals, although it is preferably eliminated to simplify the housing when replaced with vehicle wiring harness adaptions.

FIGS. 5 and 6 show an electronic schematic representative of the two preferred embodiments of the invention. Its description can be broken up into parts representing its circuit functions as follows:

Power Supply Circuit:

The power supply circuit consists of: Inputs BATTERY at input terminal M and CHASSIS GROUND (COMMON) at input terminal N; metal oxide varistor (MOV) D5; capacitors C10, C1, C2, C16, C11, & C3; diode D1; resistor R47; and three terminal voltage regulator integrated circuit (IC) U2.

MOV D2 acts as a bi-directional maximum voltage transient protection device to limit maximum positive and negative transients across terminals M and N by its low impedance shunting capability only under excessive voltage conditions. Capacitor C10 is a high frequency capacitor to bypass shunt high frequency noise on BATTERY terminal M to COMMON. Diode D1 is a reverse blocking diode to

14

prevent damage from misapplication of reverse supply bias and supplies unregulated supply B2+ for various circuit applications. Resistor R47 is a current limiting resistor to protect the three terminal linear voltage regulator U2. Capacitors C1, C16, and C11 are high frequency capacitors to bypass shunt to COMMON high frequency noise at the input and output of voltage regulator U2, reducing high frequency noise induced instability of its voltage regulation function. Capacitors C2 and C3 are voltage filters on the respective input and output of the three terminal voltage regulator IC U2. The regulated voltage Vcc, preferably 5 VDC, is supplied to the microcontroller U1 and numerous other microcontroller related input and output circuits.

Lumbar Position Input Circuit:

The Input circuitry from the lumbar position sensor consists of: Input terminals +REF at input terminal H, SENSOR IN at input terminal C, and –REF at input/output terminal G; capacitors C30, C20, and C15; and resistors R35, R36, and RJ5. Input terminal G is connected to sensor supply COMMON of the MCM 34. Input terminal H is connected both to the sensor positive supply input and to the sensor positive supply voltage of the seat controller 21 when used with memory type seat controllers. In the case of non memory control systems 14, terminal H is supplied by microcontroller 44 output RBO/INT via current limiting resistor RJ5, which resistance value is then lowered. Input terminal H is connected to high frequency capacitor C30 as a bypass shunt to COMMON for high frequency noise and also is connected via current limiting resistor RJ5 to microcontroller 44 input VREF and output RBO/INT which are both filtered by high frequency capacitor C20, as a bypass shunt to COMMON for high frequency noise. The input signal from the lumbar support position sensor at terminal C is pulled up to regulated voltage Vcc by resistor R35 and is passed via resistor R36 to high frequency capacitor C15 as a bypass shunt to COMMON for high frequency noise and to microcontroller 44 at input RAO.

Lumbar Position Output Circuit:

The output circuitry to the seat controller sensor input consists of: SENSOR OUT at output terminal F; capacitors C29, C13, C19, and C17; resistors R38, R39, 140, 141, 142, 143, and 137; and switching bipolar transistors Q10 and Q5 of types PNP and NPN, respectively.

Microcontroller 44 input RA1 receives a feedback voltage signal at input terminal RA1 via current limiting resistor 137 from the output terminal F as filtered by high frequency capacitor C17 to bypass shunt high frequency noise to COMMON. The output terminal F signal voltage is pulse controlled by a series push-pull switched circuit comprised of Vcc to transistor Q10 to resistor 138 to resistor 139 to transistor Q6 to COMMON, whereby output terminal F is taken as the node between resistors 138 and 139 such that both transistors Q10 and Q6 have protective current limiting resistors R38 and R39, respectively, in series with output terminal F. The base of transistor Q10 is pulled up to Vcc by resistor R40, holding it in the off state, and is turned on when its other base resistor R42 is pulled down to COMMON (sinked low) by microcontroller 44 output RCO. The base of transistor Q6 is pulled down to COMMON by resistor R41, holding it in the off state, and is turned on when its other base resistor R43 is sourced high (to Vcc) by microcontroller 44 output RC1. Transistor switch Q10 is used to charge output capacitors C19, C13, C29 and transistor switch Q6 is used for their discharge. Capacitor C19 provides filtering of the output voltage at node N13. Capacitors C13 and C39 are high frequency capacitors to bypass shunt high frequency noise from the output terminal F to COMMON.

