SEP 0 8 2003

SEP 8 2003

PTO/SB/67 (05-03)
Approved for use through 5/31/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER TO INSPECT/COPY

| Docket Number (Optional) |
|---|

| In re Application of |
| *Ned Presley* |
| Application Number | Filed |
| *10/073,586* | *02-12-2002* |
| Art Unit | Examiner |
| *3711* | *William M. Pierce* |

Paper No. _____

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Please permit the following person(s) to inspect and make copies of the above identified application:

*Ned Presley*

RECEIVED
SEP 11 2003
TECHNOLOGY CENTER 3700

I am an: *Applicant*

(Applicant.)

Authorized official of the assignee of record. The assignment was recorded in the United States Patent and Trademark office at Reel _____, Frame _____, or for which a copy thereof is attached.

Attorney or agent of record Registration No. _____.

Attorney or agent Registration No. _____ named in the application papers filed under 37 CFR 1.53, 1.494, or 1.495 (37 CFR 1.63 or 1.497 oath or declaration not filed).

Signature

Date *9-3-03*

Typed or printed name
*Ned Presley*

Title (Officer of company or corporate assignee)

Name of Assignee, if any (e.g., company name)

Telephone Number
*407-331-9014.*

| FOR PTO USE ONLY |
|---|
| Approved by: _____ |
| (initials) |
| Unit: _____ |

This collection of information is required by 37 CFR 1.14. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Applicant  Ned Presley
Serial No   10/073,586
Filed       02/12/2002

Examiner William M. Pierce
Group Art Unit 3711

(OIPE stamp) SEP 0 8 2003 — JCRA PATENT & TRADEMARK OFFICE

## CERTIFICATE OF MAILING PURSUANT TO 37 C.F.R. SECTION 1.8

**RECEIVED**

I hereby certify that this correspondence as indicatted below:

SEP 11 2003

TECHNOLOGY CENTER R3700

Request for Extension

✓ Amendment and Response

✓ Notice of Appeal

✓ Other  Required Reply To The Substance of The Interview
            of June 20- 2003

is being deposited with the United States Postal Service as First-Class Mail in an envelop
addressed to Commissioner of Patents and Trademarks, Washington , D.C. 20231.on

9-3-03

Date of Deposit

Ned Presley Serial No 10/073,586 Filed 02-12-2002

Name of Applicant or registered representative

Signature

Direct Communications To:  Ned H Presley
                            52 Carriage Hill Cir
                            Casselberry FL. 32707
                            USA
                            Phone 407-331-9014



# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Ned Presley  
Serial No: 10/073,586  
Filed: 02/12/2002

Examiner: William M. Pierce  
Group Art Unit: 3711

Title:     Gambling Casino new/improved process for  
Gambler attraction and higher yields

Honorable Commissioner of Patents and Trademarks  
Washington, D.C. 20231

Sir:

REQUIRED REPLY TO SUBSTANCE OF THE INTERVIEW OF JUNE 20,

2003.

As to agreements reached in prior INTERVIEW:

A. //affidavits are completed and attached

B. 3 Recap Charts of the affidavits are attached

RECEIVED
SEP 11 2003
TECHNOLOGY CENTER R3700

C. 1 Chart Recaping Exhibits presented as to:

1. Evidence of Qualifications of applicant.

    a. Expert witness/testimony (professional gambler)

    b. Expert witness/testimony (casino Industry)

2. New comps "longfelt need"

3. New promotions "longfelt need"

4. "Casino image improvement programs" "long felt need"

5. Evidence, casino, eject, evict all outside vendors, (examiners ilv.com is

inoperable in casino area.)

   D. Corrected and completed "claims"

   E. Corrected and completed "Flow Chart"

The purpose of the interview of June 20, 2003 was to complete the interview of January 23, 2003 which was cut short due to "other business" interruption by the Examiner, the listing on the following page 2-A is the substance of the exhibits presented and displayed as evidence.

