# AFFIDAVIT

To: The Honorable Commissioner of Patents
Washington D.C.

RE: Patent Application #10/073,586

I _Ned H Presley_ do now swear and affirm:

I am a serious patron and student of casino gambling. During the last 10 years I have

logged approximately _1,500_ hours at casino table games and other casino gaming areas.

My average gambling session is approximately _4_ hours. I have frequented and

played at approximately _50_ different casinos in _4_ states. I have had the invention

detailed in Patent application #10/073,586 explained and demonstrated to me. All other

things being equal; I definitely ~~would~~ ~~would not~~ choose a casino offering this Perk,

Comp or Service over one that does not. When receiving this Perk, Comp or Service I

would ~~most likely~~ ~~most likely not~~ extend or increase the length of time of my average

gambling session.

My other comments on this new Perk, Comp or Service

are _It Will attract Gamblers Too particular Casino,_
_It will extend Gambling Sessions, It Will Reduce Alcohol_
_expense and alcohol related exposure To lawsuits,_
_The Prestige Acclaim of Advertising a NEW COMP_
_by the Casino._

Dated: _June 13, 2003_          Signature: _____

D.P.L. ms
Notary Public My Commission Expires March 12, 2004    Name: _Ned H Presley_

_Peggy A. Fisher_                  Address: _52 Carriage Hill Cir_
                                   _Casselberry FL 32_⸍
                                   _407-331-9014_

# AFFIDAVIT

To:   The Honorable Commissioner of Patents
Washington D.C.

RE:   Patent Application #10/073,586

I _S. Nicholas Kapp_ do now swear and affirm:

I am a serious patron and student of casino gambling. During the last 10 years I have

logged approximately _2500_ hours at casino table games and other casino gaming areas.

My average gambling session is approximately _8_ hours. I have frequented and

played at approximately _13_ different casinos in _2_ states. I have had the invention

detailed in Patent application #10/073,586 explained and demonstrated to me. All other

things being equal; I definitely (would) ~~would not~~ choose a casino offering this Perk,

Comp or Service over one that does not. When receiving this Perk, Comp or Service I

would (most likely) ~~most likely not~~ extend or increase the length of time of my average

gambling session.

My other comments on this new Perk, Comp or Service

are _LONG OVERDUE!_

_____

_____

Dated: _6·24·03_                    Signature: _Nicholas Kapp_

Notary Public:                        Name: _S. Nicholas Kapp_

_Kristina M Andersen_               Address: _103 Pine Haven Dr_

**KRISTINA M. ANDERSEN**
**Notary Public-State of FL**        _Mary Esther, FL 32569_
Comm. Exp: March 31, 2007            _400-794-48-420-0_
Comm. No: DD 175422          0092

# AFFIDAVIT

To: The Honorable Commissioner of Patents
   Washington D.C.

RE: Patent Application #10/073,586

    I _S. NICHOLAS KAPP_ do now swear and affirm: I possess "expert witness"

knowledge and ability in casino gambling areas of: environment, mystique, perks,

comps, promotions, advertising, public relations, player development, player attraction,

player retention, casino security operation, state gaming board, casino internal accounting

procedures, casino practice and procedures in the operation and procedures in the

operation and conduct of: table games, slot machines, keno, sports book and

    _POKER_

I acquired this knowledge and experience as a result of formal schooling, on the job

training, apprentice training, jobs, positions, and or _READING_ & _

GAMBLING_ for _35_ years. I have received an explanation and

demonstration of the Invention of U.S. Patent Application #10/075,586. I testify that the

use and deployment and implementation of this invention for active gamblers in the

secured area of the gambling casino will result in tangible, positive benefits to the casino

and gambler of: _COMFORT & INCREASED PLAYING TIME._

Date: _6·24·03_

Notary Public:

_Kristina M. Andersen_

**KRISTINA M. ANDERSEN**
Notary Public-State of FL
mm. Exp: March 31, 2007
Comm. No: DD 175422

0093

Signature: _S. Nicholas Kapp_

Name: _S. NICHOLAS KAPP_

Address: _103 PINE HAVEN DR._

_MARY ESTHER, FL 32569_

_K100-794-48420-0_

# AFFIDAVIT

To: The Honorable Commissioner of Patents
Washington D.C.

