Hearing, and avoid any miss quotations or misspeak. Plaintive does <u>specifically deny</u>

any "admissions" as alleged in the Opinion issued by the Board which are contrary to or

not contained in the Written prior Record or Statement provided. Some of the

paraphrases in the Boards Published Opinion attributed to the Plaintive are incorrect.

Some are taken out of context, and some are incomplete, (Note the Plaintive was denied

Permission to bring a court reporter and #2 Allow appearance by "Speaker Phone" of

witness Dr. Ed Warren.) Permission was denied by Chief Clerk for the Board, in early

November.

#35.  Let the <u>evidence</u> of the Written Record prevail.

#36.  Plaintive does respectfully request the Court to suppress and bar Oral Admissions

alleged to be made by the Plaintive.

#37.  Plaintive will submit a "Motion to Suppress" any Oral Admissions of the Plaintive.

With additional pertinent details of circumstances of Oral Hearing (15 minutes)

#38.  A <u>Pioneer</u> <u>Patent</u> <u>Application</u>, (i.e., A New Modified Type of Stress Relieving

Massage Therapy) administered By Trained, Qualified Therapists to Active Subjects,

(i.e., Gamblers) as they continue to be Active – Productive) is a rare occurrence. The

instant Patent Application meets the "<u>Pioneer</u>" qualification, in that even with its vast,

world wide search capabilities, the Office could not produce or locate any Prior Art $or^{NP}$

examples of this Invention.

#39.  <u>A Patent Process Proceeding Contrary to Accepted Wisdom is EVIDENCE OF</u>

<u>NONOBVIOUSNESS.</u>  Accepted wisdom for administering Massage Therapy is that 1st

the Subject is rendered inactive in a Special Chair or on a Table, and thus receives

Therapy while <u>inactive and non-productive</u>. To render the Subject non-active and

relaxed is the <u>only</u> method taught by Massage Therapy Schools and Institutions. The

New Type or Modified Massage Therapy as delivered by this Patent Process is upon an

Active Subject (i.e., Gambler) and thus EVIDENCE of NONOBVIOUSNESS.

In re Grasselli: 713 F.2d 731, 743, 218 USP0 769 (Fed. Cir. 1983)

#40.  The Prior Testimony, Letter, and Affidavit of Dr. Ed Warren were erroneously

interpreted by the Board (page 6 and 7) as Limited to Gambling Casinos. A plain reading

of the letter shows the terms "No Therapy" and "All Therapies" are not limited to

Gambling Casinos.

#41.  The repeated Announcement of "Immediate Benefit to the Public" (i.e., Stress and

Pain Reduction) was not responded to by The Examiner or The Board. This Court will

be constrained to accept the Statement at Face Value. In re: Herrmann, 261 F.2d 598,

120 USP0 182 (CCPA 1958) See Also In re: Soni, 54 F.3d 746 751, 34 USP0 2d 1684,

1688 (Fed. Cir. 1995)  (Office Failed to Rebut Applicants' argument)

#42.  Likewise, the two Court References of #4  , (above) and the Departments,

(Examiner or Board) failure to answer or rebut the Plaintiffs' <u>Repeated</u> claims,

Statements and Arguments (as listed following), will propel this Court to be constrained

to accept the Statements at Face Value.  Applicants Statement to the Board of Appeals

Part D,  Page D-1, #1,2,3,4,5  Page D-2, #1,2,3,4,5,6,7,8,10  Page D-3, #4,8,9

The following non-rebuted statements, (as in above described) are <u>also</u> classified as providing <u>EVIDENCE OF NONOBVIOUSNESS</u> Page D-2 #9,  Page D-3, #2,3,5,6,7 #43.  Thus these 25 Statements, 6 of which are <u>EVIDENCE OF NONOBVIOUSNESS,</u> (when accepted at Face Value) compile and list and overwhelming amount of substantial Evidence in Favor of Plaintive Presleys' Case that the Instant Patent Application should be awarded, approved, and issued promptly with <u>NO Further</u> issues or objections raised by the Department.

