# APPLICANTS STATEMENT TO THE BOARD OF APPEALS

## Part E

# EXAMINER RELIANCE on COMMON KNOWLEDGE or "WELL KNOWN"

The <u>Examiners Answers</u> (Paper No 16) uses and relies on the Statements:

| | | |
|---|---|---|
| It Goes Without Saying | - | One Time |
| It Is Old and Well Known | - | One Time |
| It Is Well Known | - | <u>Two Times</u> |
| It Must Be Presumed | - | <u>Three Times</u> |
| A Matter of Common Sense | - | One Time |
| Would have been Obvious | - | One Time |
| One Skilled in The Art Would recognize | - | One Time |

These Non Supported Statements have been previously <u>challenged</u> by The Applicant on many Occasions (as contained in the File Jacket)  No response with examples or <u>Facts</u> have been forth coming.

The statements are Then <u>NOT Required Substantial Evidence</u>.

Page E-1

# APPLICANTS STATEMENTS TO THE BOARD of APPEALS

## Part F

### New Arguments in the EXAMINERS ANSWER
### (Not Previously found in the File Jacket)

\*18 of the 22 Listed Court  References are New

\*Below Listed Arguments are New

| | |
|---|---|
| "Receive a massage" "Just about anywhere" | Page 4 Line 1 |
| "Not an appealable issue" | Page 5 Line 1 |
| "Must Be Presumed To Know | Page 5 Line 21 |
| "The Work of a Skilled Mechanic" | Page 6 Line 3 |
| "It Goes Without Saying That" | Page 7 Line 16 |
| "Compulsive Gambler" | Page 7 Line 29 |
| "Nowhere in his Claims" | Page 8 Line 10 |

Page F-1

"Active or inactive" are not recited"                                  Page 8
                                                                       Line 15


"Vendors can get "License""                                            Page 9
                                                                       Line 9

"One Skilled in the art have "experienced or witnessed massage without the
requirement of a Special Chair"" (NO ExampLe)
                                   (SPECUiaTioN)                        Page 9
                                                                       Line 15

"An Artesian must be presumed To Know Something"                       Page 9
                                                                       Line 16 & 17

"Is a ridiculous Statement"                                            Page 9
                                                                       Line 26

"One Skilled in The art would Recognize"                               Page 10
                                                                       Line 1

"Is broadly interpreted"                                               Page 10
                                                                       Line 3

Page F-2

# <u>APPLICANTS' OFFER TO WITH DRAW</u>

## <u>Part G</u>

In the interest of advancing These Proceedings and in the Spirit of Compromise

The Applicant offers To Withdraw page #2 of the Drawings Labeled as "useful results"

_____

Ned H. Presley
Inventor

Page G-1

# GAMBLING CASINO NEW/IMPROVED PROCESS FOR GAMBLER ATTRACTION AND HIGHER YIELDS

## FLOWCHART

**A.**

Casino securement of any required regulatory permits and licensees by state gaming commissions or other regulatory agencies.

**B.**

Casino provide, select attendants or practitioners and provide training. Casino secure attendants any necessary licenses for attendants or vendors to perform upper body manipulation or massage to gamblers while gambling.

**C.**

Casino deploys and supervises massage-manipulation attendants to casino gambling areas to provide said services at intervals to gamblers while gambling.

**D.**

Casino design compensation program for massage manipulation attendants, emphasizing gambler tips.

**E.**

Casino select, design and designate, identifying costumes or uniforms for massage or manipulation attendants.

**F.**

Casino design and implement advertising, describing and promoting new stress relief and relaxing types of massage, manipulation while gambling in the casino.

## PRACTICAL RESULTS

**1.**

Gamblers staying active at the gambling stations/areas for longer uninterrupted sessions.

**2.**

More gamblers attracted to a particular casino.

**3.**

1 and 2 producing higher yields for the casino.

**4.**

Providing a new class of Casino employees largely cost free, being funded totally or largely by gamblers tips.

**5.**

Reduce alcohol expense for the casino.

**6.**

Reduce alcohol related liability exposure to lawsuits.

## INFERED BENEFITS

**A1.**

Increase tax revenues to City, County, State and Federal Governments. Thereby promoting the public welfare.

**A2.**

A new class of employment opportunities created in the local area.

**A3.**

**THE OPPORTUNITY, OCCASION, AND PRESTIGE TO PRESENT THE FIRST "BASIC NATURE" NEW BENEFIT PROGRAM FOR GAMBLERS IN MANY YEARS BY ANY CASINO!!**

Commissioner of Patents and Trademarks

Washington D.C.  20231

Subject:  Gambling Casino New Improved Process For Gambler Attraction and Higher Yields

Sir:

   With reference to the enclosed completed patent application, as I am an independent inventor, I do now request

and authorize the examiner to correct and or add claims to this application as permitted by patent office regulations.

