UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ned H. Presley ) <br> 217 Paragon Pkwy, #112 ) <br> Clyde, NC 28721 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) Civil Case No. 06cv0104 (RJL) <br> ) <br> United States Patent and Trademark Office ) <br> Office of Solicitor ) <br> P.O. Box 1450 ) <br> Alexandria, VA 22313-1450, et al. ) <br> ) <br> Defendants ) | RECEIVED <br> OCT 1 3 2006 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

## PLAINTIFF REQUEST FOR TIME TO REPLY TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT OR DISMISSAL AND REMAND

As defendant's motion is somewhat lengthy, plaintiff does request up to 60 days to study and answer the motion.

This motion was discussed with defendant's attorney Rohonda Fields, who expressed no disagreement with the motion for 60 days time.

Respectfully Submitted

_____
Ned H. Presley
217 Paragon Parkway, #112
Clyde, NC 28721

**Certificate of Service**

I hear by certify that on date _10-11-06_ a copy of my Request for Time to Reply to Defendants Motion for Summery Judgment or Dismissal and Remand was mailed to all defendants a the following addresses:

US Attorney for the District of Columbia
Rhonda Fields
555 4th Street, N.W.
Washington, D.C. 20001

_____
Ned H. Presley
217 Paragon Parkway #112
Clyde, N.C. 28721