# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ned H. Presley<br>217 Paragon Pkwy, #112<br>Clyde, NC 28721 | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Case No. 06cv0104  (RJL)<br>) |
| United States Patent and Trademark Office<br>Office of Solicitor<br>P.O. Box 1450<br>Alexandria, VA 22313-1450, et al. | )<br>)<br>)<br>)<br>) |
| Defendants | ) |

## ORDER OF APPROVAL OF TIME

Upon Plantiffs motion and request for time, 60 days time is approved or up to December

_____.


**SO ORDERED,  DATE**_____


RICHARD J. LEON

UNITED STATES DISTRICT JUDGE