UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ned H. Presley                              )
217 Paragon Pkwy, #112                      )
Clyde, NC 28721                             )
Phone: 407-331-9014                         )
                                            )
        Plaintiff,                          )
                                            )
    v.                                      ) Civil Case No. 06cv0104 (RJL
                                            )
United States Patent and Trademark Office   )
Office of Solicitor                         )
P.O. Box 1450                               )
Alexandria, VA 22313-1450, et al.           )
                                            )
        Defendants                          )


## ERRORS AND CORRECTIONS TO DEFENSE SATEMENT OF MATERIAL FACTS

1ST Sentence "No genuine issue"

Correction: There remain multiple genuine issues.


#7 "Mobile Massage Service:

Correction: Mobile in-house massage services by large casinos provide the same described services delivered to your hotel room. Casino provided massage services pre-date the "on-site" reference of Aug 9, 1997.


#8 "Just about anywhere"

Correction: "Just about" is not all inclusive. All locations (except home) listed require invitation, license, booth rental or permit for access as they are protected by trespass laws Las Vegas Style Casinos allow no vendors of any type on the gambling floor or gambling

stations. All outside vendors will be promptly ejected, "86" casino security tape will be played for court. Titled "Dealing with the un-wanted: "Throw them out"

#9 "In a chair and on a table"

Correction: The only 2 positions offered by "on-site" require an inactive, nonproductive, docil subject. The plaintive will provide and show to the court a live demonstration of the "on-site" type of massage and for comparison the <u>new type of massage</u> delivered and preformed on active gamblers as the continue to gamble, as described by the "586" patten application.

#10 "Receiving massage"

Correction: Is described as professional massage by trained therapist. (not horse-play among friends)

#12 "Among other basis"

Correction: There is before this court, only the 35USC 103 rejection remaining.

#15 "Alleged new items/references"

Correction: All reply to new material is contained only in the paper "<u>response to new evidence.</u>"

Respectfully Submitted

*[signature]*
Ned H. Presley
217 Paragon Parkway #112
Clyde, N.C. 28721
Phone 407-331-9014

**Certificate of Service**

I hereby certify that on date 12-15-06 a copy of my:

1. Opposition to Defendants Motion for Summary Judgment

2. Response to New Evidence

3. Genuine Issues and Facts in Dispute

4. Errors and corrections to Defense Statement of Material Facts

5. Plaintiff Statement of Material Facts

6. Opposition, Answers and Correction to Defendant's Statement of Points and Authorities

Was mailed to all defendants at the following addresses:

US Attorney for the District of Columbia
Rhonda fields
555 4th Street, N.W.
Washington, D.C 20001

_____
Ned H. Peesley
217 Paragon Parkway #112
Clyde, N.C. 28721

**Certificate of Service**

I hereby certify that on date 12-15-06 a copy of my:

1. Opposition to Defendants Motion for Summary Judgment

2. Response to New Evidence

3. Genuine Issues and Facts in Dispute

4. Errors and corrections to Defense Statement of Material Facts

5. Plaintiff Statement of Material Facts

6. Opposition, Answers and Correction to Defendant's Statement of Points and Authorities


Was mailed to all defendants at the following addresses:

US Attorney for the District of Columbia
Rhonda fields
555 4th Street, N.W.
Washington, D.C 20001

_____
Ned H. Presley
217 Paragon Parkway #112
Clyde, N.C. 28721