UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NED H. PRESLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES PATENT )<br>AND TRADEMARK OFFICE, et al. )<br>)<br>Defendants. ) | Civil Case No. 06cv0104 (RJL) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), hereby respectfully requests that the time for filing its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, be extended to February 5, 2007.

Plaintiff filed the underlying action under 35 U.S.C. § 145 requesting review of the decision of the USPTO's Board of Patent Appeals and Interferences ("Board") affirming the rejection of claims 1-3 of United States Application Serial No. 10/073586 ("the '586 application").

On October 6, 2006, Defendant filed a Motion for Summary Judgment demonstrating that there were no genuine issues of material fact in this action and that summary dismissal was proper. On October 24, 2006, the Court granted Plaintiff 60 days in which to file his Opposition. Plaintiff's Opposition did not appear on Pacer until January 17, 2007, although pacer indicates that it was filed on December 18, 2006.

The reply would be due on January 29, 2007, if the time period for filing were calculated from January 17, 2007. However, defendant needs additional time to adequately review the over 120 pages contained in Plaintiff's Opposition, and then assure adequate review of the Reply Brief prior to filing. Therefore an extension of time to February 5, 2007 is requested.

Defendant's counsel has consulted with plaintiff who consents to this motion. This is the first request for an extension of time to file the reply.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar No. # 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514-6970

Of Counsel:
JOHN M. WHEALAN
Solicitor
ROBERT J. MCMANUS
SYDNEY O. JOHNSON
Associate Solicitors
United States Patent and Trademark Office

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 23rd day of January, 2007, a copy of the foregoing motion for extension of time to file reply was sent by mail to

NED H. PRESLEY

217 Paragon Parkway

Apartment 112

Clyde, NC 28721

/s/

Rhonda C. Fields

Assistant United States Attorney