UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NED H. PRESLEY,                      ) | |
|                                                      ) | |
|            Plaintiff,                        ) | |
|                                                      ) | Civil Case No. 06cv0104 (RJL) |
|      v.                                          ) | |
|                                                      ) | |
| UNITED STATES PATENT        ) | |
| AND TRADEMARK OFFICE, et al.  ) | |
|                                                      ) | |
|            Defendants.                   ) | |

### ORDER

Upon consideration of the consent motion for an extension of time for defendant to file its reply, it is hereby

ORDERED that Defendant's Reply Brief is due on or before February 5, 2007.

Date: _____

UNITED STATES DISTRICT JUDGE