UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NED H. PRESLEY, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>UNITED STATES )<br>PATENT AND TRADEMARK OFFICE, )<br>et al. )<br>       Defendant. )<br>_____ ) | Civil Action No. 06cv104 (RJL) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February, 2007, a copy of the defendant's reply to plaintiff's summary judgment opposition with attached responses was sent by mail to

NED H. PRESLEY
217 Paragon Parkway
Apartment 112
Clyde, NC 28721


                              /s/
                         Rhonda C. Fields
                         Assistant United States Attorney