**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

APR 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| NED H. PRESLEY, pro Se | ) |
| | ) |
| Plaintiff, | ) |
| | )  Civ. Action No. 06cv104 (RJL) |
| v. | ) |
| | ) |
| UNITED STATES PATENT AND | ) |
| TRADEMARK OFFICE | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 20th, day of April 2007, hereby

**ORDERED** that [#18] Defendant's motion for summary judgment is GRANTED.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

6