6,049,748

15

With feedback monitoring and appropriate software algorithms, such as drift control protection, to control the switched pulsing of transistors Q10 and Q6, the MCM 34 maintains control of the output voltage over a range from COMMON to Vcc. The feedback voltage as read by the microcontroller 44 at input RA1 is compared with the desired output voltage, the difference affecting the number of fixed duration pulses necessary at either transistor Q10 to raise the output voltage or at transistor Q6 to lower the output voltage. The output voltage is read by the microcontroller 44 which then turns on either transistor Q10 or Q6 in a pulsing manner to respectively raise or lower the output voltage to the desired level. When the voltage at the output varies from the desired voltage, the microcontroller 44 uses software algorithms to determine the length of time for the voltage change and how many pulses it took to correct the voltage change. In anticipation of similar drift characteristics, the microcontroller 44 will then pulse either transistor Q10 or transistor Q6 to maintain the desired output voltage. This algorithm is adaptive and can be used for static and dynamic output voltages desired to obtain preferred rates for seat movement.

Motor Drive Input:

The motor drive input circuitry consists of: Input terminals M1 at input terminal D and M2 at input terminal E; resistors R44, R17, R19, R22, R18 and RJ1; and capacitors C7, and C6.

A dummy load resistor R44 is placed across input terminals D and E to provide the requisite wetting current for reliable seat controller relay contact electrical operation only for use with the memory type seat controllers 12.

Polarity of voltage applied from input terminal D to input terminal E is nominally positive or negative 12 VDC depending on the respective desired clockwise or counter-clockwise drive direction of the lumbar support motor 24. This 12 VDC (negative COMMON) low impedance voltage source must be reduced in voltage and current limited for input to the microcontroller 44 at respective inputs RB7 and RB8. The voltage signal of input terminal D is current limited by resistor R17 and voltage reduced by a voltage divider comprised of resistors R17 and R18 to COMMON with the node N14, between the two resistors, being provided as the microcontroller 44 input RB7 as filtered by high frequency capacitor C6 for bypass shunt of high frequency noise to COMMON. The voltage signal of input terminal E is current limited by resistor R19 and is voltage reduced by a voltage divider comprised of resistors R19 and R22 to COMMON with the node N15, between the two resistors, being provided as the microcontroller 44 input RB8 as filtered by high frequency capacitor C7 for bypass shunting of high frequency noise to COMMON.

An additional load resistor RJ1 is placed across microcontroller 44 bi-directional input/output ports RB7 and RB6 only for use with the non-memory type seat controller so that the microcontroller can determine whether the non-memory type or the memory type seat interface circuit is interfaced by sensing whether a high and low input are seen at port RB7 when port RB6 outputs a respective high and low signal and whether a high and low input are seen port RB6 when port RB7 outputs a respective high and low signal.

Motor Drive Output:

The motor drive output circuitry includes: Output terminals M1_OUT at output terminal B and M2_OUT at output terminal A; relays K1-A, K1-B, K2-A, and K2-B; freewheeling diodes D2, D3, and D30, bipolar switching transistors Q1, Q2, Q11, and Q12; and resistors R55, R21, R52, R53, R54, R56, R34, R1, R2, R3, R4, R15, and R16.

16

Relays K1-A and K1-B have 12 VDC coils and form C contacts (single pole double throw, one contact normally closed when unenergized), the unenergized-coil contacts tied to power lowside (COMMON) via current sensing resistor R56 and the energized-coil contacts tied to power highside (B+) via current sensing resistor R55. Lowside NPN switching transistor Q1 in open collector configuration drives relay K1-A coil. The base of transistor Q1 is pulled down to COMMON by resistor R1 and is driven via a resistor R2 by microcontroller 44 output RC7. Lowside NPN switching transistor Q2 in open collector configuration drives relay K1-B coil. The base of transistor Q2 is pulled down to COMMON by resistor R3 and is driven via resistor R4 by microcontroller 44 output RC6.