   F. THE REMAINING REQUIRED REPLYS TO THE INTERVIEW ARE CONTAINED WITH IN, AND THROUGHOUT THE FOLLOWING SECTION OF AMENDMENT AND RESPONSE AND THE ATTACHMENTS TO THIS REPLY.

2

US Patent No: 10/073,586

Listing of exhibits for US Patent Office Interior set for 01-23-03

* _52_____ Casino player membership cards.

* _9_____ Casino trade publications

* Brochure of Ned H Presley with disclosure release. (Expert Witness)

* State of Mississippi Laws and gaming Commission Regulations. (No Outside Vendors)

* Personal letter from Horse Shoe Casino (Practical Results)

* Las Vegas trade show program and seminar listings (Long Standing – Felt Need)
(Known Problem)

* 2 cassette teaching tapes "Protecting Items and Intellectual Property" In the Casino

Industry.

* 1 cassette teaching type "Evict, Trespass and 86, Dealing With the Unwanted."
(No Outside Vendors)

* "Gaming Business Directory" 1500 Casino, U.S.A
Has Not Been Obvious

* State of Florida Private Investigator License    Long Standi

* Biloxi' trade show program and Seminar Listing ( Felt Need.

Ned H. Presley

Page 2-A

0065

## (AMENDMENT AND RESPONSE)

With notice of "APPEAL FORM" and required check for fee.

Sir:

This Amendment and Response is submitted in response to the Examiner's Office Action Dated (6-10-2003). Please amend the above-identified application as follows:

### In the specifications and in the claims:

As I am an independent inventor and (high school graduate only), I do request and authorize the examiner to correct and/or amend the claims and specification with such appropriate wording and terms that are A) Normal and acceptable to the U.S. Patent office and B) that will convey, explain and clarify the nature and intention of invention No. 10/073,586 as stated in the 1) claims and specification submitted, 2) the remarks below listed, 3) the references listed and attached, 4) the attached charts, 5) the attached flow chart.

Note: This is the 3rd formal request for assistance and authorization for examiner to make corrections.

Note: See attached "The P.T.O. pulse January 1999"

Page 5, 1st sentence by Robert Garrett

"Helping our customers get patents that's our mission"

(copy attached)

3

Note:  See attached "U.S.P.T.O. Independent Inventors Resources " (Home Page)

Page1, 2nd paragraph, 1st sentence by James E. Rogan

"As it has since its founding in 1802, the U.S.P.T.O is <u>dedicated</u> <u>to</u> <u>assisting</u>

independent inventors in utilizing America's intellectual property system"

(copy attached)

4

## In The Claims:

Please delete claim #1. Please replace with corrected claim #1. Revised CLAIMS are submitted and enclosed; which now read:

## CLAIMS

WHAT I CLAIM AS MY INVENTION IS:

1. A new gambling casino process, which comprises; stress relief and/or relaxing types of upper-body massage-manipulation to casino gamblers, as they are gambling in all casino gambling areas, including tables, machines, sports book and keno areas.

WHAT I CLAIM IS:

2. A new gambling casino process according to claim 1: utilizing uniforms or costumes as designated by the casino.

WHAT I CLAIM IS:

3. A new gambling casino process according to claim 1; advertised and promoted by the casino.

Revised 8-9-2003

5

## DRAWINGS

The detailed "Flow Chart" is now corrected as instructed by the examiner.

Note the "new information", inferred benefit #A1 has been removed, all other results and benefits are recited in the original application submitted 02-12-2002

The "Flow Chart" has been named Fig #1 note the 1st 6 steps of A.B.C.D.E.F. are the same as the steps A.B.C.D.E.F. recited in the application page 2 and page 3 "DETAILED DESCRIPTION OF THE INVENTION"

A new page "Brief description of the drawings" is attached!

"Practical results" and "inferred benefits" corrected to "useful results."

Note applicant <u>does</u> <u>request</u> that the demand for a "Flow Chart" be withdrawn.

6

## Claim Rejections-35 USC:101
## Statutory Subject Matter

<u>Inventor States</u>:  Claims 1-3 are statutory subject matter as "a new process" is expressly stated and included as statutory by USC 101.