RE: Patent Application #10/073,586

I *CLARK ALTIG* do now swear and affirm: I possess "expert witness"

knowledge and ability in casino gambling areas of: environment, mystique, perks,

comps, promotions, advertising, public relations, player development, player attraction,

player retention, casino security operation, state gaming board, casino internal accounting

procedures, casino practice and procedures in the operation and procedures in the

operation and conduct of: table games, slot machines, keno, sports book and

---

I acquired this knowledge and experience as a result of formal schooling, on the job

training, apprentice training, jobs, positions, and or *ISLE of CAPRI — HORSESHOE —*

*GOLD STRIKE CASINOS* for *5½* years. I have received an explanation and

*SECURITY GUARD*

demonstration of the Invention of U.S. Patent Application #10/075,586. I testify that the

use and deployment and implementation of this invention for active gamblers in the

secured area of the gambling casino will result in tangible, positive benefits to the casino

and gambler of: *LESS DRUNKS on FLOOR + LESS FAMILY*

*FIGHTS BECAUSE of ALCOHAL — SAFER DRIVING*

Date: *June 13, 2003*
Notary Public: *Peggy A. Foster*
My Commission Expires March 12, 2004

Signature: *Clark Altig*
Name: *CLARK ALTIF*
Address: *7480 HWY 161 N APT 4B*
*WALLS, M S. 38680*

# AFFIDAVIT

To: The Honorable Commissioner of Patents
Washington D.C.

RE: Patent Application #10/073,586

I *Ed Warren* do now swear and affirm: I possess "expert witness" knowledge and ability in casino gambling areas of: environment, mystique, perks, comps, promotions, advertising, public relations, player development, player attraction, player retention, casino security operation, state gaming board, casino internal accounting procedures, casino practice and procedures in the operation and procedures in the operation and conduct of: table games, slot machines, keno, sports book and

*Cheiropractic / Psychology / Bio Medionics*

I acquired this knowledge and experience as a result of formal schooling, on the job training, apprentice training, jobs, positions, and or *B.S. Psychology  MA Clinical Counseling  D.C. Chiropractic*  *18 years Psychology  14 years + Chiropractor* for _____ years. I have received an explanation and demonstration of the Invention of U.S. Patent Application #10/075,586. I testify that the use and deployment and implementation of this invention for active gamblers in the secured area of the gambling casino will result in tangible, positive benefits to the casino and gambler of: _____

_____

Date: *07/29/03*

Notary Public:

*EXP 27 July 2005*

Signature: *D. C. Edwaren DC*

Name: *489 Walnut St.*

Address: *Waynesville, N.C. 28786*
*828-452-5667*

# AFFIDAVIT

To:     The Honorable Commissioner of Patents
        Washington D.C.

RE:     Patent Application #10/073,586

I _William Z. Williams_ do now swear and affirm:

I am a serious patron and student of casino gambling. During the last 10 years I have

logged approximately _1500_ hours at casino table games and other casino gaming areas.

My average gambling session is approximately _2_ hours. I have frequented and

played at approximately _10_ different casinos in _3_ states. I have had the invention

detailed in Patent application #10/073,586 explained and demonstrated to me. All other

things being equal; I definitely ~~would~~ – would not choose a casino offering this Perk,

Comp or Service over one that does not. When receiving this Perk, Comp or Service I

would ~~most likely~~ most likely not extend or increase the length of time of my average

gambling session.

My other comments on this new Perk, Comp or Service

are _I play Baccarat exclusively – In my opinion complementary_
_services are the life blood of the Gaming industry –_
_I feel that Mr. Crosley's approach is most unique in_
_that it offers an advantage to both the Casino and its best clientele_

Dated: _August 1st 2003_          Signature: _W. Earl William Williams_

Notary Public:                     Name: _W. Earl Williams_

_sworn to & Subscribed_            Address: _133 Hopkins Blvd. Suite D_
_before me this the_                        _Biloxi, Mississippi 39530_
_1st day of Aug. 2003._
          _Notary Public_          0096

Case 1:06-cv-00104-RJL    Document 18-7    Filed 10/06/2006    Page 8 of 30

inventory management purposes. The smart card is periodically read by a scanner to determine its contents for market analysis. In return for using the smart card and participating in the marketing program, the user is provided with free product coupons for new and alternative products that are of the same type as the products normally purchased by the shopper.