#44.   The Board in its opinion did make some reference to "Massage" by Gamblers to other Gamblers, or Friends to Gamblers.  It is of course known that the public does at times demonstrate and perform various informal spontaneous actions in public places, (i.e., Sports Events, Church, New Years Parties, Casinos, etc.) manifesting in displays of Hugs, Back Slaps, "High Fives", Embraces, and shaking or rubbing of the Shoulder areas, etc.  Such displays would more properly be labeled as "Horse Play" or Shows of Affection. (Hereafter = "Horse Play") Las Vegas is a Honeymoon Center.  Nothing in this Patent pretends to intervene or to be in any way restrictive of the Public.

#45.   The New Type of Professional Massage as described in the Specification, and Claims 1,2,and 3, is performed by Trained, Licensed, Costumed, Massage Therapists who have been birthed and deployed by the New Casino Process enabled by the 6 steps listed in the Specification.  This organized regulated Therapy could not be logically confused with the Publics display of "Horse Play".

#46. The NP Examiner admitted by phone He was not in possession of quoted Court Cases and did not establish a Common Factual Basis for same and this Patent Application. It is therefore unknown if these Cases pertained to Massage, Bowling Balls, or Coffin Nails.

#47. As this Patent Application demonstrates a Critical Specific Limitation, (i.e., New Type Modified Massage Applied to Active Gamblers) it would not be appropriate to rely solely on Prior Case Law to support an Obviousness Rejection.

#48. The Examiner did cite 33 Court Cases in his opposition to this Patent. The Board did cite 23 New and Different Cases. The Plaintive will make a motion for some type of estoppels for the Judges' decision. One should not be subjected to double jeopardy or endless opposing prosecution of a Patent Application.

#49. The total number of Cases cited against this Patent Application is 56. This high number does indicate a "shot gun" approach and a lack of Certainty of Confidence by the Department in supporting their "spirited" and zealous attack of the instant Patent Application and shows an effort to "Piece Together" a Case of 103 Obviousness where none exists.

#50. The Attached Applicants Statement to the Board of Appeals (Section D) does list EVIDENCES OF NONOBVIOUSNESS in categories of "Greater than Expected Results", "Superiority of a Property Shared with the Prior Art", "Absence of an Expected Property", "Presence of an Unexpected Property" (Page D-2, #9) (Page D-3, #2,3,5,6,7)

#51. The Examiners answer to Plaintive Appeal brief did not answer, and effectively ignored 14 pages containing 27 Arguments, 16 MPEP References and 5 other References,

Alleging that they were "as a group" merely a "General Allegation". This lack of answer brought No Comment form the Board.

#52.   Other Evidences and Documents from the File wrapper and Applicants Statement to the Board of Appeals may well be provided as exhibits to the Court and Jury.

#53.   The Plaintive will confine his presentation to the "Merits of the Case".

#54.   With the Courts Permission the Plaintive will invite "Friend of the Court Briefs" from M.A.D., A.C.L.U., A.C.L.J. and the like.

#55.   Plaintive will submit a Motion for Subpoena of the Case File Wrapper to be delivered to this Court for the Judges review and as a source and exhibit for the Jury.

(File now approaching 400+ pages)

### Relief Requested

Plaintive does request;

#1.    That this Court approve the Patent Application as submitted, reversing the U.S.C. 103 Rejection by the Department and instruct the Department to issue the instant Patent without delay and without raising other issues.

#2.    That this Court interprets Claim #1 to be Massage Attendants of the    Gambling Casino and not any other persons or in the alternative, order that

*be combined*

Claim #1 and #2, leaving #3 as is, but renumbered to be #2 (There would be only    Claim #1, and Claim #2, no Claim#3),         thus eliminating any confusion as to the identity of the Massage Attendant, Therapist.

*17*

#3.    That the Court award the Plaintive a Dollar amount of it's or the Jury's judgment

as an exemplentary or punitive award over the departments unorthodox prosecution of

this Case.