Respectfully,

1-16-02

Ned Presley
52 Carriage Hill Circle
Casselberry, FL.  32707

Commissioner of Patents and Trademarks

Washington D.C.  20231

Subject:  Gambling Casino New Improved Process For Gambler Attraction and Higher Yields

Sir:

    With reference to the enclosed completed patent application, as I am an independent inventor, I do now request

and authorize the examiner to correct and or add claims to this application as permitted by patent office regulations.

Respectfully,

*1-16-02*

Ned Presley
52 Carriage Hill Circle
Casselberry, FL.  32707



## UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

Bib Data Sheet

**CONFIRMATION NO. 4298**

| SERIAL NUMBER 10/073,586 | FILING DATE 02/12/2002 RULE | CLASS 463 | GROUP ART UNIT 3711 | ATTORNEY DOCKET NO. |
|---|---|---|---|---|

**APPLICANTS**

Ned Harris Presley, Casselberry, FL;

** CONTINUING DATA *************************

** FOREIGN APPLICATIONS ******************

**IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** SMALL ENTITY **
** 03/11/2002

| Foreign Priority claimed ☐ yes ☐ no 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance Verified and Acknowledged    Examiner's Signature        Initials | STATE OR COUNTRY FL | SHEETS DRAWING | TOTAL CLAIMS 3 | INDEPENDENT CLAIMS 1 |
|---|---|---|---|---|

**ADDRESS**

Ned H. Presley
52 Carriage Hill Cir.
Casselberry ,FL 32707

**TITLE**

Gambling casino new/improved process for gambler attraction and higher yields

| FILING FEE RECEIVED 370 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

PATENT APPLICATION SERIAL NO. _____

## U.S. DEPARTMENT OF COMMERCE
## PATENT AND TRADEMARK OFFICE
## FEE RECORD SHEET

2002 GGEBREBI 00000064 10073586

.c:201                          370.00 OP

PTO-1556
(5/87)                          0269

## GAMBLING CASINO NEW/IMPROVED PROCESS FOR GAMBLER ATTRACTION AND HIGHER YIELDS

## BACKGROUND OF THE INVENTION

Many enticements, promotions, attractions, incentives, awards and rewards are used by gambling casinos to attract gamblers to the casino and to keep them gambling in the casino at the tables, machines, and all gambling stations and areas with out interruption as long as possible. These are known and described in a large number of publications and newspaper advertisements.

While gamblers are gambling in the casino area at the gambling stations, tables, machines, sports booking and keno betting areas the most prominent stress relief and relaxer, incentive and inticement to gamblers to continue the gambling session has been the liberal serving of free or low cost alcoholic drinks. This practice requires a cost to the casino for the liquor and may expose the casino to liability lawsuits.

This invention relates to a new and novel and improved process for casinos to attract gamblers and increase yields by providing or permitting stress relief, relaxing types of shoulder, neck and/or upper body massage and manipulation, as the gambler continues his gambling without leaving the casino gambling area, station, table, machine, sports booking or keno areas. This process will increase yields by increasing longer uninterrupted gambling sessions by gamblers.

This new process may reduce alcohol related liability lawsuits. This new process may be largely cost free to the casino, being funded totally or largely by gambler tips to the attendants, providers and/or practitioners.

Prior to this new invention process all massage and relaxing types of services have been available only in certain hotel, spa and salon areas set apart from the gambling casino, gambling areas, tables, machines, etc. resulting in an interruption of the gambling session and reduced yields.

1

## SUMMARY OF THE INVENTION

The invention is a new and improved process for gambling casinos to attract more gamblers and keep them gambling and in the casino gambling stations and areas for longer uninterrupted sessions. To do so by providing or permitting stress relief, relaxing types of gamblers upper body massage, at the gambling station, areas, tables, machines, sports book and keno areas. More gamblers, gambling for longer sessions resulting in higher yields for the casino.

## DETAILED DESCRIPTION OF THE INVENTION

A new/improved gambling casino process to attract more gamblers and keep them gambling longer, thus improving yields.

The new/improved process is the providing or permitting of upper body massages to gamblers while they continue to gamble.

The following is an example of specific, preferred steps of the new process by a gambling casino.

### EXAMPLE
#### A.

Casino securement of any required regulatory permits and licensees by state gaming commissions or other regulatory agencies.