Free-wheeling diodes D2, D3, and D30 are for discharge to B2+ of the field collapse current generated by coils of associated relays K1 and K2.

The lowside analog current signal produced by voltage drop of load current across resistor R56 to COMMON is passed through current limiting resistor R34 input to microcontroller 44 input RA2 where it is analog-to-digital converted to 8 bit (256 count) resolution. Based upon the resistor values chosen in the preferred embodiment, each count represents 20 millivolts and therefore a count of 7 represents 140 millivolts which represents 14 amperes of load current which is determined to be excessive current for fault sensing with the programmed algorithms. The highside current limit signal is produced by voltage drop of motor load current across resistor R65 from B+ to the load which is passed through resistor R21 to the base of highside PNP transistor Q11. Transistor Q11 has a lowside resistive voltage divider comprised of resistors R52 and R53 to COMMON, the divided voltage signal of which is passed through current limiting resistor R54, for input to the microcontroller 44 input RB1. The high side limit is a go or no go type of limit sense, switching on Q11 at approximately 14 amperes of load current.

Sensing of excessive current across low side resistor R56 indicates a motor short to a power supply source such as B+. Sensing of excessive current across high side resistor R55 indicates a motor short to a power sink such as COMMON. Sensing excessive current across resistor R56 and R55 indicates a short across the motor or a short to some source node between B+ and COMMON. By sensing of highside current limit and lowside analog current with controlled actuation of relay states of K1-A and/or K1-B, it is possible for the microcontroller 44 with software algorithms to monitor the status of relay K1-A and K1-B input current and/or relay output current as normal, open, and short.

For protection against most shorts to power, COMMON, and/or other voltage nodes, the controlled output from microcontroller 44 output RA5 can be held low (to COMMON). This will result in deactivation of both 12 volt coils of both form A (single pole single throw, normally open contacts) output relays K2-A and K2-B via resistor R16 to the base of their common control lowside NPN switching transistor Q12, the base of which is also pulled to COMMON by resistor R15. Simultaneous deactivation of relays K2-A and K2-B open circuits the pole outputs from relays K1-B and K1-A, respectively, such that the terminals B and A to the motor are disconnected, therefore no current will be sourced to or sinked from the motor circuit by the MCM 34.

Fault conditions can be detected by the following states: Low range lowside current with either relay energized; normal range lowside current with no relay energized; normal range lowside current with both relays energized; high lowside current with no relay energized; high lowside

6,049,748

17

current with both relays energized; high lowside current with either relay energized; high highside current with no relay energized; high highside current with both relays energized; and high highside current with either relay energized. Fault status of the seat control power system can be monitored by the controlling the four power system output states of: 1) No relay energized, 2) only relay K1-A energized, 3) only relay K1-B energized, and 4) both K1-A and K1-B energized and monitoring the system conditions of: 1) No lowside current, 2) normal lowside current, 3) high lowside current, 4) normal highside current, and 5) high highside current.

Switch Input:

The switch input circuitry consists of: Input terminal UP at input terminal L and terminal DN at input terminal K; diodes D14, D13, D12, and D11; resistors R51, R50, R24, R45, R46, R23, R48, and R49; and capacitors C9, C8, C28, and C27.

Input terminals L and K are each connected via resistors R45 and R24, respectively, to microcontroller 44 input RB2 and to high frequency noise filter capacitor C27 to bypass shunt high frequency noise to COMMON. Input terminals L and K are also each connected via resistors R23 and R46, respectively, to microcontroller 44 input RB3 and to high frequency noise filter capacitor C28 to bypass shunt high frequency noise to COMMON.

Diodes D14 and D13 are for the purpose of DC shifting the low signal from input terminal L down by two diode drops to insure that logic low will be seen as low despite an allowable difference in power supply COMMON voltage difference of one volt between the seat controller 21 and the MCM 34. And likewise, diodes D12 and D11 are for the purpose of DC shifting the low signal from input terminal K down by two diode drops to insure that logic low will be seen as low despite an allowable difference in power supply COMMON voltage difference of one volt between the seat controller 21 and the MCM 34.