<u>Inventor States</u>:  That USC 101 and USC 100(b) also state "any new and useful improvement" of a known process or "<u>Improvement</u>" thereof to be statutory subject matter.

## (AS IN ANYTHING NEW UNDER THE SUN)

### -Practical Application-
### -Useful Concrete and Tangible Results-
### -Real World Value-

<u>Applicant</u>:   invention No. 10/073,586 lists and details real world value and useful concrete tangible results as follows; as a casino takes the concrete steps A.B.C.D.E.F. as per "DETAILED DESCRIPTION OF THE INVENTION" there is <u>birthed</u> or <u>invented</u> on a <u>day certain</u> at an <u>hour certain</u> a new process.

This new process and "<u>Improvement</u>" of massage art does manifest and deliver a new type of comp or perk or benefit to the casino active gamblers.

The new comp or perk is a <u>new type</u> and "<u>Improvement</u>" of massage art of upper body massage, (<u>not</u> <u>requiring</u> the gambler to cease his gambling actions and become passive, docile, and non-productive)

Upon this <u>hour certain</u> attendants will be <u>seen</u> deploying and <u>moving</u> in the casino <u>administering</u>, this new type of massage to gamblers as they remain active.

(Note <u>all</u> prior massage as <u>taught</u> or <u>administered</u> by practitioners, <u>require</u> the subject to <u>cease</u> action, and move to a table or special chain to receive treatment.

7

See Evidence of:

    1. Attached affidavit of Dr. Ed Warren B.S. M.A. D.C.)

    2. "ilv.com (special chair photo)"

    3. "ilv.com (table massage to your hotel room)"

The tangible results of this <u>new type massage</u> can be <u>felt</u> and <u>experienced</u> by the gamblers senses of touching, feeling, hearing, seeing and smelling, resulting stress relief, renewed energy and relaxation.

Thusly, 1) This invention births a new process or comp or <u>perk</u> or benefit to gamblers. 2) The deployment, use, exercise or administration of this <u>new process</u> or comp or perk upon and to the active gambler <u>will</u> <u>then;</u> from <u>the</u> <u>1st</u> <u>hour</u> <u>certain,</u> build, accumulate and develop additional useful tangible benefits to the casino and the gambler.

(Note see the attached affidavits of fact by serious gamblers and qualified casino personnel)

## USEFUL RESULTS

1. Gamblers staying active at the gambling stations/areas for longer uninterrupted sessions.
2. More gamblers attracted to a particular casino.
3. 1 and 2 producing higher yields for the casino.
4. Providing a new class of Casino employees largely cost free, being funded totally or largely by gamblers tips.
5. Reduce alcohol expense for the casino.
6. Reduce alcohol related liability exposure to lawsuits.
7. A new class of employment opportunities created in the local area.
8. The opportunity, occasion, and prestige to present and <u>advertise,</u> the first "basic nature" <u>new</u> benefit program for gamblers in many years by any casino!!

Additional "<u>Survey</u> <u>Evidence</u>" as stated voluntary on gambler/casino employ affidavits attached and recapped on charts <u>2</u> and <u>3</u>.

8

0071

Additional Results
"Stated on attached affidavits"
as
"Survey Evidence"

   A. "Long Overdue"

   B. "Complementary Services life blood of casino industry"

   C. Is certain other gamblers will "take advantage" of service

   D. "Increases comfort for the subject"

   E. "Less drunks on floor"

   F. "Less family fights because of alcohol"

   G. "Safer driving"

   H. "Casino longer play hours"

   I. "Players love attention"

   J. "Good casino draw"

Note: It is obvious that some benefits will be immediate from the 1st hour certain. ie: 1) Gambler stress relief. 2) Casino opportunity, occasion and prestige to present and advertise the first "Basic Nature" New Benefit Program for gamblers in many years by the casino. 3) Reduced alcohol expense for casino. 4) Reduced alcohol related liability exposure. 5) A new class of employment opportunities in the local area.