Reference B discloses a traditional consumer incentive program that provides coupons for the purchase of named products.

### c. Poor statement of the rejection

Claim 1 is rejected under 35 U.S.C. 103 as being unpatentable over Reference A in view of Reference B. Reference A discloses the conventional use of a smart card to track consumer preferences and determine what new products might be of interest to the consumer. However, Reference A does not disclose the automatic notification to consumer providing incentives based on reaching a quantity threshold. Reference B discloses providing incentives, such as coupons, to consumers to purchase the desired products. It would have been obvious to combine Reference A's smart card with Reference B's incentive to consumers because the combination would allow Reference A's smart card to increase sales of the desired product. Further, coupons and price reductions are well known equivalents in the art.

### d. Analysis

The motivation is not sound because <u>there is nothing in either of references</u> that would suggest that the motivation for combining the references is known outside of applicant's disclosure. Additionally, there is nothing in the references that would suggest incorporating the claimed notifying step at the POS terminal with the smart card. Furthermore, the claimed threshold data is significant because it provides a patentable distinction and is not merely data being stored. The data plays a vital role in the distinguishing features of the invention. Also, the statement of equivalents in the art is not well taken as the examiner has not presented any evidence on this position and it does not appear to be well known; coupons are normally supported by the product manufacturer and the price reduction appears to be supported by the store where the consumer is shopping. **The rejection is improper.**

---

### Footnotes

1. 383 U.S. 1, 148 USPQ 459 (1966).
2. In re McLaughlin, 443 F.2d 1392, 1395, 170 USPQ 209, 212 (CCPA 1971).
3. Stratoflex, Inc. v. Aeroquip Corp., 713 F.2d 1530, 1537, 218 USPQ 871, 877 (Fed. Cir. 1983).
4. Environmental Designs, Ltd. V. Union Oil Co., 713 F.2d 693, 696, 218 USPQ 865, 868 (Fed. Cir. 1983).
5. In re Morris, 17 F.3d 1048, 44 USPQ2d 1023 (Fed. Cir. 1997).
6. See In re Oetiker, 977 F.2d 1443, 1446, 24 USPQ2d 1443, 1445 (Fed. Cir. 1992); Medtronic, Inc. v. Cardiac Pacemakers, 721 F.2d 1563, 220 USPQ 97 (Fed. Cir. 1983) (Patent claims were drawn to a cardiac pacemaker which comprised, among other components, a runaway inhibitor means for preventing a pacemaker malfunction from causing pulses to be applied at too high a frequency rate. Two references disclosed circuits used in high power, high frequency devices which inhibited the runaway of pulses from a pulse source. The court held that one of ordinary skill in the pacemaker designer art faced with a rate-limiting problem would look to the solutions of others faced with rate limiting problems, and therefore the references were in an analogous art.).
7. See In re Wyer, 655 F.2d 221, 227, 210 USPQ 790, 795 (CCPA 1981) ("Accordingly, whether information is printed, handwritten, or on microfilm or a magnetic disc or tape, etc., the one who wishes to characterize the information, in whatever form it may be, as a 'printed publication'...should produce sufficient proof of its dissemination or that it has otherwise been available and accessible to persons concerned with the art to which the document relates and ... to avail themselves of its contents.").