*Foot Note: Major Facts: There is No Prior Massage on Active Subjects, There is No Prior Massage in Casino Gambling Floor Stations 5, Face Value (Constrained To Accept) Statments of NON REBUTED evidence of NonObviousness.*

Respectfully Submitted,

*2p Face Value, (Constrained To Accept) Statments of NON REBUTTED evidence of Elements of This Action*

Ned Harris Presley A.H.S.G.

King James Bible---Proverbs 8:12 "I wisdom dwell with Prudence, and find out

knowledge of witty Inventions."

Date:   *1-17-2006*

Direct Communications to:

Ned Presley
217 Paragon Pkwy #112
Clyde N.C.  28721

Phone: (407) 331-9014

*Attached:
Applicants Statement
To The Board of Appeals*

*18*

# APPLICANTS STATEMENT TO THE BOARD OF APPEALS

# US PATENT APPLICATION #10/073,586

- **What It Is -- Photo**

- **What It Is Not -- Photo**

- **Avoids The Prior Art -- Letter of Dr. Warren**

The Examiner offers **NO** Prior Patens and only one References of Massage Therapy.

The only reference cited "Teaches AWay" from US Patent Application 10/073,586

Page 1

# APPLICANTS STATEMENT TO THE
# BOARD OF APPEALS

## <u>Sections -- Contents</u>

**\***What it is

**\***Affidavit and Notarized Letter – Dr. Edward Warren

**A.**   35-U.S.C. -- 112              Claims

**B.**   35-U.S.C. – 103              Non-Obvious

**C.**   Examines Answer      -      <u>Errors Noted</u>

**D.**   Applicants Arguments        <u>Not Rebutted</u>

**E.**   Examiner Relies on          "<u>Common Knowledge</u>"?

**F.**   18 of 22 Court References Cited <u>are New,</u>  Also Listing
        of New Arguments (Not) Previously found in The File
        Jacket

**G.**   Drawings  "page 2" offer To Withdraw

Page 2

## Affidavit and <u>Notarized</u> LETTER of
## Dr. Ed Warren B.S., M.A., D.C.

## TO:  Honorable Commissioner of Patents
## Dated: August 14, 2003

### * New -- Modified Type of Massage

### * New -- Use of Modified Massage

The Affidavit provided by Dr. Warren does List 3 Earned Degrees, 3 areas of active Medical Practice and 14 years of Experience in those Areas.

Dr. Warren has previously Given Expert Witness Testimony in Court Cases.

Dr. Warren's Notarized Letter States He has reviewed the instant invention and that it is:    1.  Unique
                                                2.  Distinctive
Over All Presently Taught or Practiced Therapies for Stress reduction.

(i.e.:  administered To Active Gamblers), inventor adds

Page 3



# CHIROPRACTOR



### Dr. C. Ed Warren, B.S., M.A., D.C.
489 Walnut Street
Waynesville, NC 28786
828 / 452-5667

AUGUST 14 2003

To: Honorable Commissioner of Patents and Trademarks

I have reviewed Mr. Presley's innovation for stress
reduction performed in a casino environment, I believe he has
developed a unique approach. His proposal to introduce
these techniques certainly is distinctive to other
approaches. No therapy to my knowledge is executed while
the subject is engaged in the " stressor" situation.
That is all therapies for stress reduction are conducted
after the fact.

Thank You,

Dr. C Ed Warren B.S.,M.A.,D.C.

B.S. Psychology
M.A. Clinical Counseling
D.C. Doctor of Chiropractic

North Carolina

____Haywood____ County

I, __Carla Lovelace__ , a Notary Public for said County and State, do hereby
certify that __Dr. C Ed Warren__ personally appreared before me this day
and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal this the __15th__ day of __August__ , 2003.

_Carla Lovelace_
Notary Public

My commission expires: _November 27, 2008_

STATE OF FLORIDA
COUNTY OF _Alachua_

The foregoing instrument was acknowledged before me this
_28_ day of _August_, 20_3_ by _Nel Presley_

Personally Known___ or produced
Identification type _FL DL_

PETER MILLER
MY COMMISSION # DD 216341
EXPIRES: May 28, 2007
Bonded Thru Notary ...