#### B.

Casinos provide, select attendants or practitioners and provide training. Casinos secure attendants any necessary licenses or provide or permit vendors to perform upper body manipulation or massage to gamblers while gambling.

2

### C.

Casino deploys and supervises massage-manipulation attendants to casino gambling areas to provide said services at intervals to gamblers while gambling.

### D.

Casino design compensation program for massage manipulation attendants, emphasizing gambler tips.

### E.

Casino select, design and designate, identifying costumes or uniforms for massage or manipulation attendants.

### F.

Casino design and implement advertising, describing and promoting new stress relief and relaxing types of massage, manipulation while gambling in the casino.

It will be appreciated that various arrangements of the above-disclosed steps are possible without departing from the spirit of the present invention.

3

## CLAIMS

WHAT I CLAIM AS MY INVENTION IS:

1.  A new gambling casino process providing or permitting stress relief and/or relaxing types of upper-body massage-manipulation to casino gamblers, as they are gambling in all casino gambling areas, including tables, machines, sports book and keno areas.

WHAT I CLAIM IS:

2.  A new gambling casino process according to claim 1: performed by and utilizing uniformed or costumed identified attendants, vendors and/or practitioners.

WHAT I CLAIM IS:

3.  A new gambling casino process according to claim 1; advertised and promoted by the casino.

4

## ABSTRACT OF THE DISCLOSURE

A new Gambling casino process for increased yields by providing or permitting upper body massage by attendants to gamblers while still gambling.

5

PTO/SB/01 (03-01)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63) | Attorney Docket Number | |
|---|---|---|
| | First Named Inventor | *Ned H. Presley* |
| | COMPLETE IF KNOWN | |
| ☒ Declaration Submitted with Initial Filing  OR  ☐ Declaration Submitted after Initial Filing (surcharge (37 CFR 1.16 (e)) required) | Application Number | |
| | Filing Date | |
| | Group Art Unit | |
| | Examiner Name | |

As a below named inventor, I hereby declare that:

My residence, mailing address, and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

*Gambling Casino New/Improved Process For Gambler Attraction And Higher Yields*

(Title of the Invention)

the specification of which

☒ is attached hereto

OR

☐ was filed on (MM/DD/YYYY) [        ] as United States Application Number or PCT International

Application Number [        ] and was amended on (MM/DD/YYYY) [        ] (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or (f), or 365(b) of any foreign application(s) for patent, inventor's or plant breeder's rights certificate(s), or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent, inventor's or plant breeder's rights certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

☐ Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

[Page 1 of 2]

Burden Hour Statement: This form is estimated to take 21 minutes to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS missioner for Patents, Washington, DC 20231.

PTO/SB/01 (03-01)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# DECLARATION — Utility or Design Patent Application

Direct all correspondence to: ☐   Customer Number or Bar Code Label [ ]   OR ☒ Correspondence address below

**Name** *Ned H. Presley*

**Address** *52 Carriage Hill Cir.*

**City** *Casselberry*   **State** *FL*   **ZIP** *32707*

**Country** *U.S.A.*   **Telephone** *407-331-9014*   **Fax**

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

**NAME OF SOLE OR FIRST INVENTOR :** ☐ A petition has been filed for this unsigned inventor

**Given Name (first and middle [if any])** *Ned Harris*   **Family Name or Surname** *Presley*

**Inventor's Signature**   **Date** *1-16-02*

**Residence: City** *Casselberry*   **State** *FL*   **Country** *U.S.A.*   **Citizenship** *USA*

**Mailing Address** *52 Carriage Hill Cir.*

**City** *Casselberry*   **State** *FL*   **ZIP** *32707*   **Country** *USA*

**NAME OF SECOND INVENTOR:** ☐ A petition has been filed for this unsigned inventor

**Given Name (first and middle [if any])**   **Family Name or Surname**

**Inventor's Signature**   **Date**

**Residence: City**   **State**   **Country**   **Citizenship**

**Mailing Address**

**City**   **State**   **ZIP**   **Country**

☐ Additional inventors are being named on the ____ supplemental Additional Inventor(s) sheet(s) PTO/SB/02A attached hereto.

[Page 2 of 2]

0276

Treat yourself to a well deserved vacation from everyday stress and tension.

Get an On-Site Stress Relief massage delivered to you in the comfort of your home, office, hotel, conventions, shows, expos, health fairs, crowd gatherings or just about anywhere.

Take care of the most important person in your life. Yourself.

Work hard, work smart. Get more out of life. Have fun and stay healthy.