Resistors R49 and R48 are to pull down to COMMON the nodes N16 and N17, respectively. The signal on node N16 representing UP (manual control lumbar support upward) switch actuation is input to microcontroller 44 input RB5 via current limiting resistor R51 and is filtered by high frequency capacitor C8 to bypass shunt high frequency noise to COMMON. The signal on node N17 representing DN (manual control lumbar support downward) switch actuation is input to microcontroller 44 input RB4 via current limiting resistor R50 and is filtered by high frequency capacitor C9 to bypass shunt high frequency noise to COMMON.

Switch Output:

The switch output circuitry includes: Output terminals UP_OUT at output terminal I and UP_OUT at output terminal J; capacitors C25, C4, C26, and C5; resistors R9, R5, R10, R8, R11, R12, R5, R7, R28, R13, R29, R27, R30, R31, R14, and R26; bipolar PNP switching transistors Q3 and Q7; and bipolar NPN switching transistors Q4, Q5, Q8, and Q9.

Microcontroller 44 is simulating 12 VDC and/or COMMON switch signals at the output terminals J and I using a 5 VDC supply. This is accomplished by use of four microcontroller drive outputs acting as two push/pull pairs with cascaded switching transistors in a push/pull final output stage drive by B2+ driven by the two switch outputs (J & I in FIG. 5).

To drive the output terminal J with a high signal, microcontroller 44 output RC2 is driven high to Vcc, which via resistor R12, drives transistor Q5 on while microcontroller 44 output RC3 is simultaneously driven low to COMMON.

18

Transistor Q5 also has its base connected to COMMON by resistor R11 so that it is held off when not drive by the microcontroller 44. Transistor Q5 pulls down the base of transistor Q3 via resistor R8. Transistor Q8 has its base connected to B2+ by resistor R18 so that it is held off when not driven by transistor Q5. Transistor Q3 is a highside switch that drives the output terminal J via resistor R9. The output terminal is filtered by high frequency capacitors C25 and C4 which bypass shunt high frequency noise to COMMON.

To drive the output terminal J with a low signal, microcontroller 44 output RC3 is driven high to Vcc which via resistor R7 drives transistor Q4 on, while microcontroller 44 output RC2 is simultaneously driven low to COMMON. Transistor Q4 has its base connected to COMMON by resistor R6 so that it is held off when not driven by the microcontroller 44. Transistor Q4 is a low side switch that pulls down the output terminal J via resistor R5.

To drive the output terminal I with a high signal for DN_OUT, microcontroller 44 output RC4 is driven high to Vcc which resistor R31 drives transistor Q9 on, while microcontroller U1 output RC5 is simultaneously driven low to COMMON. Transistor Q9 has its base connected to COMMON by resistor R30 so that it is held off when not driven by the microcontroller 44. Transistor Q9 pulls down the base of transistor Q7 via resistor R27. Transistor Q7 has its base connected to B2+ by resistor R29 so that it is held off when not driven by transistor Q9. Transistor Q7 is a highside switch that drives the output terminal I via resistor R28. The output terminal is filtered to COMMON by high frequency capacitors C26 and C5 which bypass shunt high frequency noise to the COMMON.

To drive the output terminal I with a low signal, microcontroller 44 output RC5 is driven high to Vcc, which via resistor R26 drives transistor Q8 on, while microcontroller 44 output RC4 is simultaneously driven low to COMMON. Transistor Q8 has its base connected to COMMON by resistor R14 so that it is held off when not driven by the microcontroller U1. Transistor Q8 is a low side switch that pulls down the output terminal I via resistor R13.

Microcontroller:

In the preferred embodiment, only one microcontroller, model PIC16C72-04 from Microchip Technology Inc., is used for all MCM 34 applications having software programmed to accommodate all current customers, interface I/O systems, and models. This microcontroller 44 is essentially a microprocessor with integral RAM and ROM. It should be obvious that future embodiments would allow for alternative microcontrollers and/or alternative software algorithms specific to the application requirements. Microcontroller circuitry includes: Vcc, COMMON, oscillator, and I/O. Vcc is supplied to power the microcontroller 44 terminal labeled VDD and is filtered by high frequency capacitors C24 and C14 which bypass shunt high frequency noise to COMMON. Vcc is supplied via resistor R25 to microcontroller 44 at its reset pin MCLR(active low)/R. COMMON is supplied to the microcontroller 44 via two terminals labeled VSS, one of which is also connected to Vcc via high frequency capacitor C18 to act as a bypass shunt for high frequency noise between Vcc and Common. A three terminal oscillator X1 is connected to the microcontroller 44 at the terminals labeled OSC1 and OSC2. Oscillator X1 is also terminated at COMMON and internally contains a 4.000 MHz crystal oscillator with two integral capacitors. All microcontroller I/O pins labeled as RA#, RB#, and RC#, # representing some number from 0 to 7, are ports which have an internal electronic totem pole structure

6,049,748

19

enabling bi-directional and tri state capability to: Read a logical value, output a logical high value, output a logical low value, and output a high impedance virtual open circuit. Also, I/O ports RA0/AN-O, RA1/AN, RA2/AN2, RA3/AN3, and RA5/AN4 have capability to read in analog voltage values.

Having thus described embodiments of the present invention, many modifications will become apparent to those of ordinary skill in the art to which it pertains without departing from the scope and spirit of the present invention as defined in the appended claims.

What is claimed is:

1. A seat control module for introducing massage to a seat control with an adjustable lumbar support, and control actuators, the control module comprising:

a modular housing including in-line connectors for coupling said module to a seat control harness connector;

an intercept interface for receiving inputs from said control actuators;

a driver for repeatedly adjusting said lumbar support position through a predetermined range of movement in response to one of said control actuators; and

a transparency simulator for maintaining full function of said seat control and removing indications of repeatedly adjusting said lumbar support position.

2. The invention as defined in claim 1 wherein said seat control include a memory control module with a seat control harness connector, and said seat control module further comprises an in-line coupler complimentary to said memory control module harness connector.

3. The invention as defined in claim 1 wherein said transparency simulator comprises an electronic noise filter.

4. The invention as defined in claim 3 wherein said seat control comprises a motor and said electronic noise filter comprises an RF suppression filter.

5. The invention as defined in claim 1 wherein said transparency simulator comprises time-based response to manipulation of said control actuators.

6. The invention as defined in claim 5 wherein said transparency simulator generates a first output in response to a manipulation of a said control actuator for a period of time less than a first predetermined period, and generating a second output in response to a manipulation of said control actuator for a period equal to or greater than said first predetermined time period.

20

7. A seat control mechanism comprising:

a vehicle seat having a position adjustment mechanism, wherein said mechanism includes a lumbar support, at least one motor, and an adjustor responsive to said motor for displacing said lumbar support;

a motor control including at least one actuator for actuating said motor and said adjustor; and

a massage control module including an intercept interface for receiving an output from said at least one actuator, a driver circuit for signaling said motor to repeatedly adjust said lumbar support as an enhanced movement, and a transparency simulator for maintaining original movement and inducing said enhanced movement of said lumbar support, said driver discriminating between a first predetermined movement of said at least one actuator and a second movement of said at least one actuator before signaling an enhanced movement of said lumbar support or maintaining original movement.

8. The invention as defined in claim 6 wherein a first of said at least one actuator is enabled for a first period less than a predetermined time to trigger said enhanced movement, and said first actuator is enabled for a second period equal to or greater than said predetermined time to trigger said original movement.

9. The invention as defined in claim 6 wherein said transparency simulator comprises an electronic noise filter.

10. The invention as defined in claim 8 wherein said filter includes a RF suppression filter in said driver.

11. The invention as defined in claim 6 wherein said lumbar support adjustor includes an extender.

12. The invention as defined in claim 6 wherein said lumbar support adjustor includes a movement mechanism for displacing the lumbar support upwardly and downwardly in the seat back.

13. The invention as defined in claim 7 wherein said seat control mechanism includes a selector for adjusting the speed of said displacing said lumbar support.

14. The invention as defined in claim 7 wherein said seat control mechanism includes an extender for displacing said lumbar support in at least one additional direction.

15. The invention as defined in claim 7 wherein said seat control mechanism includes multiple adjustors for displacing said lumbar support in multiple directions.

*    *    *    *    *