Other benefits, Altho starting to build from the 1st hour certain will require some time period to accumulate sufficient data to render results as "evidence" or "proof".

9

A. Note 101 <u>does</u> <u>not</u> <u>require</u> advance evidence of commercial success

B. Note the <u>examiner</u> has judged and stated this invention is "<u>USEFUL</u>". (2nd office action 6-10-2003, page 3 last paragraph) that "the effects, DESIRABILITY and luxury of a massage remains the same regardless of the location give," (2nd office action 6-10-2003, page 4, 2nd paragraph) that "Massage during any activity to relieve stress and as being DESIRABLE" and "in order to ENTICE PLAYERS and PROVIDE RELAXATION"

   (THUSLY THE EXAMINER DOES <u>STIPULATE</u> TO FOUR USEFUL

   BENEFITS OF THIS INVENTION)

   (1st office action 12-16-2002, page 3 last paragraph).

C. The <u>evidence</u> of all claimed and inferred benefits is

   1. Common knowledge, (to one skilled in the art) (casino industry)
   2. "Judicial note"—(Las Vegas spends one billion dollars per year for "comps".
   3. A wide variety of gambling and casino industry books, publications and seminars.
   4. "THE PREPONDERANCE OF THE EVIDENCE"
   5. "More likely than not"
   6. "Expert witness" and "Expert Survey Evidence" attached

D. 101 requires <u>only</u> <u>one</u> useful benefit to meet patent requirements.!

E. To take the position that none of the benefits recited in this application are likely to manifest would be <u>non-supportable</u> in view of the <u>affidavits</u> attached and the expert witness and expert testimony in this application by the applicant.

F. This patent application is submitted as a Process Patent Application for casinos, as allowed by 101. It is <u>not</u> a "business method" or a "computer related business method" application, AND NO SUCH REQUIRED NOTICE HAS BEEN

10

ISSUED BY THE COMMISSIONER.

Casinos/gambling halls and businesses are two very different art forms:

      1. Businesses offer goods and services for payment

      2.Casinos/gambling halls offer adventure, excitement, greed, lust,

      and deliver deception disappointment, and financial loss

G. Any patent office presently exercised procedures, requirements, or levels of proof required for business methods, should not be require of this application or the applicant.

H. The "Preponderance of the Evidence" Has not been retired or replaced as governing " Process" applications

I. To require advance documented "proof" of the useful benefits, or "commercial success" of this invention, would be "equilivant to requiring a "working model". (See applicants prior issued Patent # 3,388,573 no "proof of evidence" or working model of the "5 method claims" or "15 machine-claims" was ever requested or required. Today's casinos are very "Gun Shy" in Patent related issues and will not permit any "Experiments" on "Trials" of such in the casino!


The request and requirement for advance proof and evidence of the USEFUL BENEFITS of this INVENTION are Impossible to supply and are not require by 101. "THE PREDONDERANCE OF THE EVIDENCE SHOULD BE "CASE LAW" IN THIS PROCESS APPLICATION.


11

## Abstract Ideas

Inventor States: the 6 steps, DETAILED DESCRIPTION OF THE INVENTION,

A, B, C, D, E, F, provide for and bring to fruition the detailed NEW process, with

resulting real world values.

### (ABSTRACT IS OVERCOME BY 6 DETAILED STEPS)

12

### -35 USC: 112-

### -Subject Matter-

### -Transitional Phrase-

The required previously submitted amendments to the claims containing the requested transitional phrase were located within the file wrapper during the visit of 6-20-2003. As instructed by the examiner, A. Semicolen; is now added to transitional phrase "which comprises;" this action complents agreements with respect to the claims, per "interview summary of the examiner dated 20 June, 2003. Corrected claims attached.

The examiner previously offered a speculation; or opinion regarding "serious gamblers" not wanting to be distracted by a massage while gambling. The examiner provides no reference or personal training or experience or qualification that would qualify the statement to be valid. The applicant provides ample affidavits and personal expert witness, and expert testimony that the opposite is true.