0098

## Exhibits Presented at Interview June 20, 2003.

### CHART 1

| | Qualifications | Evidence | Evidence | Evidence |
|---|---|---|---|---|
| | Ned Presley Expert Witness Expert witness Testimony,Gambler, and Casino industry | (Long felt need) (casino new comps) (new promotions) | (Long felt need) (casino image) ie:Responsible Drinking | Surveillance; Eject and Evict outside vendors ie: massage purveyors |
| Affidavit Ned Presley | X | | | |
| 52 Casino-Player Membership cards | X | | | |
| Brochure of Ned Presley With disclosure release | X | X | | |
| Florida Private Investigator License-Ned Presley | X | | | X |
| 9 Casino Trade Publications | X | X | X | X |
| State of Mississippi Laws And gaming commission reg. | X | | | X |
| Personal letter from Horse Shoe casino | | X | | |
| Gaming Business Directory 1,500 casino in USA | | X | | |
| Trade Show teaching tape Eject-Evict-86 The Unwanted | | | | X |
| 2 trade show teaching tapes protecting intellectual casino property | | X | X | |
| Casino, Las Vegas and Biloxi Trade show "Break Out conferences And teaching sessions of" 1 and 2 Hours by leading experts and authors | | 9 sessions | 5 sessions | 7 sessions |
| Exhibits by Categories | 6 | 14 | 7 | 11 |
| Total of Evidence and Exhibits | | | 38 | |

## CHART 2 AFFIDAVITS AS DISCUSSED AT INTERVIEW JUNE 20, 2003
### Professional/Serious Gamblers Affidavits

| Name | Gambling Hours 10 yrs | #casino | #states | would patronize Casino offering Interuvion over Non offering | would likely play longer | comments endorsements |
|---|---|---|---|---|---|---|
| John Danguirey | 15,000 | 21 | 6 | yes | yes | is certain other gamblers will "take advantage" of service |
| Nicholas Knapp | 2,500 | 13 | 2 | yes | yes | "long overdue" |
| William Williams | 1,500 | 10 | 3 | yes | yes | complementary services "life blood" of casino industry |
| Ned Presley | 1,500 | 50 | 4 | yes | yes | "Advantages to casino and gamblers" "attract gamblers" "extend gambling sessions" "reduce alcohol expense casino" "prestige, of advertising a new comp" |
| Joseph McCray | 102 | 2 | 1 | yes | yes | None |
| Totals | 20,602 | 96 | 16 | 5 of 5 | 5 of 5 | |

## Chart 3 Affidavits-As Discussed at Interview June 20, 2003
## Gambling-Affidavits-Casino Operations and Survey Evidence
### Expert Witness

| Name | Expert Witness | Qualifications | Testimony |
|---|---|---|---|
| Phillip Argot | All areas of casino Operations, exclude Internal accounting | 8 years-executive casino host dealer blackjack Dealer poker | "players love attention" "longer play hours" "less drunks" "good casino draw" |
| Clark Altig | casino security Conduct of table Games guard, | 5 ½ years as casino security 3 casinos | "less drunks on floor" "less family fights"/alcohol related "safer driving"/alcohol related |
| Nicholas Kapp | Poker | 35 years playing | "increased playing time" "COMFORT" |
| Ned Presley | 13 areas of casino Operations | 7 years study "hundreds of hours table time" study of state gaming regulations attendance trade shows and seminars | "new comp for casino advertising" "increased gambler attraction" "longer gambler play hours" "less alcohol expense" "reduced liability to alcohol relater law suits" |

**Chart 4 Affidavits as discussed at interview June 20, 2003**
**Medical-Massage Affidavit**
**Expert Witness**

| Name | Expert Witness | Qualifications | Testimony/Evidence |
|---|---|---|---|
| Dr. C. Ed Warren | Therapy, massage<br>Chiropractor<br>Psychiatry | 3 degrees<br>court certified<br>Expert witness<br>Private practice | "New Therapy"!<br>"No prior massage has<br>been taught or executed<br>while the subject is still<br>engaged in the "stressor"<br>"situation" |

### FIG 1
## GAMBLING CASINO NEW/IMPROVED PROCESS FOR GAMBLER ATTRACTION AND HIGHER YIELDS

### FLOWCHART

**A.**

Casino securement of any required regulatory permits and licensees by state gaming commissions or other regulatory agencies.

**B.**

Casino's provide, select attendants or practitioners and provide training. Casino secure attendants any necessary licenses for attendants or vendors to perform upper body manipulation or massage to gamblers while gambling.

**C.**

Casino deploys and supervises massage-manipulation attendants to casino gambling areas to provide said services at intervals to gamblers while gambling.