_Brief A-3_

0247



**AFFIDAVIT**

COPY

STATE OF FLORIDA
COUNTY OF Alachua

The foregoing instrument was acknowledged before me this
29 day of August, 2003 by Ned Wesley

Personally Known _____ or produced
Identification type EC DL

Signature of Notary

PETER MILLER
MY COMMISSION # DD 216341
EXPIRES: May 28, 2007
Bonded Thru Pichard Insurance Agency

To: The Honorable Commissioner of Patents
    Washington D.C.

RE: Patent Application #10/073,586

I _Ed Warren_ do now swear and affirm: I possess "expert witness"

knowledge and ability in casino gambling areas of: environment, mystique, perks,

comps, promotions, advertising, public relations, player development, player attraction,

player retention, casino security operation, state gaming board, casino internal accounting

procedures, casino practice and procedures in the operation and procedures in the

operation and conduct of: table games, slot machines, keno, sports book and

_Chiropractic / Psychology / Bio Mechanics_

I acquired this knowledge and experience as a result of formal schooling, on the job

training, apprentice training, jobs, positions, and or _B.S. Psychology_
_M.S. Clinical Counseling_
_14 years Psychology_  _D.C. Chiropractic_
_14 years+ Chiropractic_ or _____ years. I have received an explanation and

demonstration of the Invention of U.S. Patent Application #10/075,586. I testify that the

use and deployment and implementation of this invention for active gamblers in the

secured area of the gambling casino will result in tangible, positive benefits to the casino

and gambler of: _____

Date: _07/29/03_

Notary Public

EXP 27 July 2005

Signature: D. C. Ed Warren DC

Name: _489 Walnut St._

Address: _Waynesville N.C. 28786_
_828-452-5667_

0248

The application of massage on an active productive person is "new" (see affidavit of Dr. Ed Warren attached as A-3 and thus an "improvement" over prior teachings and practice of "massage". (copy A-4, A-5) (copy 32 MPEP 2112.02)

As this New or Improved massage, keeps the person active and productive, and produces new benefits, useful.

The 6 concrete steps listed in this application (see flow chart # 2) are the "new" process" which open a previously prohibited location (casino) to this "new" type massage for active gamblers, producing and birthing a new "comp" system which produces useful novel, unexpected benefits to the gambler and the casino.

(Copy #2 = FlowCharT)

7

# APPLICANTS STATEMENT TO THE
# BOARD OF APPEALS

## PART A

## <u>35 – U.S.C. – 112 CLAIMS</u>

**There are 2 Separate requirements for the second paragraph of: <u>35-U.S.C.-112</u>**

**A.** The Claims do set forth the Subject matter that I claim as my
   Invention
    1. I constructed these claims.
    2. They are what the applicant regards as his
   invention.

**B.** The claims do point out and define the metes and bounds of the
   subject matter that will be protected by the patent grant.

(The scope of the claims are simply and clearly worded so as to
   be **<u>clear</u>** to a hypothetical person of ordinary level of skill in
   the **<u>pertinent</u>** art.)


NOTE – The Claims Do Use The Transitional Phrase, "**<u>Which Comprises</u>**"

Page A-1

# APPLICANTS STATEMENT TO THE
# BOARD OF APPEALS
# PART B

## <u>35 – U.S.C – 103 – NON-OBVIOUS</u>

### <u>NONANALOGOUS FIELDS</u>

NOTE, The examiner List one only Reference.
   The Fields of Casino Gambling and Mobile Massage are
   are Very Distant art Forms.

There existed:
   No Motivation to combine
   No Profit or Gain Potential
   No Dialogue or Communications between Art Forms

### <u>TEACHES AWAY</u>

The Reference Cited would clearly interrupt a Gamblers Activity and disrupt
Casino Operations.

### <u>INOPERATIVE</u>

The Reference Cited would be ejected From The Gambling Casino areas.