 ## WHAT IS ON-SITE STRESS RELIEF?



We are a massage company that performs brief, seated massage which:

- Comes to you
- Is given by a licensed practitioner
- Usually covers the neck, shoulders, back , arms, hands, and feet.
- Averages 10 to 30 minutes.
- You are fully clothed

 ## ON-SITE STRESS RELIEF WORKS BECAUSE IT:

- Reduces muscle tension and pain
- Calms the nervous system and increases circulation which will boost your energy and alertness
- Help identify and release tension before it becomes a problem
- Leaves you feeling relaxed, refreshed and re-energized

 **OUR GOAL**

To help reduce stress, tension and pain in the lives of our customers.

**Wendy Wiener,** Real Estate Agent
"On-Site Stress Relief has helped me reduce my stress and tension caused by my hectic days. I feel refreshed and re-energized. I highly recommend it to anyone."

**B.J. Mock,** Mortgage Loan Manager
"My weekly sessions has helped my muscle pains decrease and has helped increase the range of motion in my arm."

**Teresa Higbee,** Loan Officer
"On-Site Stress Relief has helped me reduce tension in my neck and shoulders, I now have less headaches."

 **MENU OF MASSAGE**

### I. CHAIR MASSAGE

**THE QUICK FIX**          **$13**

A 10-minute massage performed on the shoulder, neck and back using a combination of Swedish and Shiatsu techniques.

**THE TWO FEET**          **$18**

For the legs and feet that have been walking or standly all day.

**THE TUNE UP**          **$18**

A 15-minute massage which includes the "Quick Fix" plus a pleasant attention to the arms and hands.

**THE SHORT VACATION**          **$23**

A 20-minute massage that effectively melts away tension in your neck, shoulders, back arms and hands. Take a vacation from stress.

**THE ULTIMATE**          **$34 and $50**

A massage lasting over 20-minutes. Concentrated on problem areas for total relaxation and stress relief. Includes "The Short Vacation" and "The Two Feet". Great for yourself or as a gift to someone special.

0278

Site Stress Relief

## II. TABLE MASSAGE

| | |
|---|---|
| **HALF HOUR** | **$50** |
| **45 MINUTES** | **$70** |
| **ONE HOUR** | **$85** |
| **ONE & A HALF HOURS** | **$120** |
| **TWO HOURS** | **$160** |



## CORPORATE WELLNESS PROGRAMS AVAILABLE

- Promotes and encourages quality results
- Increases company morale
- Re-energized to increase work productivity
- Reduces helath care costs
- Contracts and company discounts available



## ALSO SPECIALIZE IN TABLE MASSAGE TO YOUR HOTEL ROOM, HOME OR OFFICE

- Swedish American
- Shiatsu - Accupressure
- Deep Tissue
- Jet-lag Therapy

## IT'S FUN, SIMPLE AND AFFORDABLE! CALL (702) 242-3353

**Mailing address:**
**6909C Round Tree Drive**
**Las Vegas, NV 89128**

**Or Email us at geoshimo@hotmail.com**

**Also at:**                                                            0279

- **Excalibur Pool**
- **McCarran International Airport inside the 24 Hour Fitness**

Center
- **Contact On-Site Stress Relief, Inc. at geoshimo@hotmail.com**

**Member Chamber of Commerce, Las Vegas Better Business Bureau**
We're looking for therapists from around the U.S. and the World.
For more information please contact geoshimo@hotmail.com

Page Info - Netscape

## ⊱ Site Stress Relief has the following structure:

- http://www.ilv.com/ossr/
  Background Image: http://www.ilv.com/ossr/bg1.jpg
  - o Image: http://www.ilv.com/ossr/hands.gif
  - o Image: http://www.ilv.com/ossr/chair1.jpg
  - o Image: http://www.ilv.com/ossr/hands.gif
  - o Image: http://www.ilv.com/ossr/hands.gif
  - o Image: http://www.ilv.com/ossr/chair2.jpg
  - o Image: http://www.ilv.com/ossr/hands.gif
  - o Image: http://www.ilv.com/ossr/hands.gif
  - o Image: http://www.ilv.com/ossr/hands.gif
  - o Image: http://www.ilv.com/ossr/hands.gif

Location: http://www.ilv.com/ossr/chair1.jpg

MIME Type: image/jpeg

Source: Currently in disk cache

Local cache file: M0FPD779.JPG

Last Modified: Saturday, August 09, 1997 3:21:14 AM Local time

Last Modified: Saturday, August 09, 1997 7:21:14 AM GMT

Content Length: 12345

Expires: No date given

Charset: Unknown

Security: This is an insecure document that is not encrypted and offers no security protection.

Decoded size (bytes): 135976

Image dimensions: 224 x 303 (scaled from 185 x 250)

Color: 16-bit RGB true color.