Note as recited in the applicants sales brochure submitted and reviewed during the 6-20-2003-visit interview. (Copy attached "the applicant has interviewed many avid high end players dealers and PIT Bosses who are enthusiastic in support of this process" this brochure is covered by applicants affidavit of fact of all information and materials submitted with in this application), and is therefore "Evidence"

Note in 4 years of interviews with serious gamblers, only <u>one</u> stated he would decline the free massage offer while gambling.

13

## (NON ANALOGOUS ART)
### -New Answers-

A. The ilv.com cited reference clearly "teaches away" from this invention, in that it is preformed only on inactive <u>passive</u> subjects. This invention is preformed on <u>active</u> gamblers as they <u>continue</u> to gamble, therefore, this is a <u>new type</u> of massage not previously taught or preformed. Preformed in a previously closed/excluded location (gambling casino) <u>now rendered</u> possible by the six steps of this invention.

B. The prior, patent office <u>recognized</u> and <u>applied</u> <u>standard</u> of "analogous prior art", of "stepping back in time by <u>a person</u> of ordinary skill in the art", (in this case, a casino manager or a massage therapist and <u>NOT THE INVENTOR</u> to determine the obviousness of a link or combining the art forms. In this case would produce clearly a lack of possible logic or motivation to combine The Art Forms by persons of ordinary. Skill in the Art.

Ie: (No contacts, no links, <u>counter</u> <u>productive</u> to casino yields (passive massage) casino closed (off-limits) protected location). (Very distant art forms).

Note in Casino History of <u>over 100 years</u>, combining of art forms <u>did not occur!</u> With casino <u>floor</u> <u>active</u> <u>gambler</u> and massage of <u>any type</u>.

14

C. The examiner now proffers a far more inclusive and liberal range of reference possibilities, and logic scenarios, than the above mentioned patent office <u>classic</u> and <u>recognized</u> <u>standard</u>. As stated on page 4 of the 2nd office action"what is analogous prior art?" This later offered standard would effectively obsolete the term and case of non analogous art" However the new offered standard does contain the statements and requirements and qualification of

      1. "reasonably pertinent"

      2. "logically"

These two qualifications and requirement would exclude and prevent this invention and ilv.com as being considered and classified as analogous prior art.

15

## -35 USC: 103

### Reference ilv.com

New responses in reply to 2nd office action.

A.    One may not order a massage at "any location" "by a matter of choice at any place a person may happen to be". Casinos are private property and as such operate under "trespass" law. They employ elaborate surveillance and security systems to prevent and promptly eject any outside vendors of any type, "massage" included.

B.    The arguments and statements of fact pertaining to "vendors", "employee license", "special chairs" and "authority" are not moot. These issues are raised by ilv.com being introduced by the examiner into this patent application and alleged as analogous prior art.

Applicant's arguments and statements of fact are necessary to transverse and rebuke, the alleged ability of ilv.com to enter a casino and provide any type of service or massage or conduct any type of business on private property. The arguments and statement of fact as listed by numbers 1.2.3.4.5.6.14.15.16.17, in applicants prior amendment and response of Feb 14, 2003 remain as 10 statements of fact which traverse the only alleged prior art. If these 10 statements can not be answered and dispelled, then there remains NO effective Cited Prior Art to this Invention (see MPEP 707.07 copy attached) (office failed to rebut applicant's argument)

16

0079

## -35 USC: 103

### -Obvious to a person skilled in the art-

### -Notice of reference cited on PTO-892-

### (Prior Arguments Not Rebuted) ilv.com

Inventor States:

1) The reference cited <u>does</u> <u>not</u> deliver massage services or any services inside the gambling casino areas to gamblers as they continue to gamble.

2) The gambling areas inside a casino are closely secured, monitored, and patrolled as required by state Gaming laws and casino managers. No outside contractors or vendors are permitted at anytime.

3) All casino employees require a license by the state and regulatory authorities via or through their particular casino. Reference cited employees couldn't be so licensed.