**D.**

Casino design compensation program for massage manipulation attendant, emphasizing gambler tips.

**E.**

Casino select, design and designate, identifying costumes or uniforms for massage or manipulation attendants.

**F.**

Casino design and implement advertising, describing and promoting new stress relief and relaxing types of massage, manipulation while gambling in the casino.

## FLOW CHART (CONTINUED PAGE 2)

### USEFUL RESULTS

**1.**

Gamblers staying active at the gambling stations/areas for longer uninterrupted sessions.

**2.**

More gamblers attracted to a particular casino.

**3.**

1 and 2 producing higher yields for the casino.

**4.**

Providing a new class of Casino employees largely cost free, being funded totally or largely by gambler tips.

**5.**

Reduce alcohol expense for the casino.

**6.**

Reduce alcohol related liability exposure to lawsuits.

**7.**

A new class of employment opportunities created in the local area.

**8.**

THE OPPORTUNITY, OCCASION, AND PRESTIGE TO PRESENT AND ADVERTISE THE FIRST "BASIC NATURE" NEW BENEFIT PROGRAM FOR GAMBLERS IN MANY YEARS BY ANY CASINO!!

# CLAIMS

WHAT I CLAIM AS MY INVENTION IS:

1.   A new gambling casino process, which comprises; stress relief and/or relaxing types of upper-body massage-manipulation to casino gamblers, as they are gambling in all casino gambling areas, including tables, machines, sports book and keno areas.

WHAT I CLAIM IS:

2.   A new gambling casino process according to claim 1: utilizing uniforms or costumes as designated by the casino.

WHAT I CLAIM IS:

3.   A new gambling casino processes according to claim 1; advertised and promoted by the casino.


Revised 8-9-2003

## Amendments to the Claims

### Claims

1. (Currently amended) comprises:

2. (previously amended)

3. (original)

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG #1 is a flow chart of the same steps recited in "Detailed Description Of the Invention" A, B, C, D, E, F, with the resulting useful results 1, 2, 3, 4, 5, 6, 7, 8, as recited in the original application

# AFFIDATIO — AFFILIATION

**AFFIDATIO.** A swearing of the oath of fidelity or of fealty to one's lord, under whose protection the quasi-vassal has voluntarily come. Brown.

**AFFIDATIO DOMINORUM.** An oath taken by the lords in parliament.

**AFFIDATUS.** One who is not a vassal, but who for the sake of protection has connected himself with one more powerful. Spelman; 2 Bl.Comm. 46.

**AFFIDAVIT.** A written or printed declaration or statement of facts, made voluntarily, and confirmed by the oath or affirmation of the party making it, taken before an officer having authority to administer such oath. Cox v. Stern, 170 Ill. 442, 48 N.E. 906, 62 Am.St.Rep. 385; Hays v. Loomis, 84 Ill. 18. A statement or declaration reduced to writing, and sworn to or affirmed before some officer who has authority to administer an oath or affirmation. Shelton v. Berry, 19 Tex. 154, 70 Am.Dec. 326, and In re Breidt, 84 N.J.Eq. 222, 94 A. 214, 216.

A written or printed declaration or statement of facts, made voluntarily, and confirmed by the oath or affirmation of the party making it, taken before an officer having authority to administer such oath. June v. School Dist. No. 11, Southfield Tp., 283 Mich. 533, 278 N.W. 676, 677, 118 A.L.R. 521. Any voluntary ex parte statement reduced to writing and sworn to or affirmed before some person legally authorized to administer oath or affirmation, made without notice to adverse party and without opportunity to cross-examine. Kirk v. Hartlieb, 193 Ark. 37, 97 S.W.2d 434, 435, 436. The word sometimes includes "depositions." U. S. v. Kaplan, D.C.Ga., 286 F. 963, 970.

"Affidavits" are of two kinds; those which serve as evidence to advise the court in the decision of some preliminary issue or determination of some substantial right, and those which merely serve to invoke the judicial power. Worthen v. State, 189 Ala. 395, 66 So. 686, 688.