### <u>UNEXPECTED-SENERGISM-SUPERIORITY</u>

This Invention, The Modifying and Combining of the 2 Art Forms, Casino
Gambling and Massage Therapy results in <u>New and Greater Non
Anticipated / Multiple Benefits.</u>

i.e.: Less drunks on The Floor, a <u>New</u> Casino Comp.  A <u>New Advertising</u>
Boast for Casinos and 13 additional benefits.

                  Page B-1

# HINDSIGHT

The Examiner improperly relies on <u>Hindsight</u> to, suggest 2 <u>Modifications</u> of the reference, (1) (Massage on <u>Active Gamblers),</u> (2) (Massage administered <u>without</u> Special Chair or Table).  The Examiner improperly relies on <u>Hindsight</u> to suggest The Motives to Combine Reference with Casino Active Gamblers.

# NON-OBVIOUS

Obvious = Webster's Dictionary States
> 1. Easily discovered
> 2. Evident
> 3. Manifest
> 4. Easily Seen

The <u>fact</u> of 100 years with no effort To Combine Rebuts <u>with countervailing proof</u> that this invention was Not Easily Discovered or Obvious by those of ordinary Skill in The Casino or Massage Arts.

Page B-2

# Applicants Statement to The Board of Appeals
## Examiners Answer
## Errors Noted

## Part C

| Examiners Statement | | Inventors Statement |
|---|---|---|
| Page 4 – New Matter<br>Line 28 | • | There is no New Matter,<br>Examiner does List No New<br>Matter |
| Page 5 – Not Appealable To<br>The Board<br>Line 1 | • | Time Limits for Petition have<br>expired, drawing not necessary<br>by law, 35-U.S.C. – 113 if<br>Patent steps To implement<br>Easily understood |
| Page 5 – Active Not Recited<br>Line 16 | • | Claim #1 = "As they are gambling"<br>i.e. placing wages, etc. |
| Page 5 – Excluded Locations<br>Not Recited<br>Line 16 | • | Claim # 1 = "in All Casinos<br>Gambling areas", Vendors<br>Prohibited Admittance |
| Page 5 – "Just about anywhere"<br>Line 19 | • | Vendors Claim is Non Operative in<br>Gabling Casino |
| Page 5 – "It is Well Known"<br>Line 19 | • | (1) Not Well Known<br>(2) No example Provided<br>(3) Rebutted by Expert Testimony<br>Dr. Ed. Warren<br>(4) Reference Cited offers massage<br>in Special Chair or Table "ONLY" |
| Page 5 – "One Must Observe that<br>An artesian must be presumed"<br>Line 20 | • | (1) No Comparative example offered<br>(2) Massage Therapist not empowered<br>To exceed his Training or Licensed<br>limits |

Page C-1

| | | |
|---|---|---|
| Page 5 – "Page 14 and 15 are Unintelligible" Line 23 | • | (1) Examiner <u>Does Not</u> REBUTE Arguments. (2) The Board will be Able To Understand and Judge Page 14 and 15 |
| Page 6 – "The work of a Skilled Mechanic" Line 3 | • | (1) Therapist are Not Empowered To "Overcome" as the Examiner speculates (2) Therapist Operate within Their Training and Licensing |
| Page 6 - "Pages 17 – 21 Line 7 | • | (1) Examiner does Not Rebute Arguments and Facts Some of Which Are now Listed 3 Times within The File Jacket (2) Five Pages, The Examiner does not Rebute become <u>facts in evidence</u> |

*14 Pages, No Answer*
*No Answer 27 Arguments*
*No Answer 16 MPEP Ref.*
*No Answer 5 Other Ref*

| | | |
|---|---|---|
| Page 6 "Fails To Set" Forth Facts Line 11 | • | Affidavit is All Facts Sworn To, is there-fore evidence per Blacks Law Dictionary |
| Page 6 "Stressor" Line 14 | • | Common Medical Term. See "The New Oxford America Dictionary" page 1685 is BNO-P1-511227-X Marrian Webster Medical Desk Dictionary 2002 page 788 |
| Page 8 "No where in The Claims" Line 10 | • | Claim 1  See Words 22, 23, 24, 25, "As They are Gambling" |
| Page 8 "Not Recited" Line 15 | • | Claim 1 words 22, 23, 24, 25 "As They are Gambling" |
| Page 8 "Well Known" Line 18 | • | "Not Known No Example Provided" |
| Page 8 "Just about Anywhere" Line 22 | • | Does not Include Gambling Casino |
| Page 8 " Recognized Another Advantage" Line 25 | • | A New Improved use of an existing Procedure is an Invention under 35 U.S.C. – 101 |
| Page 8 "Argument Not Clear" Line 29 | • | Arguments <u>with</u> Cited and <u>Attached</u> references will be clear to the Board |