Colormap: (none)

Transparency: no

Comment: File written by Adobe Photoshop 4.0



0281

PTO/SB/05 (11-00)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Please type a plus sign (+) inside this box ──► ☐

| UTILITY PATENT APPLICATION TRANSMITTAL | Attorney Docket No. | |
|---|---|---|
| | First Inventor | Ned H. Presley |
| | Title | |
| (Only for new nonprovisional applications under 37 CFR 1.53(b)) | Express Mail Label No. | |

## APPLICATION ELEMENTS

See MPEP chapter 600 concerning utility patent application contents.

1. ☒ Fee Transmittal Form (e.g., PTO/SB/17)
   (Submit an original and a duplicate for fee processing)
2. ☒ Applicant claims small entity status.
   See 37 CFR 1.27.
3. ☒ Specification [Total Pages 5]
   (preferred arrangement set forth below)
   - Descriptive title of the invention
   - Cross Reference to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Reference to sequence listing, a table,
     or a computer program listing appendix
   - Background of the invention
   - Brief Summary of the invention
   - Brief Description of the Drawings (if filed)
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure

4. ☐ Drawing(s) (35 U.S.C. 113) [ Total Sheets ____ ]

5. Oath or Declaration [ Total Pages ____ ]
   a. ☒ Newly executed (original or copy)
   b. ☐ Copy from a prior application (37 CFR 1.63 (d))
      (for continuation/divisional with Box 18 completed)
      i. ☐ DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s)
         named in the prior application, see 37 CFR
         1.63(d)(2) and 1.33(b).

6. ☐ Application Data Sheet. See 37 CFR 1.76

### ADDRESS TO:
Assistant Commissioner for Patents
Box Patent Application
Washington, DC 20231

7. ☐ CD-ROM or CD-R in duplicate, large table or
   Computer Program (Appendix)
8. Nucleotide and/or Amino Acid Sequence Submission
   (if applicable, all necessary)
   a. ☐ Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ paper
   c. ☐ Statements verifying identity of above copies

## ACCOMPANYING APPLICATION PARTS

9. ☐ Assignment Papers (cover sheet & document(s))
10. ☐ 37 CFR 3.73(b) Statement   ☐ Power of
    (when there is an assignee)        Attorney
11. ☐ English Translation Document (if applicable)
12. ☐ Information Disclosure   ☐ Copies of IDS
    Statement (IDS)/PTO-1449        Citations
13. ☐ Preliminary Amendment
14. ☒ Return Receipt Postcard (MPEP 503)
    (Should be specifically itemized)
15. ☐ Certified Copy of Priority Document(s)
    (if foreign priority is claimed)
16. ☐ Request and Certification under 35 U.S.C. 122
    (b)(2)(B)(i). Applicant must attach form PTO/SB/35
    or its equivalent. Letter To
17. ☒ Other: Request examiner assist

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in a preliminary amendment, or in an Application Data Sheet under 37 CFR 1.76:

☐ Continuation   ☐ Divisional   ☐ Continuation-in-part (CIP)   of prior application No.: _____/_____

Prior application information:   Examiner _____   Group Art Unit: _____

For CONTINUATION OR DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

## 19. CORRESPONDENCE ADDRESS

☐ Customer Number or Bar Code Label   or   ☒ Correspondence address below

| Name | Ned H. Presley | | |
|---|---|---|---|
| Address | 52 Carriage Hill Cir. | | |
| City | Casselberry | State | FL |
| | | Zip Code | 32707 |
| Country | U.S.A. | Telephone | 407 331-9014 | Fax |

| Name (Print/Type) | Ned H. Presley | Registration No. (Attorney/Agent) | |
|---|---|---|---|
| Signature | | Date | 1-16-02 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box Patent Application, Washington, DC 20231.

PTO/SB/17 (11-00)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2001

*Patent fees are subject to annual revision.*

| Complete if Known | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | *Ned H. Presley* |
| Examiner Name | |
| Group Art Unit | |
| Attorney Docket No. | |

**TOTAL AMOUNT OF PAYMENT** ($) *370*

## METHOD OF PAYMENT

**1.** ☐ The Commissioner is hereby authorized to charge indicated fees and credit any overpayments to:

Deposit Account Number

Deposit Account Name

☐ Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

☐ Applicant claims small entity status. See 37 CFR 1.27

**2.** ☐ **Payment Enclosed:**
☒ Check ☐ Credit card ☐ Money Order ☐ Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 101 | 710 | 201 | 355 | Utility filing fee | *370* |
| 106 | 320 | 206 | 160 | Design filing fee | |
| 107 | 490 | 207 | 245 | Plant filing fee | |
| 108 | 710 | 208 | 355 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional filing fee | |