4) The reference cited requires a Special Chair, which takes a person away from his/her activity and causes his/her face to be pressed or rested into a cushion, rendering the person <u>passive and non-functional</u>. This Special Chair could not be accommodated at casino gambling tables, gambling areas and stations or casino aisles and walkways.

5) The reference cited lacks the Authority, Ability or Power to implement the 6 steps as listed and necessary to birth this new casino process.

6) The subject matter considered "as a whole" cannot be implemented by the reference cited and is therefore not obvious and not possible.

17

**(NONANALOGOUS)**

**(Prior arguments not rebuted)**

**See MEPE 707.07(f) copy attached**

7. The references cited and gambling casinos are 2 very distant art forms/fields.

8. The reference cited does not contain or describe any contact or information exchange or links between reference and gambling casinos. (*footnote*)

9. The higher yields and increased gambler attraction, which is birthed by the new and novel process of US Patent 10/073,586 is a synergistic surprise as a result of combining 2 art forms, 1.) the casino and, 2.)a brief upper body massage (while gambling).

10. The casino industry, art form, does actively pursue and seek improved gambler attraction and longer gamble "play time". Programs and promotions are sought by attendance of many trade shows, seminars, schools and employing consultants, and marketing advisors. (**LONG STANDING, FELT NEED), (KNOWN PROBLEM)**

11. Casino management personnel almost never have the background and knowledge from the experience of the gamblers side of the table. Therefore contributing to their under estimation of the gamblers stress and fatigue levels! They have therefore not seen the enthusiastic value of US Patent No.10/073.586 to gamblers to continue and extend their gambling sessions uninterrupted.

18

0081

12. Prior to US patent No.10/073,586 the invention as a whole <u>would not</u> and <u>was not obvious</u> to the casino "person of ordinary skill in the art" at that time.

13. RE: Business Methods Patents-Formulating and communicating 103 rejections, page 31 of 33, 4th paragraph: states that a 103 rejection is improper when "there is nothing in either of references that would suggest that the motivation of combining the references is known outside of the applicants disclosure." (Copy Attached)

14. The critical, new, provision on Claim 1. "<u>as they are gambling</u>" expressly and positively establishes this New invention as significantly different from A. The reference cited and B. any "Old and Well-Known" methods of massage which rendered the subject or recipient of the massage non-functional and passive.

## CRITICAL NEW INVENTION

15. The Examiner stated on page 3-claim rejections –35-USC.103 ilv.com. shows massage "<u>during any activity</u>". Inventor States, the opposite is described by the reference which requires the subject to be seated in a special chair with face pressed into a cushion, <u>preventing any useful activity</u>.

16. The Examiner stated on page 3 claim rejections –35-USC 103 "it is old and well known to promote products and services by offering free to clients products that are desirable". Inventor objects as there is no reference cited to any old and well-known massage being performed <u>while the subject is active</u> and productive.

19

17. The Examiner Stated on page 3 Claim Rejection –35-USC 103 "Therefore it would have been obvious to have offered massages in a casino to players such as <u>those shown by ilv.com</u>"——Inventor objects as the reference <u>shows</u> nor describes any massage administered to an active or productive subject.

18. A conclusion of obviousness is not reasonably established to combine the reference cited and this invention.

The invention at hand details a new process with improved, novel properties, and benefits, which invent higher casino yields and many other useful benefits as listed here in and in The Patent Application.

This process and results it is not expected and not taught and not suggested by the references cited.

<u>**(NEW UNDER THE SUN)**</u>

20

a.   *Footnote: In all cases in US. Patent 10/073,586 the term "Gambling Casino" denotes the areas controlled, secured and patrolled for <u>active Gambling</u>, table games, slot machines, sports books, keno, etc. and not the hotel and other areas of any complex or site.

b.   *Footnote: In all cases the term "affidavit" is to be defined as "a written or printed declaration of facts" as per Blacks Law Dictionary page 80, copy attached

c.   *Footnote: In all cases the term "Comp" is to be defined as goods or services provided to gamblers at no charge by gambling casinos.


Reconsideration of the application is respectfully requested.