**AFFIDAVIT OF DEFENSE.** An affidavit stating that the defendant has a good defense to the plaintiff's action on the merits. The statements required in such an affidavit vary considerably in the different states where they are required. Called also an affidavit of merits (q. v.), as in Massachusetts.

**AFFIDAVIT OF DEMAND.** "Affidavit of demand" filed under Code section to obtain judgment for want of affidavit of defense held not equivalent of "declaration." Penn Central Light & Power Co. v. Central Eastern Power Co., 6 W. W.Harr. 74, 171 A. 332.

**AFFIDAVIT OF MERITS.** One setting forth that the defendant has a meritorious defense (substantial and not technical) and stating the facts constituting the same. Palmer v. Rogers, 70 Iowa 381, 30 N.W. 645. Represents that, on the substantial facts of the case, justice is with the affiant. Wendel v. Wendel, 58 S.D. 438, 236 N.W. 468, 469.

**AFFIDAVIT OF SERVICE.** An affidavit intended to certify the service of a writ, notice, or other document.

**AFFIDAVIT TO HOLD TO BAIL.** An affidavit required in many cases before the defendant in a civil action may be arrested. Such an affidavit must contain a statement, clearly and certainly expressed, by some one acquainted with the fact, of an indebtedness from the defendant to the plaintiff, and must show a distinct cause of action; 1 Chit.Pl. 165.

**AFFILARE.** L. Lat. To put on record; to file or affile. *Affiletur*, let it be filed. 3 Coke, 160. *De recordo affilatum*, affiled of record. 2 Ld. Raym. 1476.

**AFFILE.** A term employed in old practice, signifying to put on file. 2 Maule & S. 202. In modern usage it is contracted to *file*.

**AFFILIATE.** Signifies a condition of being united, being in close connection, allied, or attached as a member or branch. Johanson v. Riverside County Select Groves, 4 Cal.App.2d 114, 40 P.2d 530, 534.

"Affiliate with" is defined as to receive on friendly terms; to associate with; to be intimate with; to sympathize with; to consort with; and to connect or associate one's self with. Wolck v. Weedin, C.C.A.Wash., 58 F.2d 928, 930. But "affiliated" does not bear construction that one of affiliated organizations is in all particulars identical with or covered by parent organization with which it may be said to be affiliated. People v. Horiuchi, 114 Cal.App. 415, 300 P. 457, 460.

**AFFILIATION.** Imports less than membership in an organization, but more than sympathy, and a working alliance to bring to fruition the proscribed program of a proscribed organization, as distinguished from mere co-operation with a proscribed organization in lawful activities, is essential. Bridges v. Wixon, Cal., 326 U.S. 135, 65 S.Ct. 1443, 1447, 89 L.Ed. 2103.

It includes an element of dependability upon which the organization can rely while, though not equivalent to membership duty, rests upon course of conduct that could not be abruptly ended without giving at least reasonable cause for charge of breach of good faith. U. S. ex rel. Kettunen v. Reimer, C.C.A.N.Y., 79 F.2d 315, 317.

The act of imputing or determining the paternity of a bastard child, and the obligation to maintain it.

### Corporations

Actual control of corporations by same interests is insufficient; legally enforceable control of stock of corporations by same interests being required. Island Petroleum Co. v. Commissioner of Internal Revenue, C.C.A. 57 F.2d 992, 994. Commences with acquisition of corporation from owners outside of group and ends with disposal of all properties or stock to those outside group. Hernandez v. Charles Ilfeld Co., C.C.A.N.M., 66 F.2d 236, 238.

### Ecclesiastical Law

A condition which prevented the superior from removing the person affiliated to another convent. Guyot, Répert.

### French Law

A species of adoption which exists by custom in some parts of France. The person affiliated succeeded equally with other heirs to the property acquired by the deceased to whom he had been affiliated, but not to that which he inherited.

80

Case 1:06-cv-00104-RJL   Document 18-7   Filed 10/06/2006   Page 25 of 30



**UNITED STATES PATENT AND TRADEMARK OFFICE**

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

### "Manual of Patent Examining Procedure"

Go to MPEP - Table of Contents

browse before

# 707.07(f) Answer All Material Traversed - 700 Examination of Applications

### 707.07(f) Answer All Material Traversed

Where the requirements are traversed, or suspension thereof requested, the examiner should make proper reference thereto in his or her action on the amendment.