Page C-2

| | | |
|---|---|---|
| Page 9 "in a Casino world have Been obvious" Line 2 | • | In a Casino, is impossible without enablement provided by Applicant's invention |
| Page 9 - 35 USC 101 Line 4, 5, 6, 7, 8 | • | Examiners Answer Page 3, "The Ground of rejections 35-USC 101 have Been withdrawn |
| Page 9 - Vendors Can Get "Licenses" for Casino Environments Line 9 | • | Casino <u>Gambling areas</u> are closely Secured and Controlled and NO Vendors are permitted |
| Page 9 "Forms a conclusion" Line 12 | • | The Examiners Only Reference ilv.com Provides and offers "<u>Chair</u>" (special Massage Chair) and Table Massage <u>only</u> Page 1 & 2 = chair Page 3 = "Also specialize in <u>Table</u> Massage |

**SPECIAL NOTE —** There is a "Printer Error" The Copies of ilv.com as, provided by the Examiner, Page 1, The Web site Name of the <u>Vendor</u> is missing.  Applicants provided copies, on page 1 list, "ON-SITE STRESS RELIEF.INC."

## <u>CHAIR MASSAGE DIRECTLY TO YOU</u>

Page 1 and 2 Photos very dark, partly concealing, The Special Chair.

| | | |
|---|---|---|
| Page 9 "Another Advantage" Line 20 | • | A New USE for a modified existing Procedure, is an Invention defined by 35 USC-101 |
| Page 9 – No Evidence of Long Felt Need For <u>New</u> Promotions Line 24 | • | The Casino industry Continue To release New Promotions Regularly. One recent promotion by "Grand Casino" Tunica, Miss. Offered Patron's Free chance to Play a "Trained" Chicken in Tic – Tak – Toe! See also Applicants Appeal Brief Pg 26. "Pain Relief", "Immediate Benefit to The Public" MPEP 2/07.01 |

*Page C-3*

Page 9 "ridiculous statement"
Line 26
&bull;    Examiner does not Provide his
Casino experience or Any Other Factual
Basis for his Conclusion.

The File Contains adequate Basis for
The Applicants 1st hand Knowledge of
Casino operations or "Norms" of The
industry.

Page 10 "As They are Gambling"
Line 3
&bull;    Gambling is The Act of Gaming, NOT
Watching or observing,
  Webster Dictionary,
The Act or Practice of Gaming

While Sitting
Line 3
&bull;    The instant Patent Claims nor Patent
Application mention "sitting", Some
Casino Gambling occurs standing
i.e.: Crap-Table, The Big Wheel , Some
Slots, Some areas in The Sports Book.
The Examiners "Broad Interpretation" is
rebuted by the Patent Application.

Page 10 "Non-Analogues Prior Art"
Line 6
&bull;    The requirements of 35 USC 103
Identify a person of Ordinary Skill in
The art to which Said Subject Matter
Pertains:
NOT THE INVENTOR NOR THE
EXAMINER USING HINDSIGHT.
At The Time The INVENTION Was
Made Persons of Ordinary Skill in The
Casino or Massage Arts Lacked any
Vision or MOTOVATION To Combine
Arts

# APPLICANTS STATEMENT TO THE
# BOARD OF APPEALS

## Part D

## APPLICANTS APPEAL BRIEF—ARGUMENTS
## NOT REBUTTED

"Casino Surveillance prohibition of Outside Vendors (ie: massage) entrance to Casino"