**SUBTOTAL (1)** ($) *370*

### 2. EXTRA CLAIM FEES

| | Extra Claims | | Fee from below | Fee Paid |
|---|---|---|---|---|
| Total Claims | -20** = | X | | = |
| Independent Claims | - 3** = | X | | = |
| Multiple Dependent | | | | = |

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 103 | 18 | 203 | 9 | Claims in excess of 20 | |
| 102 | 80 | 202 | 40 | Independent claims in excess of 3 | |
| 104 | 270 | 204 | 135 | Multiple dependent claim, if not paid | |
| 109 | 80 | 209 | 40 | ** Reissue independent claims over original patent | |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent | |

**SUBTOTAL (2)** ($)

*\*\*or number previously paid, if greater; For Reissues, see above*

## FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for *ex parte* reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 390 | 216 | 195 | Extension for reply within second month | |
| 117 | 890 | 217 | 445 | Extension for reply within third month | |
| 118 | 1,390 | 218 | 695 | Extension for reply within fourth month | |
| 128 | 1,890 | 228 | 945 | Extension for reply within fifth month | |
| 119 | 310 | 219 | 155 | Notice of Appeal | |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | |
| 121 | 270 | 221 | 135 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,240 | 241 | 620 | Petition to revive - unintentional | |
| 142 | 1,240 | 242 | 620 | Utility issue fee (or reissue) | |
| 143 | 440 | 243 | 220 | Design issue fee | |
| 144 | 600 | 244 | 300 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 126 | 180 | 126 | 180 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 710 | 246 | 355 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 710 | 249 | 355 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 179 | 710 | 279 | 355 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |

Other fee (specify)

*\*Reduced by Basic Filing Fee Paid* **SUBTOTAL (3)** ($)

| SUBMITTED BY | | Complete (if applicable) | |
|---|---|---|---|
| Name (Print/Type) | *Ned H. Presley* | Registration No. (Attorney/Agent) | Telephone *407-331-9014* |
| Signature | | Date *1-16-02* | |

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Wa

0283

PTO/SB/05 (11-00)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Please type a plus sign (+) inside this box ➔ ☐

## UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| Attorney Docket No. | |
| First Inventor | *Ned H. Presley* |
| Title | |
| Express Mail Label No. | |

### APPLICATION ELEMENTS

See MPEP chapter 600 concerning utility patent application contents.

1. ☒ Fee Transmittal Form (e.g., PTO/SB/17)
   (Submit an original and a duplicate for fee processing)
2. ☒ Applicant claims small entity status.
   See 37 CFR 1.27.
3. ☒ Specification        [Total Pages  *5* ]
   (preferred arrangement set forth below)
   - Descriptive title of the invention
   - Cross Reference to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Reference to sequence listing, a table,
     or a computer program listing appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings (if filed)
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure
4. ☐ Drawing(s) (35 U.S.C. 113)  [ Total Sheets        ]
5. Oath or Declaration        [ Total Pages        ]
   a. ☒ Newly executed (original or copy)
   b. ☐ Copy from a prior application (37 CFR 1.63 (d))
      (for continuation/divisional with Box 18 completed)
      i. ☐ DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s)
         named in the prior application, see 37 CFR
         1.63(d)(2) and 1.33(b).
6. ☐ Application Data Sheet. See 37 CFR 1.76

### ADDRESS TO:
Assistant Commissioner for Patents
Box Patent Application
Washington, DC 20231

7. ☐ CD-ROM or CD-R in duplicate, large table or
   Computer Program (Appendix)
8. Nucleotide and/or Amino Acid Sequence Submission
   (if applicable, all necessary)
   a. ☐ Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ paper
   c. ☐ Statements verifying identity of above copies

### ACCOMPANYING APPLICATION PARTS

9. ☐ Assignment Papers (cover sheet & document(s))
10. ☐ 37 CFR 3.73(b) Statement    ☐ Power of
    (when there is an assignee)        Attorney
11. ☐ English Translation Document (if applicable)
12. ☐ Information Disclosure    ☐ Copies of IDS
    Statement (IDS)/PTO-1449        Citations
13. ☐ Preliminary Amendment
14. ☒ Return Receipt Postcard (MPEP 503)
    (Should be specifically itemized)
15. ☐ Certified Copy of Priority Document(s)
    (if foreign priority is claimed)
16. ☐ Request and Certification under 35 U.S.C. 122
    (b)(2)(B)(i). Applicant must attach form PTO/SB/35
    or its equivalent. *Letter To*
17. ☒ Other: *Request examiner assist*