Respectfully Submitted,


Ned Harris Presley A.H.S.G.
King James Bible—Proverbs 8:12 "I wisdom dwell with Prudence, and find out knowledge of witty Inventions."

Date:  9-3-07

Direct Communications To:                    Ned Presley
                                             52 Carriage Hill Cir.
                                             Casselberry, FL 32707
                                             U.S.A.
                                             Phone: (407) 331-9014


Attachments: (Listing attached)


21

ATTACHMENTS

11 Affidavits

Page 31 of 33 Bus. Meth. Pat.

Formulating and communicating 103

Rejections " The Rejection is Improper"

4 charts

2 Page Flow Chart

1 claims

1 Amendments to the claims listing

1 Brief Description of drawings

Page 80 Blacks Law Dictionary

Page 1 MPEP 707.07 (f) (office failed to rebut applicants argument)

Brochure of Ned Presley

Home Page, Independent Inventors
        Resources by James E. Rogan

PTO pulse Page 5, Jan 1999 by Robert Garrett.



# CHIROPRACTOR

**Dr. C. Ed Warren, B.S., M.A., D.C.**
489 Walnut Street
Waynesville, NC 28786
828 / 452-5667

AUGUST 14 2003

To: Honorable Commissioner of Patents and Trademarks

I have reviewed Mr. Presley's innovation for stress
reduction performed in a casino environment, I believe he has
developed a unique approach. His proposal to introduce
these techniques certainly is distinctive to other
approaches. No therapy to my knowledge is executed while
the subject is engaged in the " stressor" situation.
That is all therapies for stress reduction are conducted
after the fact.

Thank You,

*Dr. (? Ed Warren D.C.*

Dr. C Ed Warren B.S.,M.A.,D.C.

B.S. Psychology
M.A. Clinical Counseling
D.C. Doctor of Chiropractic

North Carolina

____Haywood____ County

I, ____Carla Lovelace____ , a Notary Public for said County and State, do hereby
certify that ____Dr. C Ed Warren____ personally appeared before me this day
and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal this the ____15th____ day of ____August____ , 2003.

*Carla Lovelace*
Notary Public

, My commission expires: November 27, 2008

**AFFIDAVIT**



**Phillip Argol**
*Casino Host*
1477 Casino Strip Resorts Blvd.
P.O. Box 220
Robinsonville, MS 38664
Phone: 1-800-456-0711 Ext. 45038
Page: 133
Fax: 1-662-363-0896
E-mail: phillipargol@boydgaming.com

**SAM'S TOWN**
BOYDGAMING
*Just South of Memphis* TUNICA
www.samstowntunica.com

To: The Honorable Commissioner of Patents
Washington D.C.

RE: Patent Application #10/073,586

I _Phillip Argol_ do now swear and affirm: I possess "expert witness" knowledge and ability in casino gambling areas of: environment, mystique, perks, comps, promotions, advertising, public relations, player development, player attraction, player retention, casino security operation, state gaming board, casino internal accounting procedures, casino practice and procedures in the operation and procedures in the operation and conduct of: table games, slot machines, keno, sports book and _Ex. Host & dealer Blackjack & Poker_

I acquired this knowledge and experience as a result of formal schooling, on the job training, apprentice training, jobs, positions, and or _Dealer school_

_____ for _8_ years. I have received an explanation and demonstration of the Invention of U.S. Patent Application #10/075,586. I testify that the use and deployment and implementation of this invention for active gamblers in the secured area of the gambling casino will result in tangible, positive benefits to the casino and gambler of: _Casino Longer play hours, players love attention, players less drunks, good casino draw_

Date: _6-11-03_

Signature: _Phillip Argol_

Notary Public: _Melissa Allgood_

Name: _Phillip Argol_

Address: _8806 Sweet Flag Loop_
_Southaven Ms. 38671_
_662-393-3891_

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Mar 13, 2005
BONDED THRU NOTARY PUBLIC UNDERWRITERS

0087

# AFFIDAVIT

To:    The Honorable Commissioner of Patents
       Washington D.C.