Where the applicant traverses any rejection, the examiner should, if he or she repeats the rejection, take note of the applicant's argument and answer the substance of it.

If a rejection of record is to be applied to a new or amended claim, specific identification of that ground of rejection, as by citation of the paragraph in the former Office letter in which the rejection was originally stated, should be given.

## ANSWERING ASSERTED ADVANTAGES

After an Office action, the reply (in addition to making amendments, etc.) may frequently include arguments and affidavits to the effect that the prior art cited by the examiner does not teach how to obtain or does not inherently yield one or more advantages (new or improved results, functions or effects), which advantages are urged to warrant issue of a patent on the allegedly novel subject matter claimed.

If it is the examiner's considered opinion that the asserted advantages are not sufficient to overcome the rejection(s) of record, he or she should state the reasons for his or her position in the record, preferably in the action following the assertion or argument relative to such advantages. By so doing the applicant will know that the asserted advantages have actually been considered by the examiner and, if appeal is taken, the Board of Patent Appeals and Interferences will also be advised. See MPEP § 716 *et seq.* for the treatment of affidavits and declarations under 37 CFR 1.132.

The importance of answering applicant's arguments is illustrated by *In re Herrmann*, 261 F.2d 598, 120 USPQ 182 (CCPA 1958) where the applicant urged that the subject matter claimed produced new and useful results. The court noted that since applicant's statement of advantages was not questioned by the examiner or the Board of Appeals, it was constrained to accept the statement at face value and therefore found certain claims to be allowable. See also *In re Soni*, 54 F.3d 746, 751, 34 USPQ2d 1684, 1688 (Fed. Cir. 1995) (Office failed to rebut applicant's argument).

Independent Inventors Resources Website



## UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

**Independent Inventors RESOURCES**

Welcome to the USPTO web page designed specifically for independent inventors. Throughout America's history, the innovation and dedication of independent inventors have played a critical role in our Nation's evolution into the most technologically advanced, economically vibrant power on earth. The pioneering discoveries of independent inventors have cured diseases, built communities and industries, and greatly enhanced our quality of life.

As it has since its founding in 1802, the USPTO is dedicated to assisting independent inventors in utilizing America's intellectual property system. To that end, following a top-to-bottom review of operations at the USPTO, the former Office of Independent Inventor Programs has recently become part of the new, comprehensive Inventor Assistance Program. The Inventor Assistance Program will have more consolidated resources available, allowing us to expand the scope of services provided to independent inventors in order to assure that you receive the special attention you deserve. Nothing could be more important, because America's inventors are our Nation's future.

The patent and trademark application process can be complicated for the novice inventor, so we hope the information contained in the following pages will be informative and useful. I encourage you to visit this site often for new updates, web links, and general information that will provide you with a greater understanding of the patent and trademark processes, as well as procedures for patent application filing and trademark registration.

**James E. Rogan**
Under Secretary of Commerce for Intellectual Property &
Director of the United States Patent & Trademark Office

Independent Inventor Homepage    Top

HOME | INDEX | SEARCH | SYSTEM STATUS | BUSINESS CENTER | NEWS & NOTICES
CONTACT US | PRIVACY STATEMENT

Last Modified: 03/21/2003 15:52:55

5/20/2003



**Increase your
HIGH END
Player Casino
Preference
10% to 20%** EST.

**Increase your
HIGH END
Player Average
Session Time
15% to 25%** EST.

A **new** process for Casino Gambler attraction and higher yields is now available by license, on an exclusive or non-exclusive contract.

This Process is the result of **hundreds** of documented hours of **"Table Time"** by the inventor.

The Inventor has interviewed many avid **High End Players, Dealers,** and **Pit Bosses** who are **enthusiastic** in support of this process.

The "Gambling Casino new/improved process for Gambler attraction and higher yields"

Is at present "patent pending" by United States Patent and Trade Mark Office.

Foreign Applications Available.