Page 4A
Line 8

"Examiner Omits To Establish a Common Factual Basis when Citing Court references"

Page 42     *Copy 54*
Line 6,7,8   *Page 6 of 33*

"The application    massage on an active person is "new" (see affidavit of Dr. Ed Warren)

Page 7
Line 1

"The Gambler will experience "pain relief" (immediate benefit to the public)

Page 9
Line 4,5

*ilv. COM Teaches Away*          *Page 17a   MPEP 2141.02*
                                 *Line 1     copy A7*

*ilv. COM DOES NOT TEACH*        *Page 17c  MPEP 2145*
*ALL CLAIM LIMITATIONS*          *Line 5    MPEP 706.02*
                                 *Copy 42*
                                 *Copy 44*

Page D-1

Reduce Alcohol expense for the Casino

Reduce Alcohol related Liability exposure to Lawsuits".

The opportunity to Present and advertise a NEW COMP To Gamblers.

Page 10
#'s 5,6,8

"Claims with Transitional Phase were Located,The File Wraper.

20 June 2003,
Page 16
Line 1 & 2

"passive Non-Productive and docile"

Page 17a
Line 1,2

"ilv.Com shows No ability To enter a Gambling Casino"

Page 17a
Line 7

ilv.Com shows "No Motivation" To Combine with a Gambling Casino"

Page 17b
Line 1

*Copy 39*
*MPEP 2141*

ilv.Com is not an equivalent of the Structure/acts" of The invention

Page 17c
Line 1

*Copy 41*
*MPEP 2184*

*ilv.COM = Render Prior Art* *Page 17D MPEP 2143*
*UNSaTisFactory For Intended* *Line 2 MPEP 2145*
*Purpose, Cie: Maximum Effective* *Copy 40*
*Massage on docile Subject )* *Copy 44*

*Page 19 NPEP 707.07*
*10 Reasons, Statements Traversing Line 1 Copy 47*
*ilv. Com as Analogues Art. Copy 64*

Page D-2

*10 Reasons*

"Stepping back in Time" The Motivation To Combine must have <u>been</u> obvious to <u>one of</u>
<u>ordinary Skill</u> in The art, <u>Not The Inventor</u>.

Copy 38    Page 17d    Copy 36
Line 7,8,9    MPEP 2106
MPEP 2141.03

"If an applicant has demonstrated <u>The Criticality of a Specific Limitation</u>."

Page 17f    Copy 55
Line 1    pg 6 of 33

"This invention possesses improved <u>properties Not Expected</u> by the prior art."

Page 17f    Copy 55
Line 1    pg. 1 60 / 33

The ilv.Com Case of Obviousness is defective as a "<u>Matter of Law</u>," prohibited by
"Trespass Law"

Page 17g    Copy 57
Line 6,7,8    pg 7 of 33

Possessed

The presence of a property not ___Λ___ by The prior Art is <u>evidence</u> of Non-obviousness    Copy 60
(i.e.: massage on <u>active</u> subjects)

Page 17H    MPEP
Line 1,2    716.02(a)

<u>Greater than Expected results</u> are evidence on non-obviousness, (i.e.: massage to active    Copy 61
Gamblers yields 16 useful benefits).

Page 17 H    MPEP
Line 4,5,6    716.02(a)

"<u>Superiority of a Property</u> shared with the prior art is <u>evidence</u> of non-obviousness, (i.e.:    Copy 62
massage to an <u>active</u> gambler, (maintains productivity) Prior art causes productivity to
stop)

Page 17 I    MPEP
Line 1,2,3    716.02(a)

"A Fact can not be "Not persuasive" A Fact Is"

ie: examples of facts as listed in the applicants Brief dismissed as non persuasive or not
rebuted at all
#1, #2, #5, #7, #8, #10, #12, #13, #14, #15, #16, #17

Page 25 23
Line 10,11,12,13,14

"Stepping back in Time"

Page 24    Copy 57 - Copy P-2
Line 8    page 7 of 33

DisTinct

"Very distinct art Forms"    Page 24
Line 14

Non Analogus