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in a preliminary amendment,
or in an Application Data Sheet under 37 CFR 1.76:

☐ Continuation    ☐ Divisional    ☐ Continuation-in-part (CIP)    of prior application No.: _____/_____

Prior application Information: _____    Examiner _____    Group Art Unit: _____

For CONTINUATION OR DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under
Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference.
The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

### 19. CORRESPONDENCE ADDRESS

☐ Customer Number or Bar Code Label        or    ☒ Correspondence address below

| | |
|---|---|
| Name | *Ned H. Presley* |
| Address | *52 Carriage Hill Cir.* |
| City | *Casselberry*    State *FL*    Zip Code *32707* |
| Country | *U.S.A.*    Telephone *407 331-9014*    Fax |

| | |
|---|---|
| Name (Print/Type) | *Ned H. Presley*    Registration No. (Attorney/Agent) |
| Signature | *[signature]*    Date *1-16-02* |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on
the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC
20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box Patent Application,
Washington, DC 20231.

0284

PTO/SB/17 (11-00)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
# for FY 2001

*Patent fees are subject to annual revision.*

| Complete if Known | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | *Ned H. Presley* |
| Examiner Name | |
| Group Art Unit | |
| Attorney Docket No. | |

**TOTAL AMOUNT OF PAYMENT** ($) *390*

## METHOD OF PAYMENT

1. ☐ The Commissioner is hereby authorized to charge indicated fees and credit any overpayments to:

Deposit Account Number

Deposit Account Name

☐ Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17

☐ Applicant claims small entity status. See 37 CFR 1.27

2. ☐ **Payment Enclosed:**
☒ Check ☐ Credit card ☐ Money Order ☐ Other

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 101 | 710 | 201 | 355 | Utility filing fee | *390* |
| 106 | 320 | 206 | 160 | Design filing fee | |
| 107 | 490 | 207 | 245 | Plant filing fee | |
| 108 | 710 | 208 | 355 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional filing fee | |

**SUBTOTAL (1)** ($) *390*

### 2. EXTRA CLAIM FEES

| | Extra Claims | Fee from below | Fee Paid |
|---|---|---|---|
| Total Claims | −20** = | X | = |
| Independent Claims | −3** = | X | = |
| Multiple Dependent | | = | |

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 103 | 18 | 203 | 9 | Claims in excess of 20 | |
| 102 | 80 | 202 | 40 | Independent claims in excess of 3 | |
| 104 | 270 | 204 | 135 | Multiple dependent claim, if not paid | |
| 109 | 80 | 209 | 40 | ** Reissue independent claims over original patent | |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent | |

**SUBTOTAL (2)** ($)

*for number previously paid, if greater; For Reissues, see above

## FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 105 | 130 | 205 | 65 | Surcharge – late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge – late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for ex parte reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 390 | 216 | 195 | Extension for reply within second month | |
| 117 | 890 | 217 | 445 | Extension for reply within third month | |
| 118 | 1,380 | 218 | 695 | Extension for reply within fourth month | |
| 128 | 1,890 | 228 | 945 | Extension for reply within fifth month | |
| 119 | 310 | 219 | 155 | Notice of Appeal | |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | |
| 121 | 270 | 221 | 135 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,240 | 241 | 620 | Petition to revive - unintentional | |
| 142 | 1,240 | 242 | 620 | Utility issue fee (or reissue) | |
| 143 | 440 | 243 | 220 | Design issue fee | |
| 144 | 600 | 244 | 300 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 126 | 180 | 126 | 180 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 710 | 246 | 355 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 710 | 249 | 355 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 179 | 710 | 279 | 355 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |

Other fee (specify)

*Reduced by Basic Filing Fee Paid   **SUBTOTAL (3)** ($)

| SUBMITTED BY | | Complete (if applicable) | |
|---|---|---|---|
| Name (Print/Type) | *Ned H. Presley* | Registration No. (Attorney/Agent) | Telephone *407-331-9014* |
| Signature | *[signature]* | | Date *1-16-02* |

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington,

0285

# CLASSIFICATION NOTES

| Examiner/ Classifier | Class | Date | Initials |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

| POSITION | NAME | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | Gonet G |  | 02-15-02 |
| FILE ASSEMBLY |  |  |  |
| QUALITY CHECK |  |  |  |
| SCANNING | hRg  cH  02 |  | 02-25-02 |
| CLASSIFIER |  |  |  |
| FORMALITY REVIEW | SI | 1128 | 3/11/02 |
| RESPONSE |  |  |  |