RE:    Patent Application #10/073,586

        I ___JOHN K. DAUGHTREY___ do now swear and affirm:

I am a serious patron and student of casino gambling. During the last 10 years I have

logged approximately 15,000 hours at casino table games and other casino gaming areas.

My average gambling session is approximately __6__ hours. I have frequented and

played at approximately __21__ different casinos in __6__ states. I have had the invention

detailed in Patent application #10/073,586 explained and demonstrated to me. All other

things being equal; I definitely would / would not choose a casino offering this Perk,

Comp or Service over one that does not. When receiving this Perk, Comp or Service I

would most likely / most likely not extend or increase the length of time of my average

gambling session.

        My other comments on this new Perk, Comp or Service

are _That the idea is very innovative and_
_attractive. I would definitely take advantage_
_of such a service and feel certain that most_
_other patrons that I know would do so also._

Dated: _6/7/03_                    Signature: _John K. Daughtrey_

Notary Public:                     Name: _JOHN K. DAUGHTREY_

_[signature]_                      Address: _405 BARBOUR RD._
                                   _MORBAGAD CITY, N.C._

# AFFIDAVIT

To:    The Honorable Commissioner of Patents
       Washington D.C.

RE:    Patent Application #10/073,586

       I _JOSEPH E. McCRAY_ do now swear and affirm:

I am a serious patron and student of casino gambling. During the last 10 years I have

logged approximately _102_ hours at casino table games and other casino gaming areas.

My average gambling session is approximately _8_ hours. I have frequented and

played at approximately _2_ different casinos in _1_ states. I have had the invention

detailed in Patent application #10/073,586 explained and demonstrated to me. All other

things being equal; I definitely (would) would not choose a casino offering this Perk,

Comp or Service over one that does not. When receiving this Perk, Comp or Service I

would (most likely) most likely not extend or increase the length of time of my average

gambling session.

       My other comments on this new Perk, Comp or Service

are_____

_____

_____

Dated: _7-28-03_

Notary Public

Signature: _Joseph R. McCray_

Name: _JOSEPH E. McCRAY_

Address: _1168 Hollow Pine_
_Oviedo, Fla 32765_

0089

# AFFIDAVIT

To: The Honorable Commissioner of Patents
Washington D.C.

RE: Patent Application #10/073,586

    I _Ned H. Presley_ do now swear and affirm: I possess "expert witness"

knowledge and ability in casino gambling areas of: ~~environment~~ ~~mystique~~ ~~perks,~~

~~comps,~~ ~~promotions,~~ ~~advertising,~~ public relations, ~~player development~~ ~~player attraction,~~

~~player retention,~~ ~~casino security operation,~~ ~~state gaming board,~~ ~~casino internal accounting~~

~~procedures,~~ casino practice and procedures in the operation and procedures in the

operation and conduct of: ~~table games~~ ~~slot machines,~~ ~~keno,~~ sports book and

_Intellectual Property rights in The Casino Industry_

I acquired this knowledge and experience as a result of formal schooling, on the job _of "Table Time"_
training, apprentice training, jobs, positions, and on _• Hundreds of hours of "Table Time"_
_• Study of banks and Trade Publications,_ _• Study of Gaming Commission Regs,_
_• Attendance of Trade Shows_ for _7_ years. I have received an explanation and
_and Seminars_
demonstration of the Invention of U.S. Patent Application #10/075,586. I testify that the

use and deployment and implementation of this invention for active gamblers in the

secured area of the gambling casino will result in tangible, positive benefits to the casino

and gambler of: _• "New" Comp for Casino Advertising;_ _• less Alcohol_
_Consumption & expense,_ _• increased Gambler Attraction and longer_
_Gambling sessions,_ _• reduced exposure to Alcohol related Law_
_Suits_

Date: _June 13, 2003_      Signature: _(signature)_

Notary Public: My Commission Expires March 12, 2004   Name: _Ned H Presley_

_Peggy A. Fisher_      Address: _52 Carriage Hill Cir._

_Casselberry FL. 32707_
_407-331-9014_