Inventor: Ned H. Presley
52 Carriage Hill Cir.
Casselberry, FL 32707
407-331-9014



*I request a No Cost demonstration of this new (patent pending) process!*

*A confidential demonstration at my office/casino will be in a private secured area.*

*I agree not to use or disclose this process/information to any others without the Inventors prior written consent.*

_____    _____
Signature                    Date

Representing

(Affix your business card)

Please return Express Mail to:

Ned H. Presley
52 Carriage Hill Cir.
Casselberry, FL 32707



Case 1:06-cv-00104-RJL    Document 18-7    Filed 10/06/2006    Page 30 of 30

# Reducing Cycle Time!!!

By Robert Garrett

Helping our customers get patents. That's our mission. To help us focus on our mission and to measure how well we were doing, we established five performance goals for our Patent business area. The first of those goals is to reduce the PTO processing time for all inventions to 12 months or less by the year 2003. This goal is generally referred to as "cycle time."

In 1995, Congress changed the length of a patent's term from 17 years from the date the patent was issued to 20 years after the earliest effective filing date claimed by the applicant. As a result, the time we spend processing an application now directly affects the effective length of the patent term. In response, we have changed our measure from traditional pendency to processing time, or cycle time. This allows us to measure the time we spend on processing an invention, while excluding the time attributable to applicants, such as the time spent waiting for an applicant's reply. Also, pendency tracked individual patent applications and separately tracked *continuations* or second applications filed to continue the prosecution of a *parent* application; cycle time tracks inventions regardless of the number of applications filed on that invention.

By 2003, we will reduce cycle time for all original patent applications from the time we receive an application to when we issue the patent, or the inventor abandons the application. By the end of FY99 we will do this for 75 percent of inventions. Currently, cycle time is approximately 13 months from filing to abandonment, approximately 17 months from filing to issue of a patent, for a combined cycle time of approximately 16 months. Our goal is to reduce total cycle time to under 11 months to issue/abandonment by the end of FY99.

In a major step toward achieving our goal, we reduced the backlog of patent applications in our pre-examination area. We mailed out filing receipts to customers and delivered cases to the examining corps in an average of 30 days in the second half of FY98, down from 120 days at the beginning of the year.

To meet the long-term challenge of the recent years' growth, and to help us reduce patent processing time, we hired 728 examiners in FY98, a majority of them in high-technology areas. We plan to hire at least 700 new patent examiners during FY 1999 to continue our progress. To focus on more short-term bottlenecks, we're targeting specific technology units by increasing overtime in those units.

But we're not just adding staff to solve the problem; we're looking for improvements in our system. For example, the fewer office actions we have to take to process an application, the faster we can process that application. In an effort to do just that, we are trying to inform each customer early what subject matter in their applications is allowable, and increasing our direct contact with the customer. We are additionally reengineering the patent publication process, which will reduce PTO processing time for allowed applications from its current level of over four months to one month at the end of FY99.

Your efforts in reducing PTO cycle time have been tremendous, and management thanks you for your continued support of this key Patents goal.

## PTO Pulse Info Line!!

. . . During the Maryland gubernatorial campaign, Governor Parris Glendening stopped by the home of Leon Merritt to admire a 1961 Thunderbird Coupe parked in the driveway. Glendening posed for pictures with Leon . . . The PTO has announced the results from the 1998 Trademark Customer Satisfaction Survey. Of the 1004 surveys mailed to frequent customers, 496 surveys were returned, for an overall response rate of 52%. The survey revealed that Trademark customers are highly satisfied with the application submission process. Customers are particularly satisfied with the clarity of trademark application instructions (79%) and with the amount of time and effort needed to complete the required information (80%) . . . The Patent and Trademark Office (PTO) Chapter of Blacks In Government would like to invite all PTO employees to the Swearing-In Ceremony of newly elected officers on Tuesday, January 19, 1998, 12 noon in the Patents Theater, Crystal Park II, Suite 200. . . An article written by Alan Atchison (Attorney, Law Office 104, was recently published in the Trademark Reporter (Vol. 88, No. 3, p. 289). The article features a detailed discussion of trademarks and trademark drawings.