0286

# PATENT APPLICATION FEE DETERMINATION RECORD
## Effective October 1, 2001

**Application or Docket Number**

10073586

## CLAIMS AS FILED - PART I

|  | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 3 |  |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 3  minus 20= | * 0 |
| INDEPENDENT CLAIMS | 1  minus 3 = | * 0 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

| SMALL ENTITY TYPE ☐ | | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|
| RATE | FEE | | | RATE | FEE |
| BASIC FEE | 370.00 | | OR | BASIC FEE | 740.00 |
| X$ 9= | | | OR | X$18= | |
| X42= | | | OR | X84= | |
| +140= | | | OR | +280= | |
| TOTAL | 370 | | OR | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

| AMENDMENT A | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X42= | | OR | X84= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | | +140= | | OR | +280= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT B | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X42= | | OR | X84= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | | +140= | | OR | +280= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT C | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X42= | | OR | X84= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | | +140= | | OR | +280= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

0287

\* If the entry in column 1 is less than t_____ _____lumn 3.
\*\* If the "Highest Number Previously P_____ ___ _____.n 20, enter "20."
\*\*\*If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
_____ _____ _____ ____ _____ independent) is the highest number found in the appropriate box in column 1.

# CLAIMS ONLY

SERIAL N **1007586**

FILING DATE **02-12-02**

APPLICANT(S)

## CLAIMS

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | | | | * | | * | | * | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. | | | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | 1 | | | | | | | 51 | | | | | | |
| 2 | | | | | | | | 52 | | | | | | |
| 3 | | | | | | | | 53 | | | | | | |
| 4 | | | | | | | | 54 | | | | | | |
| 5 | | | | | | | | 55 | | | | | | |
| 6 | | | | | | | | 56 | | | | | | |
| 7 | | | | | | | | 57 | | | | | | |
| 8 | | | | | | | | 58 | | | | | | |
| 9 | | | | | | | | 59 | | | | | | |
| 10 | | | | | | | | 60 | | | | | | |
| 11 | | | | | | | | 61 | | | | | | |
| 12 | | | | | | | | 62 | | | | | | |
| 13 | | | | | | | | 63 | | | | | | |
| 14 | | | | | | | | 64 | | | | | | |
| 15 | | | | | | | | 65 | | | | | | |
| 16 | | | | | | | | 66 | | | | | | |
| 17 | | | | | | | | 67 | | | | | | |
| 18 | | | | | | | | 68 | | | | | | |
| 19 | | | | | | | | 69 | | | | | | |
| 20 | | | | | | | | 70 | | | | | | |
| 21 | | | | | | | | 71 | | | | | | |
| 22 | | | | | | | | 72 | | | | | | |
| 23 | | | | | | | | 73 | | | | | | |
| 24 | | | | | | | | 74 | | | | | | |
| 25 | | | | | | | | 75 | | | | | | |
| 26 | | | | | | | | 76 | | | | | | |
| 27 | | | | | | | | 77 | | | | | | |
| 28 | | | | | | | | 78 | | | | | | |
| 29 | | | | | | | | 79 | | | | | | |
| 30 | | | | | | | | 80 | | | | | | |
| 31 | | | | | | | | 81 | | | | | | |
| 32 | | | | | | | | 82 | | | | | | |
| 33 | | | | | | | | 83 | | | | | | |
| 34 | | | | | | | | 84 | | | | | | |
| 35 | | | | | | | | 85 | | | | | | |
| 36 | | | | | | | | 86 | | | | | | |
| 37 | | | | | | | | 87 | | | | | | |
| 38 | | | | | | | | 88 | | | | | | |
| 39 | | | | | | | | 89 | | | | | | |
| 40 | | | | | | | | 90 | | | | | | |
| 41 | | | | | | | | 91 | | | | | | |
| 42 | | | | | | | | 92 | | | | | | |
| 43 | | | | | | | | 93 | | | | | | |
| 44 | | | | | | | | 94 | | | | | | |
| 45 | | | | | | | | 95 | | | | | | |
| 46 | | | | | | | | 96 | | | | | | |
| 47 | | | | | | | | 97 | | | | | | |
| 48 | | | | | | | | 98 | | | | | | |
| 49 | | | | | | | | 99 | | | | | | |
| 50 | | | | | | | | 100 | | | | | | |
| TOTAL IND. | 1 | | | | | | | TOTAL IND. | | | | | | |
| TOTAL DEP. | 2 | | | | | | | TOTAL DEP. | | | | | | |
| TOTAL CLAIMS | 3 | | | | | | | TOTAL CLAIMS | | | | | | |